Anthony G. Brazil, State Bar No. 84297
Megan S. Wynne, State Bar No. 183707
Wendi J. Frisch, State Bar No. 211555
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
E-mail:  abrazil@mpplaw.com
E-mail:  mwynne@mpplaw.com
E-mail:  wfrisch@mpplaw.com

Attorneys for Defendant
ADVANCED MEDICAL OPTICS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED MEDICAL OPTICS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 3:07-CV-03107-PJH <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> [Civil L.R. 3-16] |

///
///
///

1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

2       PURSUANT TO CIVIL L.R. 3-16, the undersigned certifies that as of this date,

3   other than the named parties, there is no such interest to report.

4

5   Dated: July _3_ , 2007                    Respectfully submitted,

6                                              **MORRIS POLICH & PURDY LLP**

7

8                                              By: _Wendi J. Frisch_

9                                                  Anthony G. Brazil
                                                   Megan S. Wynne
10                                                 Wendi J. Frisch

11                                                 Attorneys for Defendant
                                                   ADVANCED MEDICAL OPTICS, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

L0090473                                    -2-

1

**ELECTRONIC PROOF OF SERVICE**

2

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen

3

(18) years and am not a party to the within action.

4

    On July 3, 2007, pursuant to the Court's Electronic Filing System, I

5

    ☒    submitted an electronic version of the following document via file transfer protocol to
ECF (Electronic Case Filing)

6

    ☐    submitted a hard copy of the following document to ECF (Electronic Case Filing) by

7

    ☐    facsimile        ☐    overnight delivery

8

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

9

10

11

☐ **STATE**  I declare under penalty of perjury under the laws of the state of California, that the above is

12

true and correct.

13

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose

14

direction the service was made

15

    Executed on July 3, 2007, at Los Angeles, California.

16

17

18

19

20

Maria T. Escobedo

21

22

23

24

25

26

27

28

-1-

**ELECTRONIC PROOF OF SERVICE**