1  Anthony G. Brazil, State Bar No. 84297
2  Megan S. Wynne, State Bar No. 183707
   Wendi J. Frisch, State Bar No. 211555
3  **MORRIS POLICH & PURDY LLP**
4  1055 West Seventh Street, 24th Floor
   Los Angeles, California 90017
5  Telephone:  (213) 891-9100
6  Facsimile:   (213) 488-1178
   E-mail: abrazil@mpplaw.com
7  E-mail: mwynne@mpplaw.com
8  E-mail: wfrisch@mpplaw.com

9  Attorneys for Defendant
10 ADVANCED MEDICAL OPTICS, INC.

11
                    UNITED STATES DISTRICT COURT
12
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14 ALEXIS DEGELMANN and JOSEPH          ) Case No. 3:07-CV-03107-PJH
   LIN, on behalf of themselves and those )
15 similarly situated,                   ) **JOINT STIPULATION FOR**
                                         ) **EXTENSION OF TIME TO**
16                                       ) **RESPOND TO COMPLAINT**
              Plaintiffs,                )
17                                       ) [Civil L.R. 6-1]
                                         )
18 vs.                                   )
                                         )
19                                       )
   ADVANCED MEDICAL OPTICS, INC., a      )
20 Delaware Corporation,                 )
                                         )
21            Defendant.                 )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25 _____ )

26 ///
27 ///
28 ///

1  IT IS HEREBY STIPULATED by and between plaintiffs ALEXIS
2  DEGELMANN and JOSEPH LIN, on the one hand, and defendant ADVANCED
3  MEDICAL OPTICS, INC., on the other, that for good cause and pursuant to Civil
4  Local Rule 6-1, ADVANCED MEDICAL OPTICS, INC. shall have an extension of
5  time of twenty days, up through and including July 25, 2007, to respond to Plaintiffs'
6  Complaint.
7  The facsimile signature of the parties and their counsel on this Joint Stipulation
8  shall be acceptable as if they were the originals, and this Joint Stipulation may be
9  signed in counterparts.
10  SO STIPULATED.

12  Dated: ~~June~~ July 3, 2007      **MORRIS POLICH & PURDY LLP**

14  By: _Wendi J. Frisch_ (signature)
       Anthony G. Brazil
15     Megan S. Wynne
       Wendi J. Frisch
16     Attorneys for Defendant
       ADVANCED MEDICAL OPTICS, INC.

18  Dated: June ____, 2007      **MOSCONE, EMBLIDGE, & QUADRA, LLP**

20  By:_____
21     James A. Quadra
       Sylvia M. Sokol
22     Attorneys for Plaintiffs ALEXIS
       DEGELMANN and JOSEPH LIN

07/02/07 09:52 FAX 619 557 0460 → LA MPP ☒003/003
07-02-2007 09:48am From-MOSCONE EMBLIDGE & QUADRA LLP +4158940414 T-821 P.003/003 F-695

1  IT IS HEREBY STIPULATED by and between plaintiffs ALEXIS
2  DEGELMANN and JOSEPH LIN, on the one hand, and defendant ADVANCED
3  MEDICAL OPTICS, INC., on the other, that for good cause and pursuant to Civil
4  Local Rule 6-1, ADVANCED MEDICAL OPTICS, INC. shall have an extension of
5  time of twenty days, up through and including July 25, 2007, to respond to Plaintiffs'
6  Complaint.
7  The facsimile signature of the parties and their counsel on this Joint Stipulation
8  shall be acceptable as if they were the originals, and this Joint Stipulation may be
9  signed in counterparts.
10  SO STIPULATED.

12  Dated: June ____, 2007         **MORRIS POLICH & PURDY LLP**

14                                  By:_____
15                                  Anthony G. Brazil
                                    Megan S. Wynne
16                                  Wendi J. Frisch
                                    Attorneys for Defendant
17                                  ADVANCED MEDICAL OPTICS, INC.

18  Dated: ~~June~~ July 2, 2007    **MOSCONE, EMBLIDGE, & QUADRA, LLP**

20
21                                  By:_____
                                    James A. Quadra
22                                  Sylvia M. Sokol
                                    Attorneys for Plaintiffs ALEXIS
23                                  DEGELMANN and JOSEPH LIN

**ELECTRONIC PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On July 3, 2007, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following document via file transfer protocol to ECF (Electronic Case Filing)
☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by
☐ facsimile       ☐ overnight delivery

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on July 3, 2007, at Los Angeles, California.

*[signature]*
Maria T. Escobedo

---
-1-
ELECTRONIC PROOF OF SERVICE