1  Anthony G. Brazil, State Bar No. 84297
2  Megan S. Wynne, State Bar No. 183707
   Wendi J. Frisch, State Bar No. 211555
3  **MORRIS POLICH & PURDY LLP**
4  1055 West Seventh Street, 24th Floor
   Los Angeles, California 90017
5  Telephone:  (213) 891-9100
6  Facsimile:   (213) 488-1178
   E-mail:  abrazil@mpplaw.com
7  E-mail:  mwynne@mpplaw.com
   E-mail:  wfrisch@mpplaw.com
8
9  Attorneys for Defendant
   ADVANCED MEDICAL OPTICS, INC.
10

11

                    **UNITED STATES DISTRICT COURT**
12
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED MEDICAL OPTICS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 3:07-CV-03107-PJH <br><br> **DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S CORPORATE DISCLOSURE STATEMENT** <br><br> [Federal Rules of Civil Procedure, Rule 7.1] |

26  ///
27  ///
28  ///

**DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S CORPORATE DISCLOSURE STATEMENT**

1    **TO THE HONORABLE COURT**:

2    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

3    ADVANCED MEDICAL OPTICS, INC. submits its Corporate Disclosure Statement as

4    follows:

5    1.    There is no parent corporation for ADVANCED MEDICAL OPTICS, INC.

6    2.    There is no publicly held corporation that owns 10% or more of

7    ADVANCED MEDICAL OPTICS, INC.'s stock.

8

9    Dated: July  3  , 2007                    Respectfully submitted,

10                                                 **MORRIS POLICH & PURDY LLP**

11

12                                             By: _____

13                                                 Anthony G. Brazil
                                                  Megan S. Wynne
14                                                 Wendi J. Frisch

15                                                 Attorneys for Defendant
                                                  ADVANCED MEDICAL OPTICS, INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

L0090494                                    -2-
DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S CORPORATE DISCLOSURE STATEMENT

<u>**ELECTRONIC PROOF OF SERVICE**</u>

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On July 3, 2007, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following document via file transfer protocol to ECF (Electronic Case Filing)

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile          ☐ overnight delivery

**DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S CORPORATE DISCLOSURE STATEMENT**

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on July 3, 2007, at Los Angeles, California.

*Maria T. Escobedo*

Maria T. Escobedo

**ELECTRONIC PROOF OF SERVICE**