**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and those similarly situated,

Plaintiffs,

vs.

ADVANCED MEDICAL OPTICS, INC., a Delaware Corporation,

Defendant.

Case No. C 07-03107 PJH

**[PROPOSED] ORDER RE: DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

**Date:** **September 26, 2007**
**Time:** **9:00 a.m.**
**Ctrm.:** **"3"**
**Judge:** **Hon. Phyllis J. Hamilton**

Defendant Advanced Medical Optics, Inc.'s Motion to Transfer Venue to the Central District of California came on regularly for hearing before this Court on September 26, 2007. Having considered the moving and opposition papers, oral arguments of counsel, and all of the relevant factors as required by 28 U.S.C. Section 1404(a), the Court rules as follows:

Defendant Advanced Medical Optics, Inc.'s Motion to Transfer Venue to the Central District of California is hereby **GRANTED** on the grounds that the convenience of the parties, the convenience of the witnesses, and the interests of

justice support the requested transfer.

Specifically, this Court bases this ruling on the following findings:

1. All of the events forming the basis for plaintiffs' complaint took place in the Central District including, but not limited to, the design, development, and marketing of COMPLETE MoisturePLUS® MPS;
2. No pertinent events occurred in the Northern District;
3. AMO's headquarters is located in the Central District;
4. AMO maintains no branch office or other place of business in the Northern District that has had any involvement with the design, development, or marketing of COMPLETE MoisturePLUS® MPS;
5. Virtually all of AMO's employees who may have knowledge relevant to plaintiffs' allegations work and reside in the Central District;
6. Virtually all of the potential non-party witnesses who might testify regarding the design and development of COMPLETE MoisturePLUS® MPS work and reside in the Central District;
7. All of the documentary evidence relating to the design, development, and marketing of COMPLETE MoisturePLUS® MPS is located in the Central District;
8. No pertinent documents are located in the Northern District;
9. This action is a purported class action that claims to have been brought on behalf of individuals residing throughout the United States and, therefore, this District has no special connection to or interest in this action;
10. On the other hand, the Central District is where a related personal injury action involving COMPLETE MoisturePLUS® MPS was recently filed by the same attorneys who represent the plaintiffs in this action;

11. Judicial economy would be better served if these actions can be heard by the same judge, who could realize efficiencies in discovery and other matters;

12. In addition, at least three – more are expected – other personal injury actions (one of which is also a class action) involving COMPLETE MoisturePLUS® MPS have been recently filed by the same group of attorneys against AMO in the Superior Court of California for the County of Orange, which is also in the Central District; and

13. These plaintiffs' attorneys have acknowledged on their website that "[l]itigation involving Advanced Medical Optics is likely to be centered in Southern California where the AMO corporate headquarters are located". They are also preparing to file additional personal injury cases in the Central District.

Dated: ____________________

____________________________
Honorable Phyllis J. Hamilton
United States District Court Judge

Presented by:

MORRIS POLICH & PURDY LLP

By: ____________________________
Anthony G. Brazil
Megan S. Wynne
David J. Vendler

Attorneys for Defendant
ADVANCED MEDICAL OPTICS, INC.