1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>        Defendants. | CASE NO.:  C 07-03107 PJH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ADVANCED MEDICAL OPTICS, INC. MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT<br><br>Date:    September 26, 2007<br>Time:   9:00 a.m.<br>Ctrm.:   "3"<br>Judge:  Hon. Phyllis J. Hamilton |

Defendant Advanced Medical Optics, Inc.'s Motion to Strike Portions of Plaintiffs' Complaint came on regularly for hearing before this Court on September 26, 2007. Having considered the moving and opposition papers and oral argument of counsel, the Court rules as follows: Advanced Medical Optics, Inc. Motion to Strike Portions of Plaintiffs' Complaint is hereby GRANTED for the reasons set forth in the moving papers.

1  IT IS HEREBY FURTHER ORDERED that the following portions of plaintiffs'
2  complaint are stricken pursuant to Federal *Rule of Civil Procedure* 12(f):
3    1.  The allegation, at page 6, lines 11-13 of the Complaint, that plaintiffs are
4  seeking "disgorgement of all earnings, profits, compensation and benefit obtained" as a
5  result of the allegedly unlawful practices;
6    2.  The allegation, at page 6, lines 23-25 of the Complaint, that "Defendant
7  derived economic benefit and profit from the violation of *Business and Professions*
8  *Code* section 17200, which should be restored and/or disgorged to members of the
9  Class";
10   3.  The allegation, at page 6, lines 13-15 of the Complaint, that "They also
11 seek an injunction…preventing further violations…of *Business & Professions Code*
12 sections 17200 et. seq. and 17500 et. seq.";
13   4.  Item 1 of the Prayer For Relief, at page 7, lines 3-5 of the Complaint, "For
14 restitution of all monies due to members of the Class or wrongfully taken by
15 Defendant from members of the Class, and disgorged profits from the unlawful
16 business practices of Defendant";
17   5.  Item 3 of the Prayer For Relief, page 7, line 7 of the Complaint, "For
18 appropriate injunctive or other equitable relief";
19   6.  Item 4 of the Prayer For Relief, at page 7, line 8 of the Complaint, "For
20 attorneys' fees."
21
22
23 Dated: _____          _____
24                                          Honorable Phyllis J. Hamilton
                                            United States District Court Judge
25
26 ///
27 ///
28

[PROPOSED] ORDER GRANTING DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S
MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT

1  Presented by:

2  MORRIS POLICH & PURDY LLP

3

4  By: _____
5      Anthony G. Brazil
6      Megan S. Wynne
       David J. Vendler
7

8  Attorneys for Defendant
   ADVANCED MEDICAL OPTICS, INC.

[PROPOSED] ORDER GRANTING DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S
MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT