Anthony G. Brazil, State Bar No. 84297
Megan S. Wynne, State Bar No. 183707
David J. Vendler, State Bar No. 146528
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile:  (213) 488-1178
E-Mail: abrazil@mpplaw.com
E-Mail: mwynne@mpplaw.com
E-Mail: dvendler@mpplaw.com

Attorney for Defendant,
ADVANCED MEDICAL OPTICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>   Defendants. | CASE NO.: C 07-03107 PJH<br><br>**DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**<br><br>[FRCP Rule 12(f)]<br><br>[Filed concurrently with Defendant's Motion to Transfer (28 U.S.C. § 1404(a)]<br><br>Date:   September 26, 2007<br>Time:   9:00 a.m.<br>Ctrm.:   "3"<br>Judge:   Hon. Phyllis J. Hamilton |

-1-                                                           C 07-03107 PJH

**DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**

PLEASE TAKE NOTICE that, in support of its Motion to Strike Portions of Plaintiffs' Complaint, defendant Advanced Medical Optics, Inc. hereby requests that this Court take judicial notice under Federal *Rule of Evidence* Rule 201(b)(2) of the following documents separately lodged herewith as Exhibits "B" and "C", respectively:

1.   Civil Complaint in the matter of *Debbie Wooten and James Michael Wooten, wife and husband, Plaintiffs v. Advanced Medical Optics, Inc. and Allergan, Inc., Defendants*, U.S. District Court for the Central District of California, Case No. SACV07-0689 JVS (ANX).

2.   United States Food and Drug Administration Notices regarding product recall, from FDA websites at, http://www.fda.gov/bbs/topics/NEWS/2007/NEW01641.html, http://www.fda.gov/oc/po/firmrecalls/amo05_07.html, and http://www.fda.gov/consumer/updates/contacts052907.html, respectively.

Dated: July 25, 2007

MORRIS POLICH & PURDY LLP

By: _____
Anthony G. Brazil
Megan S. Wynne
David J. Vendler

Attorneys for Defendant
ADVANCED MEDICAL OPTICS, INC.