1  Anthony G. Brazil, State Bar No. 84297
   Megan S. Wynne, State Bar No. 183707
2  David J. Vendler, State Bar No. 146528
   **MORRIS POLICH & PURDY** LLP
3  1055 West Seventh Street, 24th Floor
   Los Angeles, CA 90017
4  Telephone:  (213) 891-9100
   Facsimile:   (213) 488-1178
5  E-Mail: abrazil@mpplaw.com
   E-Mail: mwynne@mpplaw.com
6  E-Mail: dvendler@mpplaw.com

7  Attorney for Defendant,
   ADVANCED MEDICAL OPTICS, INC.
8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  ALEXIS DEGELMANN and           CASE NO.:  C 07-03107 PJH
    JOSEPH LIN, on behalf of
14  themselves and all those similarly
    situated,                      **DECLARATION OF MEGAN S.**
15                                 **WYNNE IN SUPPORT OF**
              Plaintiffs,          **DEFENDANT ADVANCED**
16                                 **MEDICAL OPTICS, INC.'S**
    vs.                            **MOTION TO STRIKE PORTIONS**
17                                 **OF PLAINTIFFS' COMPLAINT**
    ADVANCED MEDICAL OPTICS,
18  INC., a Delaware corporation,  [FRCP Rule 12(f)]

19            Defendants.          [Filed concurrently with Defendant's
20                                 Motion to Transfer (28 U.S.C. §
                                   1404(a)]
21
                                   Date:      September 26, 2007
22                                 Time:      9:00 a.m.
                                   Ctrm.:     "3"
23                                 Judge:     Hon. Phyllis J. Hamilton

24

25

26

27

28

-1-                                                          C 07-03107 PJH

DECLARATION OF MEGAN S. WYNNE IN SUPPORT OF DEFENDANT ADVANCED MEDICAL OPTICS,
INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT

I, Megan S. Wynne, am an attorney at law and an active member of the United States District Court for the Northern District of California. I am a partner at Morris Polich & Purdy LLP, counsel of record for defendant Advanced Medical Optics, Inc. ("AMO") in this matter. This declaration is offered in support of AMO's Motion to Strike Portions of Plaintiffs' Complaint. I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

1. Separately lodged herewith as Exhibit "A" is a true and correct copy of plaintiffs' Complaint in this matter.

2. Separately lodged herewith as Exhibit "B" is a true and correct copy of the Civil Complaint in the matter of *Debbie Wooten and James Michael Wooten, wife and husband, Plaintiffs v. Advanced Medical Optics, Inc. and Allergan, Inc., Defendants*, U.S. District Court for the Central District of California, Case No. SACV07-0689 JVS (ANX), which was recently served on our client, AMO.

3. Separately lodged herewith as Exhibit "C" are true and correct copies of three notices from the United States Food and Drug Administration websites, as indicated below, regarding AMO's recall of the product COMPLETE MoisturePLUS® MPS: (http://www.fda.gov/bbs/topics/NEWS/2007/NEW01641.html; http://www.fda.gov/oc/po/firmrecalls/amo05_07.html; and http://www.fda.gov/consumer/updates/contacts052907.html.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 25, 2007, at Los Angeles, California.

_____
Megan S. Wynne