1  Anthony G. Brazil, State Bar No. 84297
   Megan S. Wynne, State Bar No. 183707
2  David J. Vendler, State Bar No. 146528
   **MORRIS POLICH & PURDY LLP**
3  1055 West Seventh Street, 24th Floor
   Los Angeles, California 90017
4  Telephone:  (213) 891-9100
   Facsimile:  (213) 488-1178
5  E-Mail:     abrazil@mpplaw.com
   E-Mail:     mwynne@mpplaw.com
6  E-Mail:     dvendler@mpplaw.com

7  Attorneys for Defendant,
   ADVANCED MEDICAL OPTICS, INC.
8

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated, | CASE NO.:  C 07 3107 PJH |
| Plaintiffs, | **ELECTRONIC CERTIFICATE OF SERVICE** |
| vs. | |
| ADVANCED MEDICAL OPTICS, INC., a Delaware corporation, | |
| Defendants. | Date:   September 26, 2007<br>Time:   9:00 a.m.<br>Ctrm.:   "3"<br>Judge:   Hon. Phyllis J. Hamilton |

///
///
///

# ELECTRONIC CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On July 25, 2007, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following documents via file transfer protocol to ECF (Electronic Case Filing)

1. NOTICE OF MOTION AND MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

2. [PROPOSED] ORDER RE: DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

3. DECLARATION OF DAVID J. VENDLER IN SUPPORT OF MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

4. DECLARATION OF JANET M. RICHARDSON IN SUPPORT OF MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA

5. NOTICE OF MOTION AND MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

6. [PROPOSED] ORDER GRANTING DEFENDANT ADVANCED MEDICAL OPTICS, INC. MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT

7. DECLARATION OF MEGAN S. WYNNE IN SUPPORT OF DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT

8. DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT

9. DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT

10. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile            ☐ overnight delivery

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on July 25, 2007, at Los Angeles, California.

_____
Mineeh P. Lapid