1 | Wendy R. Fleishman
e-mail: wfleishman@lchb.com
2 | Rebecca Bedwell-Coll (State Bar No. 184468)
e-mail: rbcoll@lchb.com
3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
4 | New York, NY 10017-2024
Telephone: (212) 355-9500
5 | Facsimile: (212) 355-9592

6 | Kent L. Klaudt (State Bar No. 183903)
e-mail: kklaudt@lchb.com
7 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
8 | 275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
9 | Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED MEDICAL OPTICS, INC., <br><br> Defendant. | Case No. CV-03107-PJH <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Wendy R. Fleishman, an active member in good standing of the bar of Pennsylvania and New York whose business address and telephone number (particular court to which applicant is admitted) is

Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017
Telephone: (212) 355-9500

having applied in the above-entitled action for admission to practice in the Northern District of

721837.1

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  California on a *pro hac vice* basis, representing Plaintiffs Alexis Degelmann and Joseph Lin.

2  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
3  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
4  *hac vice*, service of papers upon and communication with co-counsel designated in the
5  application will constitute notice to the party. All future filings in this action are subject to the
6  requirements contained in General Order No. 45, *Electronic Case Filing*.

8  Dated: August 7, 2007

United States District Judge