Anthony G. Brazil, State Bar No. 84297
Megan S. Wynne, State Bar No. 183707
David J. Vendler, State Bar No. 146528
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178
E-Mail:        abrazil@mpplaw.com
E-Mail:        mwynne@mpplaw.com
E-Mail:        dvendler@mpplaw.com

Attorneys for Defendant,
ADVANCED MEDICAL OPTICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: C-07-3107-PJH<br><br>**STIPULATION TO CONTINUE DATES SET FORTH IN COURT'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO STRIKE**<br><br>Judge:    Hon. Phyllis J. Hamilton |

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), Defendant ADVANCED MEDICAL OPTICS, INC. (hereafter "AMO") and Plaintiffs ALEXIS DEGELMANN ("DEGELMANN") and JOSEPH LIN ("LIN") hereby stipulate to continue various dates set forth in the Court's previous "Order Setting Initial Case Management Conference and ADR Deadlines," and continue the hearing date on AMO's pending motion to strike as follows:

1.     The parties agree to postpone the case management conference with the Court currently set for September 20, 2007 to thirty days after the Court decides AMO's pending motion to transfer venue to the Central District of California. AMO's motion to transfer venue is scheduled to be heard by the Court on September 26, 2007. Both parties agree that AMO's venue transfer motion should be resolved first, before the Court and the parties expend further effort associated with the case management conference. It also appears from the Court's website calendar that the Court is unavailable on September 20, 2007. As such, the parties also seek to continue the case management conference as requested for the convenience of the Court and its calendar.

2.     The parties agree to postpone the hearing on AMO's pending motion to strike currently set for September 26, 2007 to thirty days after the Court decides AMO's pending motion to transfer venue to the Central District of California. Both parties agree that the Court should not be burdened with deciding AMO's motion to strike unless the Court retains jurisdiction over this matter after hearing AMO's motion to transfer venue to the Central District of California. If the hearing on AMO's motion to strike is continued, the parties agree that Plaintiffs' opposition to the motion to strike and AMO's reply will be due pursuant to the new hearing date.

3.     Consistent with the parties' requested continuance of the case management conference with the Court, the parties agree to continue the due date of the parties FRCP 26(f) report, joint case management statement, and ADR Certification/Stipulation to ADR Process to one week before the re-scheduled case management conference.

4.     The parties agree to conduct their meet and confer pursuant to FRCP 26(f) on August 24, 2007, which is before the Court's previously established deadline on August 30, 2007.

5.     The parties agree to exchange their initial disclosures pursuant to FRCP 26(a)(1) by September 13, 2007, the deadline previously established by the Court. As part of their initial disclosures, both parties agree to identify the information contained in their initial disclosures which is privileged and/or confidential.

6. There has been one prior stipulation to extend time in this matter between the parties. The prior stipulation extended the time for AMO to respond to Plaintiffs' complaint. Pursuant to that stipulation, AMO filed its Motion to Strike and Motion to Transfer on July 25, 2007.

7. A proposed order setting forth the stipulated deadlines agreed upon between the parties is submitted herewith.

Dated: August 24, 2007

MORRIS POLICH & PURDY LLP

By: _____
Anthony G. Brazil
Megan S. Wynne
Attorneys for Defendant
ADVANCED MEDICAL OPTICS, INC.

Dated: August 24, 2007

MOSCONE, EMBLIDGE & QUADRA, LLP

By: _____
James A. Quadra
Sylvia M. Sokol
Attorneys for Plaintiffs
ALEXIS DEGELMANN and JOSEPH LIN

Dated: August 24, 2007

LIEF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Wendy Fleishman
Rebecca Bedwell-Coll
Attorneys for Plaintiffs
ALEXIS DEGELMANN and JOSEPH LIN

STIPULATION TO CONTINUE DATES SET FORTH IN COURT'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO STRIKE