1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: C-07-3107-PJH<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE DATES SET FORTH IN COURT'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO STRIKE**<br><br>**Judge:** Hon. Phyllis J. Hamilton |

Pursuant to the stipulation of Defendant ADVANCED MEDICAL OPTICS, INC. (hereafter "AMO") and Plaintiffs ALEXIS DEGELMANN ("DEGELMANN") and JOSEPH LIN ("LIN"), IT IS HEREBY ORDERED:

1. The parties' case management conference with the Court currently scheduled for September 20, 2007 shall be postponed to thirty days after the Court decides AMO's pending motion to transfer venue to the Central District of California.

1  If the Court elects to retain jurisdiction over this matter, the Court will advise the parties
2  of available dates on the Court's calendar to conduct the case management conference.
3      2.   The hearing on AMO's pending motion to strike currently set for
4  September 26, 2007 shall be postponed to thirty days after the Court decides AMO's
5  pending motion to transfer venue to the Central District of California. If the Court
6  elects to retain jurisdiction over this matter, the Court will advise the parties of available
7  dates on the Court's calendar to conduct the hearing on AMO's motion to strike. If the
8  Court retains jurisdiction over this matter and sets a new hearing date on AMO's
9  motion to strike, Plaintiffs' opposition to the motion to strike and AMO's reply will be
10 due pursuant to the new hearing date.
11     3.   If the Court elects to retain jurisdiction over this matter, the parties shall
12 complete and file their FRCP 26(f) report, joint case management statement, and ADR
13 Certification/Stipulation to ADR Process one week before the re-scheduled case
14 management conference.
15     4.   The parties shall conduct their meet and confer pursuant to FRCP 26(f) on
16 August 24, 2007.
17     5.   The parties shall exchange their initial disclosures pursuant to FRCP
18 26(a)(1) by September 13, 2007. As part of their initial disclosures, both parties shall
19 identify the information contained in their initial disclosures which is privileged and/or
20 confidential.
21
22 IT IS SO ORDERED
23
24
25 Dated: _____           _____
26                                          United States District Court Judge
27
28

Presented by:

MORRIS POLICH & PURDY LLP

By: *Megan S. Wynne*
    Anthony G. Brazil
    Megan S. Wynne
    David J. Vendler

Attorneys for Defendant
ADVANCED MEDICAL OPTICS, INC.