1  Anthony G. Brazil, State Bar No. 84297
2  Megan S. Wynne, State Bar No. 183707
   David J. Vendler, State Bar No. 146528
3  **MORRIS POLICH & PURDY LLP**
   1055 West Seventh Street, 24th Floor
4  Los Angeles, California 90017
   Telephone:  (213) 891-9100
5  Facsimile:  (213) 488-1178
   E-Mail:     abrazil@mpplaw.com
6  E-Mail:     mwynne@mpplaw.com
   E-Mail:     dvendler@mpplaw.com

7  Attorneys for Defendant,
   ADVANCED MEDICAL OPTICS, INC.
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated, | CASE NO.:  C 07 3107 PJH |
| Plaintiffs, | |
| vs. | **ELECTRONIC CERTIFICATE OF SERVICE** |
| ADVANCED MEDICAL OPTICS, INC., a Delaware corporation, | |
| Defendants. | |

25  ///
26  ///
27  ///
28

**ELECTRONIC CERTIFICATE OF SERVICE**

# ELECTRONIC CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On August 24, 2007, pursuant to the Court's Electronic Filing System, I

☒    submitted an electronic version of the following documents via file transfer protocol to ECF (Electronic Case Filing):

1. STIPULATION TO CONTINUE DATES SET FORTH IN COURT'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO STRIKE.

2. [PROPOSED] ORDER ON STIPULATION TO CONTINUE DATES SET FORTH IN COURT'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO STRIKE.

☐    submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐    facsimile           ☐    overnight delivery

☐ **STATE**  I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 24, 2007, at Los Angeles, California.

_Elena Juarez-Holguin_
Elena Juarez-Holguin