# EXHIBIT B

Click Here to Print

About AMO

**Advanced Medical Optics, Inc.** (AMO) (NYSE: EYE) is a global medical device leader focused on the discovery and delivery of innovative vision technologies that optimize the quality of life for people of all ages. The company focuses on developing a broad suite of innovative technologies and devices to address a wide range of eye disorders.

AMO became an independent company in June 2002 following a spin-off from Allergan, Inc. AMO is based in Santa Ana, California, and employs approximately 4,200 people worldwide. The company has operations in 24 countries and markets products in approximately 60 countries.

AMO (originally American Medical Optics) started business in 1976 as a pioneer in the early development of intraocular lenses for cataract patients. We brought the first small-incision foldable intraocular lens through the U. S. Food and Drug Administration (FDA) regulatory process and began marketing it in 1989. Foldable lenses were a major advance in cataract surgery because they made it possible for surgeons to insert the lens through a small incision. This meant less trauma to the eye and faster visual recovery from cataract surgery, from months to days.

AMO developed the Array® intraocular lens, the first multifocal intraocular lens to be approved for commercial distribution by the U.S. FDA. Multifocal implants provide patients with distance, intermediate, and near vision. Traditional monofocal lenses generally provide good distance vision only.

AMO designed and developed new equipment for removing cataracts. We have an outstanding phacoemulsification system, called the Sovereign® System. The Sovereign® System is equipped with WhiteStar™ software, an advanced technology that uses very low levels of ultrasound power to dissolve the full range of dense cataracts that can develop in the eye. The Sovereign® System won the prestigious Medical Design Excellence Silver Award from the Industrial Designers Society of America in 1999 for "excellence in medical product design engineering."

AMO entered the refractive surgery market with the Amadeus™ Microkeratome, a device used during LASIK procedures. The Amadeus™ microkeratome produces the corneal flap that protects the eye after the laser procedure.

In 2004, AMO introduced the Verisyse™ phakic IOL for treatment of moderate to severe myopia, the first lens of its kind to receive FDA approval. The company also acquired the Tecnis® and CeeOn® IOLs, the Healon® line of viscoelastics and the Baerveldt® glaucoma device, marking the company's entrance into the glaucoma market. The Tecnis® IOL is the first IOL with a modified prolate optic to have a claim for improved functional vision.

Environmental, Health and Safety Policy

Close Window