# EXHIBIT C

Click Here to Print

Advanced Medical Optics (AMO) is a global company devoted to continuous innovation focused in specialty surgical devices and contact lens care products. We focus on delivering value to our customers.

**AMO Corporate Headquarters**
1700 East St. Andrew Place
Santa Ana, CA 92705-4933
United States
Local: 714.247.8200
Toll Free: 866.427.8477

AMO Albuquerque
14820 Central Ave SE
Albuquerque, NM
Local: 505.275.4747

AMO Irvine
9701 Jeronimo Rd
Irvine, CA 92618
Local: 949.859.5230
Toll Free: 877.393.2020

AMO Santa Clara
3400 Central Expressway
Santa Clara, CA 95051
Local: 408.773.7321
Toll free: 800.246.8479

**WORLDWIDE SITES**

**Australia**
Advanced Medical Optics Australia Pty Limited
Level 3, Building 2
20 Bridge Street
Pymble NSW 2073
Australia
Toll Free: 1800 266 111 (Australia only)
Tel: 61 [2] 9855 0100
Fax: 61 [2] 9855 0190
Toll Free Fax: 1800 266 222 (Australia only)

**Brazil**
AMO Brasil Ltda
Rua Ferreira de Aruajo, 221 - Cj 13
Pinheiros - Sao Paulo - SP
05428-000 Brasil
Tel: (55-11) 3026-9151
Fax: (55-11) 3026-9154

**Canada**
AMO Canada Company
80 Whitehall Dr., Unit #2
Markham, Ontario
Canada L3R 0P3
Tel: 905.305.3300
Fax: 905.305.3313

AMO Distributor:
1165 Creditstone Rd.
Vaughan, Ontario
Canada L4K 4N7

## China

AMO (Hangzhou) Co., Ltd
Beijing Office
Room 322, Tower B, COFCO Plaza
No. 8 Jianguomennei Avenue, Dong Cheng District
Beijing 100005, China
Tel: 86.10.8511.0570
Fax: 86.10.8511.0569

AMO (Hangzhou) Co., Ltd
Guangzhou Office
Room 1103B, Yi An Plaza
No. 33 Jiansheliu Road
Guangzhou 510060, China
Tel: 86.20.8363.4955
Fax: 86.20.8363.4966

AMO (Hangzhou) Co., Ltd
Road No. 4, Hangzhou Economic & Technological Development Zone
Xia Sha, Hangzhou 310018, China
Tel: 86.571.8691.0251
Fax: 86.571.2800.9699

AMO (Hangzhou) Co., Ltd
Shanghai Branch Company
Room 2105B, 21/F Westgate Mall
No. 1038 Nanjing Road West
Shanghai 200041, China
Tel: 86.21.2307.7666
Fax: 86.21.6218.8682

## Denmark

AMO Denmark ApS
c/o Biofarma A/S
2600 Glostrup
Denmark
Tel: +45 44 94 08 10 (Sweden office)

Post address:
AMO Denmark ApS
c/o Advanced Medical Optics Norden AB
Business Campus
194 81 Upplands Vasby
Sweden

## Finland

AMO Norden AB, Finland branch
Rajatorpantie 41C, 3krs.
FIN-01640
Vantaa
Finland
Tel: +358.985202.192
Fax: +358.985.346.95

## France

AMO France SAS
E.Space Park Bât. D

45, allée des Ormes
06250 Mougins
France
Tel:+33492287295
Fax:+33492287198

**Germany**
AMO Germany GmbH
Rudolf-Plank-Str. 31
76275 Ettlingen
Germany
Tel: +49.7243.729.0
Fax: +49.7243.729.100

**Hong Kong**
AMO Asia Limited
Unit 3001, Metroplaza, Tower 1
223 Hing Fong Road, Kwai Fong
Hong Kong
Tel: 852.2480.3330
Fax: 852.2424.0213

**India**
Advanced Medical Optics India Pvt. Ltd.
5th Floor, The Masterpiece
Golf Course Road
Sector 54, Gurgaon, 122 002
Haryana, India
Tel: +91807724833
Fax: +91807723183

**Ireland**
AMO Ireland
Block B
Liffey Valley Business Park
QuarryVale
Co. Dublin
Ireland
Tel: 353.1643.6100
Fax: 353.1643.6199

**Italy**
AMO Italy SrL
Via Pio Emanuelli 1
00143 Roma
Italy
Tel: +39.06.512961
Fax: +39.06.51296301

**Japan**
AMO Japan K.K.
Toranomon 40 MT Bldg 5-13-1
Toranomon, Minato-ku
Tokyo, Japan 105-0001
Tel: 81.3.5402.8900
Fax: 81.3.5402.8979

**Korea**
AMO Asia Limited, Korea Branch
9th Fl., SK Building. 23-10
Yoido-Dong, Youngdeunpo-Ku
Seoul, 150-734, Korea

Tel: 82.2.6277.7700
Fax: 82.2.6277.7701

**Netherlands**
AMO Netherlands BV
Kantoorgebouw La Residence
Weverstede 25
3431 JS Nieuwegein
Nederlands
Tel: +31.(0)30.600.8787
Fax: +31.(0)30.600.8786

AMO Groningen
Van Swietenlaan 5
9728 NX Groningen
Tel: 011.31.505.2966.00
Fax: 011.31.653.3120.80

**New Zealand**
Advanced Medical Optics Australia, New Zealand branch, Customer Service
3-5 Westfield Place
Mt. Wellington, Auckland
New Zealand

Exel Distribution Centre
7-9 Niall Burgess Rd
Mt Wellington, Auckland
New Zealand
Tel: Toll Free: 0800 266 700 (New Zealand only)
Tel: 69 [9] 573.02464
Toll Free Fax: 0800 266 465 (New Zealand only)

**Puerto Rico**
AMO Puerto Rico Manufacturing Inc.
Road 402N
Industrial Zone
PO Box 1408
Añasco, PR  00610
Tel: 787.826.2727
Fax: 787.826.2915

**Singapore**
AMO Singapore Pte. Ltd.
150 Beach Road
#27-01/08
Gateway West
Singapore 189720
Tel: 65.6844.8833
Fax: 65.6844.8884

**Spain**
Advanced Medical Optics Spain, S.L.
Edificio Trebol
C/ Doctor Zamenhoff,
22 Planta 4ª  Modulo B
28027 - Madrid
Spain
Tel: +34.91.768.8000
Fax : +34.91.320.1520

AMO Manufacturing Spain, S.L.
Ctra. Fuencarral-Alcobendas km. 15,400

Apartado de Correos 239
28100 Alcobendas (Madrid)
Spain
Tel: +34.91.659.6699
Fax: 34.91.659.6698

**Sweden**
AMO Norden AB
Johanneslunesvagen 2, 4th Floor
Business Campus
19481 Upplands Vasby
Sweden
Tel: +46.8594.21000
Fax: +46.8590.72693

AMO Uppsala
Visiting address: Rapsgatan 7
Mailbox address: Box 6406
751 36 Uppsala
Sweden
Tel: + 46 18 16 67 00

**Switzerland**
AMO Switzerland GmbH
Churerstrasse 160 B
CH-8808 Pfäffikon SZ
Switzerland
Tel: +41.55.4510780
Fax: +41.55.4517171

**Taiwan**
AMO Asia Limited, Taiwan Branch
8/F, No. 366 Chung Ho Road
Chung Ho City, Taipei County
Taiwan
Tel: 886.2.8660.1100
Fax: 886.2.8660.9933

**United Kingdom**
AMO United Kingdom Ltd
Jupiter House
Mercury Park
Wycombe Lane
Wooburn Green
High Wycombe
Buckinghamshire
UK HP10 0HH
Tel: +44.1628.551600

Close Window