# EXHIBIT D

Past Presentations   Links   Contact Us

**REGISTER NOW!**

Organizers
Sponsors
General Meeting Info
Speakers
Basics Course
Wavefront Course
Submit Abstracts
View Abstracts
Social Events

Hotel
Transportation
Founder's Award

# Wavefront Congress Program

**WAVEFRONT CONGRESS, FRIDAY, FEBRUARY 15, 2008**
Partial Program, Section Titles Only

| | |
|---|---|
| 8:00 – 9:40 am | **Session I: Session I: Mining Accommodative Mechanisms for Presbyopic Solutions** Moderator: Adrian Glasser PhD, College of Optometry, Univ. of Houston, Houston, TX, USA |
| 10:00 – 12:00 pm | **Session II: Compromising Optical Quality for Increasing Depth of Focus** Moderator: Arthur Bradley, PhD, Indiana University, College of Optometry, Bloomington, IN |
| 12:00 – 4:30 pm | **Free Time to enjoy San Francisco** |
| 4:30 – 5:30 pm | **Opening Reception** |
| 5:30 – 7:00 pm | **Session III: Short Free Paper Session (18) 5-minute presentations** Moderator: Michael Mrochen, PhD, University & Swiss Federal Institute of Technology, Institute for Biomedical Engineering, IROC, Zurich, Switzerland |

**WAVEFRONT CONGRESS, SATURDAY, FEBRUARY 16, 2008**
Partial Program, Section Titles Only

| | |
|---|---|
| 8:50 – 9:40 am | **Session IV: Session IV: Modulating Ocular Biomechanics** Moderator: Ronald Krueger, MD, Cleveland Clinic Foundation, Cleveland, OH |
| 10:20 – 10:50 am | **Coffee Break** |

| | |
|---|---|
| 11:00 – 11:20 am | **Session V:  New and Improved Femtosecond Laser Applications**<br>Moderator: Holger Lubatchowski, PhD, Hannover Laser Center, Hannover, Germany |
| 12:10 – 2:00 pm | **Luncheon** |
| 2:00 – 3:20 pm | **Session VI: The Next Wave of Adaptive Optics and Imerging Applications**<br>Austin Roorda, PhD, University of Berkeley, College of Optometry, Berkeley, CA |
| 3:20 – 3:40 pm | **Coffee Break** |
| 5:00 – 5:30 pm | Opening Reception |
| | **Session VII: Application of Retinal Image Quality Metrics**<br>**Moderators:**  Larry Thibos, University of Indiana, Bloomington, IN, Jason Marsack, MS, University of Houston, College of Optometry, Houston, TX |
| 7:00 – 10:00 pm | **Dinner, Entertainment** |
| | WAVEFRONT CONGRESS, SUNDAY, FEBRUARY 17, 2008<br>**Partial Program, Section Titles Only** |
| 9:00 – 1:00 pm | **Session VIII:  Long Free Papers**<br>Moderator: Ronald Krueger, MD, Cleveland Clinic Foundation, Cleveland, OH |

Case 3:07-cv-03507-PJH    Document 24-5    Filed 09/05/2007    Page 4 of 15

2007 Wavefront Congress | Past Presentations  Links  Contact Us

2007 Wavefront Congress | Past Presentations  Links  Contact Us

Past Presentations    Links    Contact Us

**REGISTER NOW!**

Organizers

Sponsors

General Meeting Info

Hotel

Transportation

Founder's Award

# Hotel

## A San Francisco boutique hotel on Fisherman's Wharf:
## The Argonaut Hotel is a luxury boutique hotel in the heart of Fisherman's Wharf.

Located in San Francisco's most popular destination, this historic waterfront hotel — named for the Gold Rushers who sought their fortune here — offers guests an inviting atmosphere, personal services and amenities, and the experience of a luxury San Francisco boutique hotel.

Explorers throughout history have set sail for the vibrant, bustling port city of San Francisco. Today's adventurers looking to experience the essence of San Francisco and its rich maritime history check into the four star accommodations of the Argonaut Hotel at Fisherman's Wharf.

In a unique partnership with the San Francisco Maritime National Historical Park, the Argonaut Hotel makes its home in the historic Haslett Warehouse at The Cannery. Our boutique hotel overlooks San Francisco Bay and this national park, including its fleet of historic ships. Many of our 252 spacious guestrooms feature unobstructed breathtaking views of Fisherman's Wharf, the San Francisco Bay and the city skyline.

Guests at this Fisherman's Wharf hotel can savor the history and soul of San Francisco. While the Argonaut Hotel's original 1907 style architecture still embodies elements of the nautical history of San Francisco in its heyday, its plush, stylish décor nestles guests in an accommodating, stimulating environment that is both modern and comforting.

From the stunning waterfront views of the Golden Gate Bridge and Alcatraz Island to the richness, comfort and unique nautical decor of each guestroom, the luxury Argonaut Hotel makes for an ideal location to enjoy historic Fisherman's Wharf and the exceptional City by the Bay.

**Wavefront Congress Sleeping Room Rate:**
Single/double Room: **$195.00**
One Bedroom Suites: **$451.00**

Rates include:
• Complimentary high-speed iternet access in all guestrooms
• L'Occitane bath amenities
• Plush terry cloth bath robes in all guestrooms
• In-room safe large enough for a laptop
• Complimentary use of the business center
• Complimentary newspaper
• Hosted wine reception each evening
• Concierge service
• Complimentary on-site fitness center

**Reserve your sleeping room online at www.argonauthotel.com**
**Enter Group code: ICW to receive the Wavefront Congress rate**

**Call 866-415-0704 or 415-563-0800 or Fax reservation requests to 505-954-3599**

**CHECK-IN/CHECK-OUT TIME**
Check-in time is 3:00 p.m. Check-out time is 12:00 noon.
**CHANGE OF DEPARTURE DATE PENALTY**
Individual group attendees may change their hotel departure date as late as the day they arrive. Upon check-in they will be asked to re-confirm their departure by signature. They may change their departure date at this time with no penalty.
Any guest departing before their re-confirmed departure date will be subject to a one-time, flat fee of $100.00, plus tax. This "early-out" penalty will be limited to $100.00 (plus tax), regardless of how much earlier they will be departing the hotel. All group attendees will be made aware of this policy when they make their reservations and it will be reiterated in writing on the

confirmation they receive.
Website: www.argonauthotel.com

2017 Wavefront Congress | Past Presentations  Links  Contact Us

# Wavefront Congress Program

WAVEFRONT CONGRESS, FRIDAY, FEBRUARY 23, 2007

**Session I: Non-traditional Corrections for the Keratoconic Eye**
Moderator: Jason Marsack, PhD, College of Optometry, Univ. of Houston, Houston, TX, USA

8:30 - 8:50 am    **The Concerns of the Patient With Keratoconus**
Catherine Warren, National Keratoconus Foundation, Los Angeles, CA, USA
Discussant: Guy Kezirian, MD

8:50 – 9:10 am    **The Aberration Structure of the Keratoconic Eye**
Geunyoung Yoon, PhD. University of Rochester, Rochester, NY, USA
Discussant: Marguerite McDonald, MD

9:10 – 9:30 am    **INACS for Managing Keratoconus and Wavefront Changes in the 'Early' Detection of Keratoconus**
Yaron Rabinowitz, MD, Laser Eye Associates, Los Angeles, CA
Discussant: Raymond Applegate, OD, PhD

9:30 – 9:50 am    **The Optimization of Wavefront-guided Soft Contact Lens Corrections for Keratoconus**
Jason Marsack, MS, Univ. of Houston, College of Optometry, Houston, TX, USA
Discussant: Geunyoung Yoon

9:50 – 10:10 am    **Collagen Cross-linking in the Keratoconic Cornea**
Theo Seiler, MD, IROC, Zurich, Switzerland
Discussant: Ronald Krueger, MD

10:10 – 10:40    Coffee Break

**Session II: Clinically Useful Metrics of Retinal Image Quality**
Moderator: Larry Thibos, PhD, Indiana University, Bloomington, IN, USA

10:40 – 11:00    **Retinal Image Quality in the Normal Eye**

am | Larry Thibos, PhD, Indiana University, Bloomington, IN, USA
Discussant: Pablo Artal, PhD

11:00 – 11:20 am | **Image Quality Metrics for Adaptive Optics**
Pablo Artal, PhD, Optica Universidad de Murcia, Murcia, Spain
Discussant: Larry Thibos, PhD

11:20 – 11:40 am | **Image Quality Metrics During Emmetropization & Lens Induction of Myopia**
Melanie Campbell, PhD. University of Waterloo, Waterloo, Ontario, Canada
Discussant: Konrad Pesudovs, PhD

11:40 – 12:00 pm | **Using Neural Networks to Predict Patient Preferences for Wavefront-Correcting Spectacles**
Lawrence Sverdrup, PhD., Ophthonix, San Diego, CA, USA
Discussant: Steven Klyce, PhD

12:00 – 5:00 pm | Free Time to Enjoy **Santa** Fe

5:00 – 5:30 pm | Opening Reception

**Free Paper Session III**
**Moderator: Michael Mrochen, PhD**
Univ. & Swiss Federal Institute of Technology, Institute for Biomedical Engineering, IROC, Zurich, Switzerland

5:30 – 5:40 pm | **Applications of Non-sequential Ray Tracing to Investigate Lenslet Image Point Spread Function Uniformity Under Geometrical and Physical Optical Coherent and Incoherent Source Modeling**
William J. Donnelly III, PhD, Breault Research, Tucson, AZ

5:40 – 5:50 pm | **Reliability of Corneal FIrst-surface Wavefront Aberrations Measured With the Oculus Pentacam**
Konrad Pesudovs, PhD, NH&MRC Centre for Clinical Eye Research, Bedford Park, Australia

5:50 – 6:00 pm | **Aberration Interactions in Wavefront Guided**

**Customized Ablation**
Scott MacRae, MD, University of Rochester, Rochester, NY

6:00 – 6:10 pm   **Spectacle Correction Using Peaks of the Interferrogram MTF for a Talbot Moire Interferometer**
Edwin Sarver, PhD, Sarver & Associates, Carbonale, IL

6:10 – 6:20 pm   **For Which Axis the Aberrations Are Off-axis?**
Vasyl Molebny, PhD, Institute of Biomedical Engineering, Kiev, Ukraine

6:20 – 6:30 pm   **Visual Acuity and the Photoreceptor Mosaic**
Ethan Rossi, BA, University of California, Berkeley, Berkeley, CA

6:30 – 6:40 pm   **Long-Term Follow-up Wavefront-Guided and Contrast Sensitivity Corneal Reshaping Analysis**
Iane Stillitano, MD, Federal University of Sao Paulo, Sao Paulo, Brazil

6:40 – 6:50 pm   **Topographic Metrics to Assess the Effectiveness of Topography-Guided Ablations**
Guy Kezirian, MD, Surgivision Consultants, Scottsdale, AZ

6:50 – 7:00 pm   **Effects of Zernike Wavefront Aberrations on Visual Acuity Measured Using Electromagnetic Adaptive Optics Technology**
Karolinne Rocha, Federal University of Sao Paulo, Sao Paulo, Brazil

7:00 – 7:10 pm   **Correlation of Patient Characteristics and High Order Aberrations**
Ashley Tuan, PhD, **AMO** Inc., **Santa Clara**, CA

7:10 – 7:20 pm   **Corneal Changes Following LASIK and Enhancement with Microkeratome and Femtosecond-Laser Flaps**
Jerome Ramos-Esteban, MD, Cole Eye Institute, Cleveland, OH

7:20 – 7:30 pm   **Comparisons of a Cylindrical Symmetry**

**Wavefront Sensor with the Hartmann-Shack Sensor on in vivo Highly Aberrated Eyes**
Luis Carvalho, PhD, Federal University of Sao Paulo, Sao Paulo, Brazil

## WAVEFRONT CONGRESS, SATURDAY, FEBRUARY 24, 2007

**Session IV: Adaptive Optics in Physiological Optics**
Austin Roorda, PhD. College of Optometry, University of California, Berkeley, Berkeley, CA, USA

8:25 –
8:30 am    Welcome
Austin Roorda, PhD. College of Optometry, University of California, Berkeley, Berkeley, CA, USA

8:30 -
8:50 am    **AO Technology for Studying and Improving Vision**
Geunyoung Yoon, PhD, University of Rochester, Rochester, NY, USA
Discussant: James Schweigerling, PhD

8:50 –
9:10 am    **Adaptive Optics Visual Optics Simulator**
Pablo Artal, PhD, Universidad de Murcia, Murcia, Spain
Discussant: Susana Marcos, PhD

9:10 –
9:30 am    **High-resolution Measurement of Visual Function Using Adaptive Optics**
Joseph Carroll, PhD, The Eye Institute, Milwaukee, WI
Discussant: Karol Rocha, MD

9:30 –
9:50 am    **Adaptive Optics Overview**
Austin Roorda, PhD. College of Optometry, University of California, Berkeley, Berkeley, CA, USA
Discussant: Michael Mrochen, PhD

**Session IV Multi-focal Optics**
Session Moderator: James Schweigerling, PhD

9:50 –
10:10
am    **Comparison of Methods for Providing Multifocal Optics**
James Schweigerling, PhD
Discussant: Charles Campbell, BS

10:10 –
10:30
am    **Evolution of Diffractive Multifocal Intraocular Lenses**
Michael Simpson, PhD
Discussant: Ed Sarver, PhD

10:30 –
10:50    **Laser Corneal Refrative Surgery to Correct Presbyopia**
Dimitri Cherynak, PhD

am          Discussant: Theo Seiler, MD

10:50 –     Coffee Break
11:20
am

          **Session V: The Future of Laser vs. Lens, Optimal**
          **Wavefront for Visual Function**
          Session Moderator, Ronald Krueger, MD, Cleveland Clinic
          Foundation, Cleveland, OH
11:20 –   **When to Laser, When Lens, and When To Do Both?**
11:40     Scott MacRae, MD
am        Discussant: Ronald Krueger, MD

11:40 –   **Wavefront Optics of Aspheric and Multifocal Lenses:**
12:00     **What is Lacking?**
pm        Karolinne Rocha, Federal University of Sao Paulo, Sao Paulo,
          Brazil
          Discussant: Li Wang, PhD

12:00 –   **Overview of Commercially Available Femtosecond Lasers**
12:20     **in Refractive Surgery**
pm        Holger Lubatschowski, Hannover Laser Center, Hannover,
          Germany
          Discussant: Theo Seiler, MD

12:20 –   Luncheon
2:00 pm

          **Session VI:  Biomechanics vs. Wound Healing Control**
          Session Moderator:  BJ Dupps, Cleveland Clinic Foundation,
          Cleveland, OH, USA
2:00 –    **Biomechanically Induced Aberrations from Vertical**
2:20 pm   **Corneal Incisions**
          Konrad Pesudovs, PhD, NH&MRC Centre for Clinical Eye
          Research, Bedford Park, Australia
          Discussant: Daniel Neal, PhD

2:20 –    **Biomechanically Induced Aberrations from Horizontal**
2:40 pm   **Corneal Incisions (Flaps)**
          Ronald Krueger, MD, Cleveland Clinic Foundation, Cleveland,
          OH, USA
          Discussant: BJ Dupps, MD

2:40 –     **Biomechanical properties and IOP measurement following**
3:00 pm   **surface ablation and LASIK**
          Jay Pepose, MD, Pepose Vision Institute, Chesterfield, MO,
          USA
          Discussant: George Pettit, MD, PhD

3:00 –     **Corneal vs. Ocular Hysterisis: How Does this Help Us**
3:20 pm   **Understand Corneal Biomechanics?**
          BJ Dupps, MD, Cleveland Clinic Foundation, Cleveland, OH,
          USA
          Discussant:  Jay Pepose, MD

3:20 –     Coffee Break
3:40 pm

          **Session VII:  Topographic vs Wavefront, Measurement**
          **Error**
          Session Moderator, Raymond Applegate, OD, PhD, College of
          Optometry, Univ. of Houston, Houston, TX, USA
3:40 –     **Q-factor or Spherical Aberration: Which is More**
4:00 pm   **Important to Correct**
          Marguerite McDonald, MD, Ophthalmic Consultants of Long
          Island, Lynbrook, NY, USA
          Discussant:  Theo Seiler, MD

4:00 –     **Surgical Data Reveals that Q-Factor is Important to Good**
4:20 pm   **Surgical Outcomes**
          Michael Mrochen, PhD, University & Swiss Federal Institute
          of Technology, Institute for Biomedical Engineering, Zurich,
          Switzerland
          Discussant: Charles Campbell, MS

4:20 –     **Centroiding Nose & Pupil Edge Effects Can Adversely**
4:40 pm   **Impact S/H WFE Measurement**
          Daniel Neal, PhD, Wavefront Sciences, Albuquerque, NM,
          USA
          Discussant: Melanie Campbell, Ph/D

4:40 –     **Drawing the Line Between Noise and Reality in Wavefront**
5:00 pm   **Measurements**
          Steven Klyce, PhD, LSU Eye Center, New Orleans, LA
          Discussant:  Larry Thibos, PhD

7:00 –     Saturday evening gala dinner

10:00
pm

**WAVEFRONT CONGRESS, SUNDAY, FEBRUARY 25, 2007**
**Free Paper Session VIII**
Session Moderator: Konrad Pesudovs, PhD, NH&MRC Centre for Clinical Eye Research, Bedford Park, Australia

9:00 –   **Customizing the Selection of IOL Asphericity**
9:10 am  Li Wang, MD, PhD, Baylor College of Medicine, Houston, TX, USA

9:10 –   **The Optical Evaluation of Monofocal and Multifocal IOLs**
9:20 am  **in Clinically Verified Eye Models**
Henk Weeber, Msc, **AMO** Groningen, Netherlands

9:20 –   **The Effect of Pupil Decentration on Lower- and Higher-**
9:40 am  **order Aberrations After Myopic Photorefractive**
**Keratectomy (PRK) in a Cat Model**
Jens Buehren, MD, University of Rochester, Rochester, NY

9:40 –   **Measurements of Multifocal Intraocular Lenses Using a**
9:50 am  **Fluid-Filled Model Eye**
Charles Campbell, BS, **AMO, Santa Clara**, CA, USA

9:50 –   **Spherical, Aberration Free, Average Aspheric and**
10:00   **Customized Aspheric Intraocular Lenses in a Model Eye**
am      Stefan Pieh, PhD, University of Vienna, Vienna, Austria

10:00 –  **The Evolution of the Optical Zone in Corneal Refractive**
10:10   **Surgery**
am      Bruce Drum, PhD, Food & Drug Administration, Rockville, MD, USA

10:10 –  **Comparison of Retinal Image Quality Between LASIK and**
10:20   **PRK**
am      Allen Boghossian, D.O., Durrie Vision, Overland Park, KS, USA

10:20 –  **Intraindividual Comparison of Higher Order Aberrations**
10:30   **(HOA), Mesopic, Photopic and Scotopic Contrast**
am      **Sensitivity and Visual Acuity After Implantation of**
**Aspherical and Spherical IOLs**
Angelika Lindenschmid, MD, Klinikum Rechts Der Isr, Munich, Germany

| | |
|---|---|
| 10:30 –<br>11:00<br>am | Coffee Break |
| 11:00 –<br>11:10<br>am | **Advances on Measurements of Accommodation with an**<br>**Objective Aberrometer**<br>Daniel Neal, PhD, Wavefront Sciences, Albuquerque, NM,<br>USA |
| 11:10 –<br>11:20<br>am | **Corneal First-surface Wavefront Aberrations and Visual**<br>**Performance in Normal, Keratoconus and Penetrating**<br>**Keratoplasty Eyes**<br>Konrad Pesudovs, PhD, NH&MRC Centre for Clinical Eye<br>Research, Bedford Park, Australia |
| 11:20 –<br>11:30<br>am | **Modeling Wavefront Correction of High Stroke Segment**<br>**PTT MEMS Deformable Mirror**<br>Li Chen, PhD, **AMO, Santa Clara**, CA, USA |
| 11:30 –<br>11:40<br>am | **Mirao52D Electromagnetic Deformable Mirror:**<br>**Experimental Assessment and First Ophthalmic**<br>**Applications**<br>Fabrice Harms, PhD, Imagine Eyes, Orsay France |
| 11:40 –<br>11:50<br>am | **Image Quality Metrics which Best Quantify Changes in**<br>**Retinal Image Quality in the Chick Eye during**<br>**Emmetropization and Lens Induction of Myopia**<br>Jennifer Hunter, PhD, University of Rochester, Rochester, NY |
| 11:50 –<br>12:00<br>pm | **Changes in Corneal Biomechanical Properties Following**<br>**PRK**<br>Kristen Fry, OD, MS, Cornea & Laser Eye Institute, Teaneck,<br>NJ, USA |
| 12:00 –<br>12:10<br>pm | **Presbyopic Correction Using Optimized Aspheric Shapes**<br>Guang-Ming Dai, PhD, **AMO, Santa Clara**, CA, USA |
| 12:10 –<br>12:20<br>pm | **Presbyopic Correction Through Negative Spherical**<br>**Aberration**<br>Seema Somani, PhD, **AMO, Santa Clara**, CA |
| 12:20 –<br>12:30 | **Dynamic Simulation of the Effect of Toric Soft Contact**<br>**Lens Movement on Retinal Image Quality** |

pm          Yafei Niu, BS, College of Optometry, University of Houston,
            Houston, TX, USA

12:30 –  **Closing Remarks**
12:35    Ronald Krueger, MD, Raymond Applegate, OD, PhD
pm

12:35–  **Award For Best Free Paper Presentation**
12:45
pm

12:45    End of Congress
pm