# EXHIBIT E

| | |
|---|---|
| **SUMMONS** <br> *(CITATION JUDICIAL)* <br> **NOTICE TO DEFENDANT:** <br> *(AVISO AL DEMANDADO):* <br> ADVANCED MEDICAL OPTICS; and DOES 1 to 50, Inclusive | **SUM-100** <br> FOR COURT USE ONLY <br> *(SOLO PARA USO DE LA CORTE)* <br> CIVIL <br> 2007 JUL 16 P 3: 53 |

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KRISTIN JENKINS, individually, and on behalf of the Class

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

  *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
  *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: | CASE NUMBER: 37-2007-00071244-CU-PL-CTL
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF THE STATE OF CALIFORNIA
330 West Broadway
San Diego, CA 92101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
KEVIN F. QUINN, ESQ.    619-236-9363    619-236-9653
KAREN R. FROSTROM, ESQ.
THORSNES BARTOLOTTA McGUIRE, 2550 Fifth Avenue, Suite 1100
San Diego, CA 92103

DATE: JUL 16 2007    Clerk, by SANDRA VILLANUEVA, Deputy
*(Fecha)*              *(Secretario)*                     *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☑ on behalf of *(specify)*: Advanced Medical Optics,

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
Legal Solutions Plus

VINCENT J. BARTOLOTTA, JR., ESQ. SB#055139
KEVIN F. QUINN, ESQ. SB#106224
KAREN R. FROSTROM, ESQ. SB#207044
THORSNES BARTOLOTTA McGUIRE
2550 Fifth Avenue, Eleventh Floor
San Diego, CA 92103
Phone: (619) 236-9363    Fax: (619) 236-9653

Attorneys for Plaintiff KRISTIN JENKINS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| KRISTIN JENKINS, individually, and on behalf of the Class,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MEDICAL OPTICS; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 37-2007-00071244-CU-PL-CTL<br><br>CLASS ACTION COMPLAINT FOR:<br>(1) STRICT LIABILITY;<br>(2) BREACH OF WARRANTY;<br>(3) NEGLIGENCE;<br>(4) BREACH OF IMPLIED WARRANTIES;<br>(5) FRAUDULENT CONCEALMENT; AND<br>(6) VIOLATION OF THE UNFAIR COMPETITION LAWS |

Plaintiff, individually, and on behalf of the general public, brings lawsuit for relief under the laws of the State of California. The allegations pertaining to Plaintiff's conduct are made upon personal knowledge. The remaining allegations in this Complaint are made on information and belief based upon investigations conducted by Plaintiff's counsel. Plaintiff alleges as follows:

**PARTIES**

1.  Plaintiff KRISTIN JENKINS is an individual and resident of San Diego County, California, who purchased and used Advanced Medical Optics' Complete MoisturePLUS contact lens solution in early 2007.

2.  Defendant ADVANCED MEDICAL OPTICS is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business located at 1700 East St. Andrew Place, Santa Ana, CA 92705.

- 1 -

CLASS ACTION COMPLAINT

437074.1

3.  Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 50, inclusive, and therefore sues these Defendants by these fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.

## CLASS ALLEGATIONS

4.  Plaintiff KRISTIN JENKINS brings this action on her individual behalf and on behalf of all persons similarly situated. The class Plaintiff represents is composed of all consumers who purchased Complete MoisturePLUS in 2006 or 2007.

5.  Complete MoisturePLUS is sold by the supplier with written warranties accompanying the product.

6.  Complete MoisturePLUS was purchased originally from suppliers at various locations throughout the State of California, on various dates.

7.  Each product was purchased by a consumer who still owns the product or who has transferred the product directly or through an intermediary to a transferee consumer who still owns it, and each and every consumer who still or presently owns that product is a plaintiff in this case.

8.  Each product is equally and inherently defective in the same manner, and remains so without regard to the type of use, age, or maintenance performed by any Plaintiff, whether or not authorized by the Defendant; each Plaintiff has been damaged in the same manner, to a greater or lesser degree, as may be established with respect to any individual circumstances.

9.  There is no plain, speedy, or adequate remedy other than by maintenance of a class action since Plaintiff is informed and believes and thereon alleges that the damage to each Plaintiff is relatively small, making it economically unfeasible to pursue remedies other than a class action. Consequently, there would be a failure of justice but for the maintenance of a class action.

## FACTS

10.  In January 2007, Plaintiff KRISTIN JENKINS purchased Complete MoisturePLUS, a soft contact lens solution that she used to lubricate her personal lenses. After a few weeks, she noticed redness and felt irritation in her eye. The condition got progressively worse, despite her having timely sought medical treatment. After initial treatments were

///

- 2 -

CLASS ACTION COMPLAINT

437074.1

1  unsuccessful, MS. JENKINS' doctor conducted a full culturing related to her condition. The result
2  was a positive finding of Acanthamoeba keratitis.

3      11. MS. JENKINS has lost most sight in the affected eye. She began treating her
4  condition in May, 2007 and has been advised that she will require treatment for at least one year
5  before the parasite will be gone. She has been advised that her sight may never return unless she
6  has a corneal implant.

7      12. MS. JENKINS is married, with three small children. She works as a bookkeeper
8  for a pool servicing business. Her severe pain, light sensitivity, and loss of sight related to her
9  condition have significantly impacted her ability to care for her family and engage in her business.

10      13. Acanthamoeba is a microorganism commonly found inhabiting watery
11  environments. When infecting an eye, the organism can cause severe pain, sun sensitivity and
12  even blindness. While soaking, the contact lens will accumulate Acanthamoebas and subsequently
13  transfer only the surface of the eye and result in a severe infection. The infection is extremely
14  difficult to cure.

### FIRST CAUSE OF ACTION
### Strict Liability
### (Against All Defendants)

17      14. Plaintiff realleges and incorporates by reference as if specifically set forth herein
18  Paragraphs 1 through 13 above.

19      15. Defendant is, and at all times herein mentioned, was engaged in the business of
20  manufacturing and distributing optical products, including Complete MoisturePLUS. Those
21  products were at all times mentioned for sale to and use by members of the general public, and as a
22  part of its business, Defendant designed, manufactured, and distributed Complete MoisturePLUS.

23      16. Defendant intended that the Complete MoisturePLUS products be used by members
24  of the general public for the purpose of lubricating contact lenses in the eye. Defendant intended
25  that the product be purchased by members of the public.

26      17. In January, 2007, Plaintiff purchased a bottle of Complete MoisturePLUS and
27  proceeded to use it as Defendant intended and in accordance with instructions.

28  ///

- 3 -

CLASS ACTION COMPLAINT                                                                 437074.1

18. The bottle of Complete MoisturePLUS was, at the time that Plaintiff purchased it, defective and unsafe for its intended purpose in that it was contaminated with the microorganism Acanthamoeba.

19. As a proximate result of the defect, Plaintiff sustained serious and permanent injury to her right cornea and eye and suffered extreme physical discomfort and mental anguish.

20. As a further proximate result of the defect, Plaintiff has incurred, and will continue to incur, medical expenses.

21. As a further proximate result of the defect, Plaintiff has lost her ability to function effectively as a bookkeeper, to her detriment.

22. As a further proximate result of the defect, Plaintiff has lost the ability to engage in many personal and family activities that she previously enjoyed.

23. As such, Plaintiff seeks damages in the amounts described in the prayer for relief.

## SECOND CAUSE OF ACTION
### Breach of Warranty
### (Against All Defendants)

24. Plaintiff realleges and incorporates by reference as if specifically set forth herein Paragraphs 1 through 23 above.

25. Plaintiff purchased Complete MoisturePLUS.

26. Each bottle of Complete MoisturePLUS was sold pursuant to an express warranty. That express warranty became part of the basis of the bargain between the parties.

27. Defendant breached each and every express warranty described above in that the Complete MoisturePLUS was defectively manufactured in that it is contaminated with Acanthamoeba.

28. As a result of the above-described defects, Plaintiff did not receive the goods as warranted by the Defendant.

29. As a proximate result of these breaches, Plaintiff has been damaged. Plaintiff reserves the right to amend this Complaint to insert the true measure of damages upon further discovery and/or at the time of trial. Wherefor, Plaintiff prays for judgment against the Defendant as set forth in the prayer for relief.

- 4 -

CLASS ACTION COMPLAINT                              437074.1

### THIRD CAUSE OF ACTION
### Negligence
### (Against all Defendants)

30. Plaintiff realleges and incorporates by reference as if specifically set forth herein Paragraphs 1 through 29 above.

31. Defendant, at all times referenced, had a duty to provide a non-contaminated, effective product for sale to the general public.

32. Defendant breached that duty by distributing for sale to the general public, a contaminated and hazardous product.

33. As a proximate result of Defendant's breach, Plaintiff has been damaged in a manner to be proven at trial.

34. As such, Plaintiff requests an award of damages as set forth in the Prayer for Relief.

### FOURTH CAUSE OF ACTION
### Breach of Implied Warranties
### (Against All Defendants)

35. Plaintiff realleges and incorporates by reference as if specifically set forth herein Paragraphs 1 through 34 above.

36. Defendant impliedly warranted to Plaintiff and the general public that Complete MoisturePLUS was of merchantable quality and safe for the intended use.

37. Plaintiff relief upon Defendant's skill, judgment, and experience in purchasing Complete MoisturePLUS for use.

38. The product purchased was not safe for its intended use nor or merchantable quality. The product was unsafe and dangerous when put to its intended use and could and did cause severe injury to users.

39. As a proximate result of Defendants' breaches, Plaintiff has been damaged as set forth in the Prayer for Relief.

### FIFTH CAUSE OF ACTION
### Fraudulent Concealment
### (Against All Defendants)

40. Plaintiff realleges and incorporates by reference as if specifically set forth herein Paragraphs 1 through 39 above.

-5-

CLASS ACTION COMPLAINT                                                                                              437074.1

41. Prior to the May 25, 2007 voluntarily recall of all bottles of Complete MoisturePLUS, Defendant was aware of the contaminated product. Notwithstanding that knowledge, Defendant did not advise the Federal Drug Administration, the Center for Disease Control, or members of the general public about the dangers of that contamination.

42. As a proximate result of the concealment of the existence of contaminated Complete MoisturePLUS products on the market, Plaintiff has sustained damage in an amount to be proven at trial.

43. As such, Plaintiff requests an award pursuant to the Prayer for Relief.

### SIXTH CAUSE OF ACTION
### Violation of Unfair Competition Laws
### (Against All Defendants)

44. Plaintiff realleges and incorporates by reference as if specifically set forth herein Paragraphs 1 through 43 above.

45. Defendant's conduct is likely to deceive the people of the State of California and the general public and Defendant has, therefore, engaged in a fraudulent business practice in violation of the Unfair Competition Act.

46. The conduct described above offends established public policy and is immoral and/or unethical. Consequently, Defendant has engaged in, and continues to engage in, unfair business practices in violation of the Unfair Competition Act.

47. Defendant's conduct has been unlawful in violation of the Unfair Competition Act.

48. Wherefore, Plaintiff and the class pray for judgment against Defendant, as set forth below.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and as representations of the Class prays as follows:

1. For certification of the class;

2. For disgorgement of all profits earned from their unlawful, unfair, and/or deceptive practices, as provided by law;

///

1. 3. For relief, including rescission, restitution, and injunctive relief, as provided by law;

2. 4. For recovery of the costs of this suit and reasonable attorneys' fees, as provided by law;

3. 5. For special damages;

4. 6. For general damages;

5. 7. For such other and further relief as the Court may deem just and proper under the circumstances.

Dated: July 16, 2007

THORSNES BARTOLOTTA McGUIRE

By: _____
VINCENT J. BARTOLOTTA, JR.
KEVIN F. QUINN, ESQ.
KAREN R. FROSTROM, ESQ.
Counsel for Plaintiff and the Class