# EXHIBIT F

Anthony G. Brazil, State Bar No. 84297
David J. Vendler, Esq. State Bar No. 146528
Megan S. Wynne, State Bar No. 183707
Mark E. Hellenkamp, State Bar No. 144708
MORRIS POLICH & PURDY LLP
1055 West Seventh Street
24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
E-mail: abrazil@mpplaw.com
E-mail: dvendler@mpplaw.com
E-mail: mwynne@mpplaw.com
E-mail: mhellenkamp@mpplaw.com

Attorneys for Defendant
Advanced Medical Optics, Inc.

FILED
07 AUG 22 PM 12:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 1659 DMS (RBB)

KRISTIN JENKINS, individually, and on behalf of the Class,

　　　　　Plaintiff,

vs.

ADVANCED MEDICAL OPTICS; and DOES 1 through 50, Inclusive,

　　　　　Defendants.

CASE NO:

[Re: San Diego County Superior Court Case No. 37-2007-00071244-CU-PL-CTL]

**NOTICE OF REMOVAL OF ACTION**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

　　Defendant Advanced Medical Optics, Inc. ("AMO"), erroneously sued as Advanced Medical Optics, hereby gives notice of removal of the above-entitled action from the Superior Court of California, for the County of San Diego, Case No. 37-2007-00071244-CU-PL-CTL, to the United States District Court for the Southern District of California, and states:

　　1.　　On July 16, 2007, plaintiff Kristin Jenkins ("plaintiff") commenced suit against AMO in the Superior Court of the State of California, for the County of San Diego, by filing an action entitled *Kristin Jenkins v. Advanced Medical Optics; and Does 1 through 50, inclusive*, Case No. 37-

SD014774

1

NOTICE OF REMOVAL OF ACTION

2007-00071244-CU-PL-CTL.

2. On July 23, 2007, copies of the Summons and Complaint in the above-entitled action were served upon National Registered Agents, Inc. and subsequently transmitted to AMO.

3. True and correct copies of the Summons and Complaint constituting all of the papers and pleadings served upon National Registered Agents, Inc. on behalf of AMO and which are included in the court file are attached to the Declaration of Mark E. Hellenkamp ("Hellenkamp Decl.") and marked collectively as "Exhibit A".

## JURSIDICTIONAL BASIS FOR REMOVAL

4. This Court has original jurisdiction over this action pursuant to the provisions of the Class Action Fairness Act (CAFA) 28 U.S.C. § 1332(d)(2), and the general removal statute, 28 U.S.C. § 1441(b). The complaint is styled as a class action to recover monies that were paid by consumers who purchased COMPLETE MoisturePLUS® MPS contact lens solution. (Exh. "A".)

5. This case is one of over 10 cases pending that arise out of the use or purchase of COMPLETE MoisturePLUS® MPS contact lens solution. (Hellenkamp Decl., ¶ 3.)

6. All of the requirements for removal under CAFA exist in this case. Minimal diversity exists because it is alleged on page 2 of the Complaint that it is brought on behalf of "all consumers who purchased" COMPLETE MoisturePLUS® MPS "in 2006 or 2007." (Exh. "A", ¶ 4.) AMO is incorporated in Delaware and maintains its principal place of business in California. (*Id.* at ¶ 2.) The COMPLETE MoisturePLUS® MPS contact lens solution was sold nationally in 2006 and 2007. (Hellenkamp Decl., ¶ 4.) Thus, at least one of the purported class members is a resident of a state other than Delaware or California.

7. The allegations of the Complaint reveal that there are at least 100 members of the plaintiff class because the Complaint alleges that the class is comprised of "all consumers who purchased" COMPLETE MoisturePLUS® MPS "in 2006 and 2007". And, COMPLETE MoisturePLUS® MPS was sold nationally in 2006 and 2007. (Exh. "A", ¶ 4; Hellenkamp Decl., ¶ 4.)

8. That the combined claims of the plaintiff class exceed $5,000,000 is also determinable from the face of the Complaint. Specifically, paragraph 9 alleges that "[t]here is no ... adequate

SD014774

2

**NOTICE OF REMOVAL OF ACTION**

remedy other than by maintenance of a class action" and COMPLETE MoisturePLUS® MPS was sold on a nationwide basis. (Exh. "A", ¶ 9; Hellenkamp Decl., ¶ 4.) Even assuming that each class member only purchased one bottle of the contact lens solution, CAFA's amount in controversy would be met.

9. This case does not fall within the "home state" exception to CAFA which requires that more than two thirds of the class members reside in the home state (in this case California) or the "discretionary abstention" provision, which allows the federal court to abstain if at least one third of the class members reside in the state and the primary defendants are citizens of the state in which the action was filed. (See, 28 U.S.C. 1332(d)(3) and (4).) As stated, the Complaint is brought on behalf of "all consumers who purchased COMPLETE MoisturePLUS in 2006 or 2007," which product was sold nationally during this time period. Thus, there are potentially class members all across the country, not only in California.

10. On all of these bases, the action is removable under CAFA and 28 U.S.C. §1441(a).

11. This Notice is timely under the provisions of 28 U.S.C. §1446(b). On July 23, 2007, the Summons and Complaint was served upon National Registered Agents, Inc., AMO's agent for service of process in California. Thus, AMO has filed this Notice within 30 days of service of the initial pleading setting forth the claim for relief upon which the action is based.

12. The United States District Court for the Southern District of California embraces the county in which the state court action is now pending, and thus, this Court is a proper venue for this action pursuant to 28 U.S.C. § 84(d).

13. Written notice of this removal is being served this date on counsel for plaintiff pursuant to 28 U.S.C. § 1446(d).

14. Written notice of this removal is being filed this date with the Clerk of the State Court in which the action is currently pending pursuant to 28 U.S.C. § 1446(d).

15. AMO has not previously appeared in this action.

/ / /

/ / /

/ / /

SD014774

3

NOTICE OF REMOVAL OF ACTION

1  WHEREFORE, Defendant Advanced Medical Optics, Inc. prays that the above-entitled action
2  now pending in the Superior Court of the State of California, County of San Diego, be removed
3  therefrom to the United States District Court for the Southern District of California, and prays that
4  said action stand so removed.

Dated: August 22, 2007

Respectfully submitted,

MORRIS POLICH & PURDY LLP

By: _____
    Anthony G. Brazil
    David J. Vendler
    Megan S. Wynne
    Mark E. Hellenkamp

Attorneys for Defendant,
Advanced Medical Optics, Inc.

SD014774

4

NOTICE OF REMOVAL OF ACTION