# EXHIBIT G




Our Products ▼   :: What We Treat   Search [  ] GO

:: Contact Us :: For Practitioners :: About Allergan :: Careers :: R & D :: Investors/Media



About Allergan
At a Glance
Key Facts
Board and Management
Our History
Allergan in the Community
Responsibility
Allergan Worldwide
R & D Overview
Where to buy products
Material Safety Data Sheets

Global Sites

[Other Country Sites ▼]

# About Allergan



### Allergan First Glance

We are Dedicated to Continuous **Innovation** for your **Well-Being**

### Allergan Overview

Allergan, Inc. is a premier, global specialty pharmaceutical and medical device company that discovers, develops and commercializes innovative products for the ophthalmology, neurosciences, medical dermatology, medical aesthetics and other specialty markets. Headquartered in Irvine, California, Allergan is dedicated to delivering value to its customers, satisfying unmet medical needs and improving people's lives. The Company employs more than 6,500 people worldwide and operates world-class research and development facilities and state-of-the-art manufacturing plants. In addition to its discovery-to-development research programs, Allergan has global marketing and sales capabilities, with a presence in more than 100 countries.

### Product Overview

:: **OPHTHALMIC PHARMACEUTICALS**

Years of experience as a global leader in eye care have resulted in the rapid growth of Allergan's ophthalmic pharmaceuticals business. With an expertise in discovering and developing new therapeutic agents for conditions and diseases of the eye, Allergan is positioning itself to take over the No. 1 position in the global ophthalmic market by establishing the largest ophthalmic sales force in the world and by making significant investments in eye care research and development projects. As of the beginning of 2002, Allergan has the largest sales force in ophthalmology in North American, Europe, Latin America and Asia, outside of Japan. The Allergan sales force has been ranked No. 1 in the U.S. for the fourth year in a row by ophthalmologists according to an independent survey by Scott-Levin and was again ranked first in Canada in an independent survey conducted by Market Research Canada.

:: **BOTOX® / NEUROMODULATOR**

Over the past decade, the uses of BOTOX® (botulinum toxin type A) have expanded as scientists and physicians continue to recognize its broad applicability. Originally used in the treatment of certain ophthalmic movement disorders, BOTOX® therapy is now widely accepted in many regions around the world as the gold standard for indications ranging from therapeutic

neuromuscular disorders and related pain to cosmetic facial aesthetics. BOTOX® therapy also carries the unique distinction of being the only product of its kind with over 10 years of successful clinical experience in people worldwide.

**:: SKIN CARE**

Allergan focused its resources on the high growth markets of acne and psoriasis in the U.S. and Canada while modestly building its presence outside North America. Combined, the U.S. topical acne and psoriasis markets generated over $900 million in 2001 and grew by over 16% from 2000, making them two of the most attractive segments in the overall dermatology market. Within these markets, Allergan performed excellently, recording the highest in-market growth of any dermatology company.

AGN (NYSE)    60.33 (-.340)        :: Home :: Global Sites :: Site Map :: Privacy :: Compliance

Marks owned by Allergan, Inc.