# EXHIBIT H



Our Products ▼     :: What We Treat     Search [ ]  (GO)

:: Contact Us :: For Practitioners :: About Allergan :: Careers :: R & D :: Investors/Media

🖨 Printer-Friendly Format

About Allergan

# Allergan Worldwide

**About Allergan**
At a Glance
Key Facts
Board and Management
Our History
Allergan in the Community
Responsibility
Allergan Worldwide
R & D Overview
Where to buy products
Material Safety Data Sheets

**Global Sites**

[ Other Country Sites ▼ ]



Allergan offices are located in over 20 countries around the world. Scroll to the desired country to view the office contact information.

**Worldwide Site Information**

**ALLERGAN, INC.**
**Corporate Headquarters**
Irvine, California

Mailing Address
P.O. Box 19534
Irvine, CA 92623-9534

Street Address
2525 Dupont Drive
Irvine, CA 92612

To reach us via e-Mail, you may Contact Us

Allergan Corporate - Telephone
Toll Free (U.S. Only) 800-347-4500 or 714-246-4500
Fax: 714-246-6987

- - - - - - - - - - - - - - - - -

*Sites are noted in alphabetical order by country*

**ARGENTINA**
ALLERGAN PRODUCTOS FARMACEUTICOS S.A.
Av. del Libertador 498
Piso 29 - Sector Norte
(C1001ABR) Buenos Aires
ARGENTINA
Telephone 54-11-6322-6464
Fax 54-11-6322-6466

**AUSTRALIA**
ALLERGAN AUSTRALIA PTY. LTD.
77 Ridge Street
Gordon , NSW 2072
Sydney, AUSTRALIA
Telephone  61-2-9498 0100
FAX  61-2-9498 0290

**AUSTRIA**

Pharm-Allergan (Pharmaceuticals)
Bro Wien
Twin Tower 12 A
Wienerbergstrasse 11
1100 Wien
Austria
Telephone +43-1-99460-6355
Fax: +43-1-319-2597

Pharm-Allergan (BOTOX®)
Hahnegasse 13/4
1090 Wien
AUSTRIA
Telephone 43-1-317-2562
Fax 43-1-319-2597

**BELGIUM**
ALLERGAN N.V.
(Operates under the Allergan Netherlands offce- see details below)

**BRAZIL**
ALLERGAN PRODUTOS FARMACÊUTICOS LTDA.
Av. Dr. Cardoso De Melo, 1955
13º andar - Edifcio Brasilio Machado
Vila Olímpia
04548-005 - São Paulo-SP, BRASIL
Telephone 55-11-3048-0500
Fax 55-11-3846-4099

ALLERGAN Produtos Farmacêuticos Ltda.
Av. Guarulhos, No. 3180
Guarulhos, SP.
CEP-07030-000
BRAZIL
Telephone 55-11-6423-2000
Fax 55-11-6421-7520

**CANADA**
ALLERGAN INC.
110 Cochrane Drive
Markham, Ontario
CANADA L3R 9S1
Telephone 905-940-1660
Fax 905-940-1902

**CHILE**
ALLERGAN LABORATORIOS LIMITADA
Av. Providencia 2286 OF. 304
(Metro Los Leones)
Santiago, Chile
Telephone 011-56-2-335-9000
Fax 011-56-2-335-9090

**CHINA**
**Distributor: Pharmalink (Shanghai) Pharmaceutical Services Co Ltd**
Ocean Towers, 703
550 Yanan East Road
Shanghai,
CHINA 200001
Telephone: 8621-5306 0001
Fax: 8621-6351 7323

**COLOMBIA**
ALLERGAN DE COLOMBIA S.A
Carrera 20 No.84-14 of. 201
Edif. Torrenova
Santafe de Bogota, COLOMBIA
SOUTH AMERICA
Telephone 57-1-6916154 or 57-1-6916043
Fax 57-1-5300654

**DENMARK**
(operates through Allergan Sweden)
ALLERGAN A/S
C/O ALLERGAN NORDEN AB

Mailing Address
Business Campus
S-194 81 UPPLANDS VSBY
Sweden

Street Address
Johanneslundsvagen 2
S-194 81 UPPLANDS VSBY
Sweden

Telephone 808 845 60
Fax  808 845 61

**DUBAI**
ALLERGAN AFRASIA LIMITED
Mailing Address
P.O. Box 15793
Dubai, U.A.E.

Street Address
Allergan Services International Limited
Warehouse No. B10, Dubai Airport Free Zone Area
West Wing Road (South) WB 21
Dubai, U.A.E.
Telephone 971-4-2995749
Fax 971-4-2995760

**EGYPT**
ALLERGAN Scientific Office
53 El Sheikm Mohd. El Nadi Street
Nasr City
6th Zone, Cairo, EGYPT
Telephone 202-670-1644 / 670-1780
Fax 202-670-1646

**FINLAND**
(operates through Allergan Sweden)
ALLERGAN NORDEN AB

Mailing Address
Business Campus
S-194 81 UPPLANDS VSBY
Sweden

Street Address
Johanneslundsvagen 2
S-194 81 UPPLANDS VSBY
Sweden
Telephone 0800 11 50 03
Fax   0800 11 50 04

**FRANCE**
ALLERGAN FRANCE S.A.S.
Mailing Address
BP 442
06254 MOUGINS CEDEX
FRANCE

Street Address
1198, Avenue du Docteur Maurice Donat
Z.A.C. Font de l'Orme
B.P. 442
06254 MOUGINS CEDEX, FRANCE
Telephone 33-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
Fax 33-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

**GERMANY**
PHARM-ALLERGAN GmbH
Pforzheimer Str.160
D-76275
Ettlingen GERMANY
Telephone 49-7243-501-0
Fax 49-7243-501-100

**HONG KONG**
Allergan Asia Ltd.
Suites 705-06 Cityplaza Three
14 Taikoo Wan Road
Taikoo Shing, Island East
Hong Kong
Tel (852) 2610 2525
Fax (852) 2610 0993

**INDIA**
ALLERGAN INDIA LIMITED
1st Floor, North Wing
Silver Jubilee Block,
Unity Building Complex,
Mission Road, 3rd Cross,
Bangalore - 560 027, INDIA
Telephone 91-80-2299 125/35/40
Fax 91-80-2299 130

**IRELAND (EUROCENTRE)**
ALLERGAN Services International Limited
Block J
The Earlsfort Centre
Dublin 2
IRELAND
Telephone 353-1-644-5200
Fax 353-1-6445299

**IRELAND (MANUFACTURING)**
ALLERGAN PHARMACEUTICALS (IRELAND) LTD., INC.
Castlebar Road
Westport
County Mayo
IRELAND
Telephone 353-98-25222
Fax 353-98-25791

**ITALY**
ALLERGAN S.p.A.
Via Salvatore Quasimodo n. 134/138
00144 Rome, ITALY
Telephone 39-6-509561

**JAPAN**
ALLERGAN K.K.
40 Mori Building
5-13-1 Toranomon
Minato-ku, Tokyo 105-0001
JAPAN
Telephone 81-3-5402-8100
Fax 81-3-5402-8381

**KOREA**
ALLERGAN KOREA LTD.
Unit 612 , Korea City Air Terminal Building
159-6, Samsung-dong, Kangnam-ku
Seoul 135-728
KOREA
Telephone 82-2-3453-7660
Fax 82-2-3453-7781

**MALAYSIA**
ALLERGAN
Suite G.07, Ground Floor, Wisma Academy
No 4A, Jalan 19/1
46300 Petaling Jaya,
Selangor, MALAYSIA
Telephone 60-3-7957 3885
Fax 60-3-7957 3141

**MEXICO**
ALLERGAN S.A. de C.V.Mier y Pesado No. 126
Col. del Valle
MEXICO, D.F. C.P. 03100
Telephone 525-488-8500
Fax 525-682-6987

**NETHERLANDS**
ALLERGAN BV (Sales and Marketing only)
Mailing Address
P.O. Box 446
3430 AK Nieuwegein
NETHERLANDS

Street Address
Business Centre Rhijnhuysen
Edisonbaan 14 C-2
3439 MN Nieuwegein
NETHERLANDS
Telephone 0031-30-7503750
Fax 0031-30-7503755

**NEW ZEALAND**
ALLERGAN NEW ZEALAND LIMITED
Mailing Address
P.O. Box 1873
Auckland, NEW ZEALAND

Street Address
cnr Manu Tapu Dr. & Joseph Hammond Pl
Auckland International Airport
NEW ZEALAND
Telephone 64-9-255-1967
FAX  64-9-255-1958

Excel
7-9 Niall Burgess Road
Mt. Wellington, Auckand 6
Telephone 64-9-573 0264
Fax 64-9-573 0266

**NORWAY**
ALLERGAN AS
C/O ALLERGAN NORDEN AB
Business Campus
194 81 UPPLANDS VSBY
SWEDEN
Telephone 46-8-594-10-000
Fax 46-8-590-723-35

**PHILIPPINES**
ALLERGAN
3rd Floor Zuellig Pharma Building
Malugay Street,  Sen Gil Puyat Avenue
1265 Makati City
PHILIPPINES
Tel:  +632 845-7308 or
      +632 845-7589
Fax:  +632 844-1734

**PUERTO RICO**
AMO PUERTO RICO, INC.
Anasco Industrial Park
Road 402 N
P.O. Box 1408
Anasco, PUERTO RICO 00610-1408
Telephone 787-826-2727
Fax 787-826-5700

Allergan Sales, Inc. (Hato Rey branch)
Mailing Address
P.O. Box 195409
Hato Rey, PUERTO RICO  00919-5409

Street Address
Calle Calaf
Esq. Teniente Cesar Gonzalez
Urb. Industrial Tres Monjitas
Hato Rey, PUERTO RICO 00918
Telephone 787-766-2710
Fax 787-766-4565

**SAUDI ARABIA**
ALLERGAN SCIENTIFIC OFFICE
Mailing Address
P.O. Box 935
Jeddah, SAUDI ARABIA

Street Address
9th Floor, Flat No. 905, Al Baghdadia, Madina Road

Al Jamal Building, Above Egypt Air Office
Jeddah, SAUDI ARABIA
Telephone 966-2-643-0155 or 966-2-643-0166
Fax 966-2-644-4464

**SINGAPORE**
Allergan Singapore Pte Ltd
460 Alexandra Road
#05-01A, PSA Building
SINGAPORE 119963
Telephone +65 6747 7077
Fax +65 6747 8289

**SPAIN**
ALLERGAN, S.A.
Mailing Address
P.O. Box #62
28760 - Tres Cantos
Madrid SPAIN

Street Address
Allergan, S.A.U.
Edificio La Encina
Plaza de la Encina 10-11
28760 - Tres Cantos
Madrid SPAIN
Telephone 34-91-807-6130
Fax 34-91-807-6200

**SWEDEN**
ALLERGAN NORDEN AB
Mailing Address
Business Campus
S-194 81 UPPLANDS VSBY
Sweden

Street Address
Johanneslundsvagen 2
194 81 UPPLANDS VSBY
Sweden
Telephone 46-8-594-10-000
Fax 46-8-590-723-35

**SWITZERLAND**
ALLERGAN AG
Mailing Address
P.O. Box 442
CH-8853 Lachen
SWITZERLAND

Street Address
Churerstrasse 135
CH - 8808 Pfäffikon
SWITZERLAND
Telephone 41-55-451-71-11
Fax 41-55-451-71-33

**TAIWAN**
ALLERGAN ASIA LIMITED (Taiwan Branch)
10/F No. 366 Chung-Ho Road, Chung Ho City
Taipei County, TAIWAN
Telephone 886-2-8660 0505
Fax 886-2-8660 8822

**THAILAND**
Allergan Thailand Ltd
Payatai Plaza Building, 22nd Floor, Room E, F, G
128/239-241 Phayathai Road,
Thung Phayathai, Ratchathewi,
Bangkok 10400
Tel. 662-6120371-4
Fax.662-6120376

**TURKEY**
ALLERGAN OPTIK MAMULLERI SANAYI VE TICARET LIMITED
c/o Arthur Andersen
Buyukdere Caddesi, Beytem Plaza Kat. 10
80220 Sisli ISTANBUL, TURKEY

**UNITED KINGDOM**
ALLERGAN LIMITED
Marlow International
The Parkway
MARLOW  Buckinghamshire
SL7 1YL
UK
Phone: +44(0)1628 494444
Fax: +44(0)1628 494449

:: Home :: Global Sites :: Site Map :: Privacy :: Compliance

Marks owned by Allergan, Inc.