# EXHIBIT I

ORIGINAL

1  Wendy R. Fleishman
   e-mail: wfleishman@lchb.com
2  Rebecca Bedwell-Coll (State Bar No. 184468)
   e-mail: rbcoll@lchb.com
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
4  New York, NY 10017-2024
   Telephone: (212) 355-9500
5  Facsimile: (212) 355-9592

6  Kent L. Klaudt (State Bar No. 183903)
   e-mail: kklaudt@lchb.com
7  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
8  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
9  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
10

11  *Attorneys for Plaintiffs*

12
                    UNITED STATES DISTRICT COURT
13
                    CENTRAL DISTRICT OF CALIFORNIA
14

15
16  DEBBIE WOOTEN and JAMES           Case No. SA-CV-070689  JVS (ANx)
    MICHAEL WOOTEN, wife and husband,                        "BY FAX"
17                 Plaintiffs,         NOTICE OF VOLUNTARY DISMISSAL
18        v.
19  ADVANCED MEDICAL OPTICS, INC.
    and ALLERGAN, INC.,
20
                   Defendants.
21



FILED
CLERK U.S. DISTRICT COURT
AUG - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED





DOCKETED ON CM
AUG - 9 2007
BY _____

NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: August 1, 2007

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Rebecca Bedwell-Coll

Wendy R. Fleishman
e-mail: wfleishman@lchb.com
Rebecca Bedwell-Coll (State Bar No. 184468)
e-mail: rbcoll@lchb.com
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Kent L. Klaudt (State Bar No. 183903)
e-mail: kklaudt@lchb.com
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs*

721056.1

- 2 -

NOTICE OF DISMISSAL