1  Anthony G. Brazil, State Bar No. 84297
2  David J. Vendler, State Bar No. 146528
   Megan S. Wynne, State Bar No. 183707
3  **MORRIS POLICH & PURDY LLP**
   1055 West Seventh Street, 24th Floor
4  Los Angeles, California 90017
   Telephone:  (213) 891-9100
5  Facsimile:  (213) 488-1178
   E-Mail:     abrazil@mpplaw.com
6  E-Mail:     mwynne@mpplaw.com
   E-Mail:     dvendler@mpplaw.com
7
   Attorneys for Defendant,
8  ADVANCED MEDICAL OPTICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: C 07 3107 PJH<br><br>**SUPPLEMENTAL DECLARATION OF JANET M. RICHARDSON IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES RE MOTION TO TRANSFER VENUE BY DEFENDANT ADVANCED MEDICAL OPTICS, INC.**<br><br>[28 U.S.C. Section 1404(a)]<br><br>Date:    September 26, 2007<br>Time:    9:00 a.m.<br>Ctrm.:   "3"<br>Judge:   Hon. Phyllis J. Hamilton |

-1-                                                        C 07-03107 PJH

**DECLARATION OF JANET M. RICHARDSON IN SUPPORT OF DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S REPLY MEMORANDUM RE MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT**

## DECLARATION OF JANET M. RICHARDSON

I, Janet M. Richardson, declare and state as follows:

1. I am Senior Managing Attorney for defendant Advanced Medical Optics, Inc. ("AMO") and have been employed by AMO since February 2006. The matters set forth herein are of my own personal knowledge and, if called as a witness, I could and would testify competently hereto. I submit this Declaration in support of AMO's Reply Memorandum Re Motion to Transfer the Venue of this Action from the Northern District of California to the Central District of California.

2. The office AMO maintains in the Northern District of California has nothing to do whatsoever with the packaging, labeling, marketing, and advertising of COMPLETE MoisturePLUS® Multi-Purpose Solution, the product at issue in this action. As can be seen from the exhibits presented by plaintiffs, the northern California facility relates to AMO's laser vision correction business unit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 12th day of September, 2007, at Santa Ana, California.

_____
Janet M. Richardson

-2-                                                                                     C 07-03107 PJH

DECLARATION OF JANET M. RICHARDSON IN SUPPORT OF DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S REPLY MEMORANDUM RE MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT

# ELECTRONIC CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On September 12, 2007, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following documents via file transfer protocol to ECF (Electronic Case Filing)

**SUPPLEMENTAL DECLARATION OF JANET M. RICHARDSON IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES RE MOTION TO TRANSFER VENUE BY DEFENDANT ADVANCED MEDICAL OPTICS, INC.**

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile     ☐ overnight delivery

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on September 12, 2007, at Los Angeles, California.

_____
Mineeh P. Lapid