1   Anthony G. Brazil, State Bar No. 84297
2   David J. Vendler, State Bar No. 146528
    Megan S. Wynne, State Bar No. 183707
3   **MORRIS POLICH & PURDY** LLP
    1055 West Seventh Street, 24th Floor
4   Los Angeles, California 90017
    Telephone:    (213) 891-9100
5   Facsimile:    (213) 488-1178
    E-Mail:       abrazil@mpplaw.com
6   E-Mail:       mwynne@mpplaw.com
    E-Mail:       dvendler@mpplaw.com

7   Attorneys for Defendant,
8   ADVANCED MEDICAL OPTICS, INC.

9

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12

13  ALEXIS DEGELMANN and JOSEPH          CASE NO.:  C 07 3107 PJH
    LIN, on behalf of themselves and all
14  those similarly situated,

15          Plaintiffs,                  **SUPPLEMENTAL DECLARATION
                                         OF DAVID J. VENDLER IN**
16  vs.                                  **SUPPORT OF REPLY
                                         MEMORANDUM OF POINTS AND**
17  ADVANCED MEDICAL OPTICS,             **AUTHORITIES RE MOTION TO**
    INC., a Delaware corporation,        **TRANSFER VENUE BY**
18                                       **DEFENDANT ADVANCED**
            Defendants.                  **MEDICAL OPTICS, INC.**
19

20

21

22                                       **[28 U.S.C. Section 1404(a)]**

23
                                         **Date:     September 26, 2007**
24                                       **Time:     9:00 a.m.**
                                         **Ctrm.:    "3"**
25                                       **Judge:    Hon. Phyllis J. Hamilton**

26  ─────────────────────────────

27

28

                                    -1-                    C 07-03107 PJH
─────────────────────────────────────────────────────────────────────
SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER RE REPLY MEMORANDUM SUPPORTING
MOTION TO TRANSFER BY DEFENDANT ADVANCED MEDICAL OPTICS, INC.

## SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER

I, David J. Vendler, declare and state as follows:

1.    I am an attorney duly licensed to practice in all of the courts of this state and am a partner in the law firm of Morris Polich & Purdy LLP, attorneys of record for defendant Advanced Medical Optics, Inc. ("AMO") in this action. I have personal knowledge of the following facts and if called to testify thereto, I could and would do so competently. I submit this Supplemental Declaration in support of AMO's Reply Memorandum Re Motion to Transfer Venue to the Central District (the "Transfer Motion").

2.    On August 8, 2007, shortly after AMO filed the Transfer Motion on July 25, 2007, counsel for the plaintiffs dismissed a related personal injury action they filed on June 13, 2007 against AMO on behalf of plaintiffs Debbie Wooten and James Michael Wooten in the Central District of California (the "Wooten Action"). On August 24, 2007, they then re-filed the Wooten Action in the Superior Court of the State of California for the County of Los Angeles (Case Number: KC051267 (H), assigned to Judge Bruce Minto in Department H). The Wooten Action they re-filed is essentially the same as the original Wooten Action they filed in the Central District, except that they added a few other plaintiffs.

3.    When AMO filed its Transfer Motion on July 25, 2007, a class action entitled *Jenkins v. AMO* (Case Number: 37-2007-00071244-CU-PL-CLT) had just been filed nine days earlier and was still pending in the Superior Court of the State of California for the County of San Diego. The Jenkins Action was not removed until August 22, 2007, 28 days after AMO's Transfer Motion was filed.

4.    Since the filing of AMO's Transfer Motion, at least seven (including the re-filed Wooten Action) additional related personal injury actions involving COMPLETE MoisturePLUS® Multi-Purpose Solution have been recently filed against AMO in the Superior Court of the State of California for the County of Orange. These are:

**SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER RE REPLY MEMORANDUM SUPPORTING
MOTION TO TRANSFER BY DEFENDANT ADVANCED MEDICAL OPTICS, INC.**

1.  *Krista Nelson v. AMO, Inc. and Allergan* (Case Number: 07CC1331, filed on July 30, 2007, Judge Ronald Bauer) (the "Nelson Action");

2.  *Jacqueline Grossman v. AMO, Inc., Allergan & Walmart* (Case Number: 07CC1331, filed on July 30, 2007, Judge Ronald Bauer) (the "Grossman Action");

3.  *Delores Morse v. AMO, Inc., Allergan, Longs Drug and CVS* (Case Number: 07CC1332, filed on July 30, 2007, Judge Ronald Bauer) (the "Morse Action");

4.  *Kelly Segerstrom and Jacob Thomason v. AMO, Inc., Allergan and Costco* (Case Number: 07CC1333, filed on July 30, 2007, Judge Ronald Bauer) (the "Segerstrom Action");

5.  *Nan Richardson v. AMO, Inc. and Allergan* (Case Number: 07CC08440, filed on July 30, 2007, Judge Steven L. Perk) (the "Richardson Action); and

6.  *Tristan Mirapuri and Susan Mirapuri v. AMO, Inc. and Allergan* (Case Number: 07CC01343, filed on August 8, 2007, Judge Ronald Bauer) (the "Mirapuri Action").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 12th day of September, 2007, at Los Angeles, California.

_____
David J. Vendler

**SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER RE REPLY MEMORANDUM SUPPORTING MOTION TO TRANSFER BY DEFENDANT ADVANCED MEDICAL OPTICS, INC.**

1

## ELECTRONIC CERTIFICATE OF SERVICE

2

    I am employed in the County of Los Angeles, State of California. I am over the

3
age of eighteen (18) years and am not a party to the within action.

4

    On September 12, 2007, pursuant to the Court's Electronic Filing System, I

5

6
☒    submitted an electronic version of the following documents via file transfer
protocol to ECF (Electronic Case Filing)

7

8
**SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER IN SUPPORT OF**

9
**REPLY MEMORANDUM OF POINTS AND AUTHORITIES RE MOTION TO**
**TRANSFER VENUE BY DEFENDANT ADVANCED MEDICAL OPTICS, INC.**

10

11
☐    submitted a hard copy of the following document to ECF (Electronic Case Filing)

12
by

13
        ☐    facsimile            ☐    overnight delivery

14

15
☐ **STATE**  I declare under penalty of perjury under the laws of the state of California,

16
that the above is true and correct.

17
☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this

18
court at whose direction the service was made

19
    Executed on September 12, 2007, at Los Angeles, California.

20

21                                        _____

22                                            Mineeh P. Lapid

23

24

25

26

27

28

-2-