UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** September 26, 2007                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3107 PJH

**Case Name:** Alexis Degelmann, et al. v. Advanced Medical Optics

**Attorney(s) for Plaintiff:**   James A. Quadra; Rebecca Bedwell-Coll
**Attorney(s) for Defendant:**   David J. Vendler

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Defendant's Motion to Transfer Venue-DENIED as stated on the record.

**Order to be prepared by:**   [] Pl  [] Def  [x] Court

**Notes:**

**cc:** file