UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS DEGELMANN, et al.,

    Plaintiffs,

    v.

ADVANCED MEDICAL OPTICS, INC.,

    Defendant.
_____/

No. C 07-3107 PJH

**ORDER DENYING MOTION TO TRANSFER**

The motion of defendant Advanced Medical Optics, Inc. ("AMO") for an order transferring the proposed class action pursuant to 28 U.S.C. § 1404(a) came on for hearing on September 26, 2007. Plaintiffs Alexis Degelmann, et al., appeared by their counsel James A. Quadra and Rebecca Bedwell-Coll, and defendant AMO appeared by its counsel David J. Vendler. Having carefully reviewed the parties' papers and considered the arguments of counsel and the relevant legal authority, and good cause appearing, the court hereby DENIES the motion for the reasons stated at the hearing.

Plaintiffs' opposition or statement of non-opposition to defendants' motion to strike shall be filed no later than Wednesday, October 10, 2007. Any reply to the opposition shall be filed no later than Wednesday, October 17, 2007. The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: September 26, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge