1 | JAMES A. QUADRA, State Bar No. 131084
e-mail: quadra@meqlaw.com
2 | SYLVIA M. SOKOL, State Bar No. 200126
e-mail: sokol@meqlaw.com
3 | MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
4 | San Francisco, California 94104-4238
Telephone:(415) 362-3599
5 | Facsimile:(415) 362-2006

6 | WENDY R. FLEISHMAN, admitted *Pro Hac Vice*
e-mail: wfleishman@lchb.com
7 | REBECCA BEDWELL-COLL, State Bar No. 184468
e-mail: rbcoll@lchb.com
8 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
9 | New York, NY 10017-2024
Telephone:(212) 355-9500
10 | Facsimile:(212) 355-9592

11 | KENT L. KLAUDT, State Bar No. 183903
e-mail: kklaudt@lchb.com
12 | Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
13 | 275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
14 | Telephone:(415) 956-1000
Facsimile:(415) 956-1008

*Attorneys for Plaintiffs* ALEXIS DEGELMANN and JOSEPH LIN
on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: C 07 3107 PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Phyllis J. Hamilton |

STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT ORDER
Case No. C 07-3107 PJH

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), Plaintiffs ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated, ("Plaintiffs") and Defendant ADVANCED MEDICAL OPTICS, INC. ("AMO") hereby stipulate to continue the date currently set for the initial case management conference as follows:

## RECITALS

The Court's August 24, 2007 Order on Stipulation to Continue Dates in Court's Order Setting Initial Case Management Conference continued the date of the initial case management conference from September 20, 2007 to October 25, 2007.

On September 26, 2007, the Court issued an order denying AMO's motion to transfer. The September 26, 2007 Order also set a briefing schedule for AMO's motion to strike and indicated that the Court will decided the motion to strike on the papers. Plaintiffs' opposition to the motion to strike must be filed no later than October 10, 2007 and AMO's reply must be filed no later than October 17, 2007. The parties agree that it would assist them to address issues relevant to the initial case management conference if prior to the conference they had the Court's ruling on AMO's motion to strike.

James A. Quadra, one of the lead counsel for Plaintiffs, will be traveling outside of California on business on October 25, 2007.

Pursuant to FRCP 26(f), the parties have met and conferred. Plaintiffs have served written discovery on AMO.

## STIPULATION

For the foregoing reasons, the parties, through their undersigned counsel, stipulate and agree as follows:

1. The parties agree to continue the initial case management conference from October 25, 2007 to November 15, 2007 at 2:30 pm. or to the earliest possible date thereafter.

2. Consistent with the parties' requested continuance of the initial case management conference, the parties agree to continue the due date of the parties' FRCP 26(f) report, joint case

1

management statement and ADR certification/stipulation to ADR Process to one week before the re-scheduled case management conference.

IT IS SO STIPULATED.

Dated: October 9, 2007

MORRIS POLICH & PURDY, LLP

By: /s/ Megan S. Wynne
Anthony G. Brazil
Megan S. Wynne
Attorneys for Defendant
ADVANCED MEDICAL OPTICS, INC.

Dated: October 9, 2007

MOSCONE, EMBLIDGE & QUADRA, LLP

By: /s/ James A. Quadra
James A. Quadra
Sylvia M. Sokol
Attorneys for Plaintiffs
ALEXIS DEGELMANN and JOSEPH LIN

Dated: October 9, 2007

LIEF CABRASER HEIMAN & BERNSTEIN, LLP

By: /s/ Wendy Fleishman
Wendy Fleishman
Rebecca Bedwell-Coll
Attorneys for Plaintiffs
ALEXIS DEGELMANN and JOSEPH LIN

2

STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT ORDER
Case No. C 07-3107 PJH

## ORDER

GOOD CAUSE showing, it is hereby ordered that the initial case management conference be continued to November 15, 2007 at 2:30 pm. The parties' FRCP 26(f) report, joint case management statement and ADR certification/stipulation to ADR Process must be filed on November 8, 2007, one week before the re-scheduled case management conference.

IT IS SO ORDERED.

Dated: October __10__, 2007



_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

3