1  JAMES A. QUADRA, State Bar No. 131084
   e-mail: quadra@meqlaw.com
2  SYLVIA M. SOKOL, State Bar No. 200126
   e-mail: sokol@meqlaw.com
3  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
4  San Francisco, California 94104-4238
   Telephone:(415) 362-3599
5  Facsimile:(415) 362-2006

6  WENDY R. FLEISHMAN, admitted *Pro Hac Vice*
   e-mail:  wfleishman@lchb.com
7  REBECCA BEDWELL-COLL, State Bar No. 184468
   e-mail:  rbcoll@lchb.com
8  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
9  New York, NY  10017-2024
   Telephone:(212) 355-9500
10 Facsimile:(212) 355-9592

11 KENT L. KLAUDT, State Bar No. 183903
   e-mail:  kklaudt@lchb.com
12 Lieff, Cabraser, Heimann & Bernstein, LLP
   Embarcadero Center West
13 275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
14 Telephone:(415) 956-1000
   Facsimile:(415) 956-1008
15

16 *Attorneys for Plaintiffs* ALEXIS DEGELMANN and JOSEPH LIN
   on behalf of themselves and all those similarly situated

17

18                 UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20 | ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated, | CASE NO.: C 07 3107 PJH |
   | Plaintiffs, | DECLARATION OF SYLVIA M. SOKOL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE |
   | v. | |
   | ADVANCED MEDICAL OPTICS, INC., a Delaware corporation, | Date:     No Hearing Required |
   | | Ctrm.:    3 |
   | Defendant. | Judge:    Hon. Phyllis J. Hamilton |

I, SYLVIA M. SOKOL, declare:

1. I am an attorney licensed to practice law in the State of California. I am an associate at Moscone, Emblidge & Quadra, LLP, co-counsel for Plaintiffs Alexis Degelmann and Joseph Lin.

2. Attached hereto as Exhibit A is a true and correct copy of a May 27, 2007 letter from Advanced Medical Optics (AMO) notifying their consumers they were recalling their Complete MoisturePlus contact lens solutions. This letter was retrieved from AMO's website

3. Attached hereto as Exhibit B is a true and correct copy of a document printed out from the Center of Disease Control and Prevention's website regarding *Acanthamoeba* keratitis.

4. Attached hereto as Exhibit C is a true and correct copy of a document printed out from AMO's website regarding Complete Multi-Purpose Solution Easy Rub.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 10, 2007

                                                    /s/
                                          Sylvia M. Sokol