# EXHIBIT B

# *Acanthamoeba* Infection

**Topic Contents**
DPD Home
About DPD
Resources

DPD Home > A-Z Index > *Acanthamoeba* Infection Home > Check Your Medicine Cabinet

## Check Your Medicine Cabinet: Consumer Knowledge of Contact Lens Solution Recall

CDC continues to receive reports from ophthalmologists that cases of *Acanthamoeba* keratitis, a potentially blinding infection, are occurring in the United States.

Multiple cases of infection caused by *Acanthamoeba* have occurred since May 26, 2007, the day the FDA announced the outbreak and the manufacturer issued a recall of the implicated multipurpose contact lens solution. The contact lens user in at least four of these cases continued to use AMO Complete® MoisturePlus™ multi-purpose contact lens solution and subsequently developed symptoms after the recall.

CDC has also learned during the interview stage of its investigation of the outbreak that many contact lens users do not know that AMO Complete® MoisturePlus™ multi-purpose contact lens solution has been recalled from the market because of its association with *Acanthamoeba* keratitis.

Healthy contact lens users from across the U.S. were interviewed by CDC as part of the ongoing investigation. They were asked if they had heard of a recalled contact lens solution and, if so, could they identify the name of that solution. Among the 151 people interviewed:

- 52.3% (79/151) were not aware of the recall
- Among those who were aware of the recall, only 26.8% (19/72) could correctly name the recalled product
- Of 15 people who reported using AMO Complete® MoisturePlus™ multi-purpose contact lens solution in April 2007, 80% (12/15) were still unaware of the recall

While FDA moved swiftly and worked with the manufacturer to enact this recall, millions of bottles of the solution, purchased prior to the recall, might still be in the homes of contact lens wearers. We are concerned that this lack of awareness among the general public -- as well as eye care providers -- is leading to continued use of the product by those who had purchased it prior to the recall. (It is often sold in bulk packaging at warehouse stores and bottles have a long expiration date).

Help is being sought to get the word out:

1. Check your medicine cabinet for AMO Complete® MoisturePlus™ multipurpose contact lens solution.
2. Stop using the product immediately and contact the company at 1-888-899-9183 or on the AMO Web site (PDF - 3 pages) for instructions on what to do with unused solution;
3. Discard all soft contact lenses used with AMO Complete® MoisturePlus™;
4. Discard all contact lens storage cases used with AMO Complete® MoisturePlus™;
5. Consult your eye care provider about choosing an alternative contact lens solution;
6. Visit your eye care provider if you experience any signs of eye infection, including eye pain or redness, blurred vision, sensitivity to light, sensation of something in the eye, or excessive tearing and;
7. Visit CDC's *Acanthamoeba* Web site for further instructions on contact lens use and other information.

Please note: Some of these publications are available for download only as

**CDC en Español**

Search

**Quick Links**
A-Z Index of Parasitic Diseases
Glossary

**Programs & Campaigns**
Healthy Swimming
President's Malaria Initiative (PMI)
Healthy Drinking Water
Healthy Pets
Healthy People

**Contact Information**
Contact Us

Email this page
Printer-friendly version

*.pdf files. These files require Adobe Acrobat Reader in order to be viewed. Please review the information on downloading and using Acrobat Reader software.

* Links to non-Federal organizations found at this site are provided solely as a service to our users. These links do not constitute an endorsement of these organizations or their programs by CDC or the Federal Government, and none should be inferred. CDC is not responsible for the content of the individual organization Web pages found at these links.

Page Last Modified: August 6, 2007
Content source: National Center for Zoonotic, Vector-Borne, and Enteric Diseases (ZVED)

Home    Policies and Regulations    Disclaimer    e-Government    FOIA    Contact Us

Centers for Disease Control and Prevention, 1600 Clifton Rd, Atlanta, GA 30333, U.S.A
Tel: (404) 639-3311 / Public Inquiries: (404) 639-3534 / (800) 311-3435

Department of Health
and Human Services