# EXHIBIT C

AMO
*Vision. For life.*

## COMPLETE® Multi-Purpose Solution Easy Rub™ Formula
**Take your eyes to healthier place!**
Are you looking for an MPS that helps you maintain clean and comfortable contact lenses? COMPLETE® Multi-Purpose Solution Easy Rub™ Formula brings you disinfection and comfort.

### DISINFECTION
With its unique Easy Rub™ Formula, COMPLETE® MPS promotes disinfection by removing and killing a broad range of bacteria and microorganisms on your lenses to help protect your eyes against infection.

COMPLETE® MPS Easy Rub™ Formula removes protein and debris to thoroughly clean your lenses.

### COMFORT
COMPLETE® MPS Easy Rub™ Formula contains Poloxamer 237, an effective cleaner that is also gentle on the eyes.

With 4 beneficial electrolytes, COMPLETE® MPS Easy Rub™ formula helps promote a healthy lens wearing experience.

Enjoy a FREE COMPLETE® Lens Case anytime you buy COMPLETE 12oz; 2x12oz; 2x16oz and the Active Pack – Represents a $5.00 savings

Easy Rub Tips