United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS DEGELMANN, et al.,

    Plaintiffs,

v.

ADVANCED MEDICAL OPTICS, INC.,

    Defendant.
_____/

No. C 07-3107 PJH

**ORDER DENYING MOTION TO STRIKE**

    Before the court is the motion of defendant Advanced Medical Optics, Inc. ("AMO") for an order striking certain allegations and other matter from the complaint. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES the motion as follows.

    1.    The motion for an order striking the allegations in ¶¶ 22 and 25 of the complaint – which AMO characterizes as seeking "nonrestitutionary disgorgement" – is denied, based on plaintiffs' representation and clarification that they seek only restitutionary disgorgement.

    2.    The motion for an order striking the request for injunctive relief is denied, based on plaintiffs' clarification that they seek an order compelling an effective recall of the allegedly defective product in the event that it turns out that AMO has not taken adequate steps to recall the product. Obviously, plaintiffs cannot seek injunctive relief as to any product that is not referenced in the complaint.

3.  The motion for an order striking the prayer for attorney's fees is denied because it is premature. California Code of Civil Procedure § 1021.5 confers a right to fees, if at all, only <u>after</u> a plaintiff has, among other things, been "successful . . . in [an] action which has resulted in the enforcement of an important right affecting the public interest," conferred "a significant benefit . . . on the general public or a large class of persons," and persuaded a court to exercise its discretion to award fees. <u>Californians For Disability Rights v. Mervyn's, LLC</u>, 39 Cal.4th 223, 233 (2006).

**IT IS SO ORDERED.**

Dated:  October 22, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge