**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Degelmann,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Advanced Medical Optics Inc.,<br><br>            Defendant(s). | 07-03107 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03107 PJH                                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 31, 2007

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03107 PJH           -2-

PROOF OF SERVICE

Case Name:      Degelmann v. Advanced Medical Optics Inc.

Case Number:    07-03107 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 31, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Sylvia M. Sokol
> Moscone, Emblidge & Quadra, LLP
> 220 Montgomery Street
> Suite 2100
> San Francisco, CA 94111
> sokol@meqlaw.com
>
> Kent L. Klaudt
> Lieff, Cabraser, Heimann & Bernstein, LLP
> 275 Battery St., 30th Floor
> San Francisco, CA 94111
> kklaudt@lchb.com
>
> Rebecca Bedwell-Coll
> Moscone Emblidge & Quadra LLP
> 780 Third Avenue
> 48th Floor
> New York, NY 10017-2024
> rbcoll@lchb.com
>
> James Andrew Quadra

Moscone Emblidge & Quadra, LLP
Mills Tower
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
quadra@meqlaw.com

Wendy R. Fleishman
Lief, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
wfleishman@lchb.com

Wendi Jane Frisch
Morris Polich & Purdy LLP
1055 W. 7th Street
24th Floor
Los Angeles, CA 90017
wfrisch@mpplaw.com

Megan Sarah Wynne
1055 west 7th street, 24th floor
Los Angeles, CA 90017
mwynne@mpplaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2007 in San Francisco, California.

                                      RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    */s/ Timothy Smagacz*
                                    _____
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov