UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEXIS DEGELMANN and JOSEPH
LIN, on behalf of themselves and all
Plaintiff(s),

Case No. C 073107 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

ADVANCED MEDICAL OPTICS,
INC., a Delaware corporation,
Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/6/07

[signature]
[Party] On behalf of
Advanced Medical Optics, Inc.

Dated: 11/6/07

[signature]
[Counsel]
For Advanced Medical Optics, Inc.

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

**ELECTRONIC CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On November 8, 2007, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following documents via file transfer protocol to ECF (Electronic Case Filing)

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile     ☐ overnight delivery

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on November 8, 2007, at Los Angeles, California.

_____
Mineeh P. Lapid

C 07-03107 PJH

**CERTIFICATE OF SERVICE**