1  JAMES A. QUADRA, State Bar No. 131084
   e-mail: quadra@meqlaw.com
2  SYLVIA M. SOKOL, State Bar No. 200126
   e-mail: sokol@meqlaw.com
3  ROBERT D. SANFORD, State Bar No. 129790
   e-mail: sanford@meqlaw.com
4  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
5  San Francisco, California 94104-4238
   Telephone:(415) 362-3599
6  Facsimile:(415) 362-2006

7  WENDY R. FLEISHMAN, admitted *Pro Hac Vice*
   e-mail: wfleishman@lchb.com
8  REBECCA BEDWELL-COLL, State Bar No. 184468
   e-mail: rbcoll@lchb.com
9  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
10 New York, NY  10017-2024
   Telephone:(212) 355-9500
11 Facsimile:(212) 355-9592

12 KENT L. KLAUDT, State Bar No. 183903
   e-mail: kklaudt@lchb.com
13 Embarcadero Center West
   275 Battery Street, 30th Floor
14 San Francisco, CA  94111-3339
   Telephone:(415) 956-1000
15 Facsimile:(415) 956-1008

16
   *Attorneys for Plaintiffs*
17 ALEXIS DEGELMANN and JOSEPH LIN
   on behalf of themselves and
18 all those similarly situated

19
20                    UNITED STATES DISTRICT COURT
21                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: C 07 3107 PJH<br><br>ADR CERTIFICATION (ADR L.R. 3-5b) OF DISCUSSION OF ADR OPTIONS<br><br>Date:    November 15, 2007<br>Time:    2:30 p.m.<br>Ctrm.:   3<br>Judge:   Hon. Phyllis J. Hamilton |

Pursuant to Civil L.R. 16-8 (b)n and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options

Dated: November 8, 2007

By: _____/s/_____
Alexis Degelmann

Dated: November 8, 2007

By: _____/s/_____
Joseph Linn

Dated: November 8, 2007          MOSCONE, EMBLIDGE & QUADRA, LLP

By: _____/s/_____
Sylvia M. Sokol

*Attornney for Plaintiff* ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated

1

ADR CERTIFICATION (ADR L.R. 3-5b) OF DISCUSSION OF ADR OPTIONS          Case No. C 07-3107 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28