1  JAMES A. QUADRA, State Bar No. 131084
   e-mail: quadra@meqlaw.com
2  SYLVIA M. SOKOL, State Bar No. 200126
   e-mail: sokol@meqlaw.com
3  ROBERT D. SANFORD, State Bar No. 129790
   e-mail: sanford@meqlaw.com
4  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
5  San Francisco, California 94104-4238
   Telephone:(415) 362-3599
6  Facsimile:(415) 362-2006

7  WENDY R. FLEISHMAN, admitted *Pro Hac Vice*
   e-mail: wfleishman@lchb.com
8  REBECCA BEDWELL-COLL, State Bar No. 184468
   e-mail: rbcoll@lchb.com
9  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
10 New York, NY  10017-2024
   Telephone:(212) 355-9500                    ANTHONY G. BRAZIL, State Bar No. 84297
11 Facsimile:(212) 355-9592                    E-mail:abrazil@mpplaw.com
                                               DAVID L. VENDLER, State Bar No. 146528
12 KENT L. KLAUDT, State Bar No. 183903        E-mail:dvendler@mpplaw.com
   e-mail: kklaudt@lchb.com                    MEGAN S. WYNNE, State Bar No. 183707
13 Embarcadero Center West                     E-mail:mwynne@mpplaw.com
   275 Battery Street, 30th Floor              MORRIS POLICH & PURDY LLP
14 San Francisco, CA  94111-3339               1055 West Seventh Street, 24th Floor
   Telephone:(415) 956-1000                    Los Angeles, California 90017
15 Facsimile:(415) 956-1008                    Telephone: (213) 891-9100
                                               Facsimile: (213) 488-1178
16
   *Attorneys for Plaintiffs*                  *Attorneys for Defendant*
17 ALEXIS DEGELMANN and JOSEPH LIN             ADVANCED MEDICAL OPTICS, INC.
   on behalf of themselves and
18 all those similarly situated

19
20                          UNITED STATES DISTRICT COURT
21                         NORTHERN DISTRICT OF CALIFORNIA

22 | ALEXIS DEGELMANN and JOSEPH LIN, | CASE NO.: C 07 3107 PJH
   | on behalf of themselves and all those |
23 | similarly situated, |
   |                                       | STIPULATION AND [PROPOSED]
24 | Plaintiffs, | ORDER SELECTING PRIVATE
   |             | MEDIATION
25 | v. |
   |    | Date:     November 15, 2007
26 | ADVANCED MEDICAL OPTICS, INC., a | Time:     2:30 p.m.
   | Delaware corporation, | Ctrm.:    3
27 |                       | Judge:    Hon. Phyllis J. Hamilton
   | Defendant. |
28

**STIPULATION**

Counsel report that they met and conferred regarding ADR pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 on November 5 and 6, 2007.  The parties agree to participate in private mediation, pursuant to ADR L.R. 6, and to use a private mediator.

The parties have, however, been unable to agree on a specific provider.  Plaintiffs proposed their choice of mediators to Defendant in the afternoon of November 6, 2007.  At that time, plaintiffs proposed the Honorable Edward A. Infante or the Honorable Ellen Sickles James of JAMS in San Francisco, California.  Defendant is in the process of vetting plaintiffs' proposed choices and, if necessary, will counter-propose names of potential mediators by the time of the Case Management Conference.

The parties have also been unable to agree on the deadline to hold the ADR session. Plaintiffs have proposed that the deadline be 90 days from the date of this Order, pursuant to ADR L.R. 3-6.  Defendant, however, suggests that the ADR session be set for July, 2008 in order to have potentially dispositive issues of standing, jurisdiction and class certification decided in advance of the mediation.  Plaintiffs do not believe this is necessary.

IT IS SO STIPULATED.

Dated: November 8, 2007                MOSCONE, EMBLIDGE & QUADRA, LLP

By:_____/s/_____
    James A. Quadra
    Sylvia M. Sokol

*Attorneys for Plaintiff* ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated

Dated: November 8, 2007                    MORRIS POLICH & PURDY LLP


By:_____/s/_____
   Anthony G. Brazil
   David L. Vendler
   Megan W. Wynne

*Attorneys for Defendant*
Advanced Medical Optics, Inc.


## ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation. The deadline for the ADR session is _____

IT IS SO ORDERED.

Dated: November _____, 2007

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE