UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** November 15, 2007                                   **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3107 PJH

**Case Name:** Alexis Degelmann, et al. v. Advanced Medical Optics, Inc.

**Attorney(s) for Plaintiff:**     Sylvia M. Sokol; James A. Quadra; Kent L. Klaudt
**Attorney(s) for Defendant:**     Anthony G. Brazil; David J. Vendler

**Deputy Clerk:** Nichole Heuerman              **Court Reporter:** Not Reported

**PROCEEDINGS**

   Initial Case Management Conference-Held.

   The court sets the date of March 19, 2008 at 9:00 a.m. for hearing on early motion for summary judgment re: standing and jurisdictional issues. The motion shall be set on a 35 day briefing schedule.

   The court sets the date of June 4, 2008 at 9:00 a.m. for hearing on class certification motion. The parties shall submit a stipulated briefing schedule to the court.

   Discovery is open. No discovery on damages may be taken at this time.

   The last day to amend the pleadings is 30 days before deadline to file class certification motion.

   The parties are handed copies of the court's pretrial instructions.

**REFERRALS:**

**[x] Case referred to ADR for Private Mediation to be completed between 3/19/08 and 5/5/08**.


**Order to be prepared by:**  [] Pl [] Def [] Court

**Notes:**

**cc:** file; ADR