Anthony G. Brazil, State Bar No. 84297
Megan S. Wynne, State Bar No. 183707
David J. Vendler, State Bar No. 146528
**MORRIS POLICH & PURDY** LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
E-Mail:      abrazil@mpplaw.com
E-Mail:      mwynne@mpplaw.com
E-Mail:      dvendler@mpplaw.com

Attorneys for Defendant,
ADVANCED MEDICAL OPTICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED MEDICAL OPTICS, INC., a Delaware corporation, <br><br> Defendants. | CASE NO.: C 07 3107 PJH <br><br> **DISCOVERY MATTER** <br><br> **DECLARATION OF JANET RICHARDSON IN SUPPORT OF MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. FOR PROTECTIVE ORDER RE: DEPOSITIONS OF AMO EXECUTIVES** <br><br> **[FRCP Rule 26(c)]** <br><br> **Date:       February 20, 2008** <br> **Time:       9:00 a.m.** <br> **Ctrm.:      "3"** <br> **Judge:      Hon. Phyllis J. Hamilton** |

I, JANET RICHARDSON, hereby declare as follows:

1.    I am Senior Managing Attorney for Advanced Medical Optics, Inc. ("AMO"). I make this declaration in support of AMO's Motion for Protective Order Re:

- 1 -

C 07-03107 PJH

1   Depositions of AMO Executives.  Each of the facts stated herein are based upon my

2   personal knowledge, and if called as a witness, I could testify thereto.

3       2.      James V. Mazzo is Chairman and Chief Executive Officer of AMO.  As the

4   highest level executive in AMO, Mr. Mazzo is ultimately responsible for all of AMO's

5   business operations and everyone in AMO ultimately reports to him.

6       3.      David Noon is the Senior Vice President of Global Eye Care Sales for

7   AMO.  All of the eye care sales operations worldwide ultimately report to Mr. Noon.  He

8   has no day-to-day involvement with the process of the CMP recall or the reimbursement

9   of consumers.

10      4.      Michael Cox is Vice President of Americas Eye Care Sales for AMO.  Mr.

11  Cox is ultimately responsible for all sales in the Americas region, and all of the sales

12  force organization in this region reports to him.  Mr. Cox in turn reports to Mr. Noon.

13  Mr. Cox also has no day-to-day involvement with the process of the CMP recall or the

14  reimbursement of consumers.

15      5.      Sandra Selvaggi is Vice President of Global Quality Assurance and

16  Compliance for AMO.  She addresses all quality assurance, regulatory compliance, and

17  related issues.  All personnel within these AMO functional groups report to Ms. Selvaggi.

18  Further, Ms. Selvaggi has been managing the product recall of CMP, the Product

19  involved in Plaintiffs' complaint, including communications with distributors and retail

20  sellers of CMP, oversight of the retrieval of recalled product from distributor, retailer and

21  consumer channels, communication with FDA regarding the progress and effectiveness

22  of the recall, and overall responsibility for the reimbursement program.

23      6.      John Smith is Director of Global Product Safety and Compliance for AMO.

24  Mr. Smith manages all global complaint handling and adverse event reporting and

25  investigation for all AMO product lines.  All of the complaint handling personnel report

26  to him.  Mr. Smith in turn reports to Ms. Selvaggi.  All calls received by AMO from

27  consumers and health care professional relating to the recall have been handled by

28

**DECLARATION OF JANET RICHARDSON IN SUPPORT OF MOTION BY DEFENDANT ADVANCED
MEDICAL OPTICS, INC. FOR PROTECTIVE ORDER RE: DEPOSITIONS OF AMO EXECUTIVES**

1   personnel supervised by Mr. Smith, and he is the AMO employee most directly involved

2   in the reimbursement program.

3       I declare under penalty of perjury under the laws of the United States that the

4   foregoing is true and correct to the best of my knowledge, information, and belief.

5

6   Executed this 14th day of January, 2008

7

8                              Janet Richardson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JANET RICHARDSON IN SUPPORT OF MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. FOR PROTECTIVE ORDER RE: DEPOSITIONS OF AMO EXECUTIVES**

1

## ELECTRONIC CERTIFICATE OF SERVICE

2

3

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

4

On January 14, 2008, pursuant to the Court's Electronic Filing System, I

5

6

☒    submitted an electronic version of the following documents via file transfer protocol to ECF (Electronic Case Filing)

7

8

9

**DECLARATION OF JANET RICHARDSON IN SUPPORT OF MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. FOR PROTECTIVE ORDER RE: DEPOSITIONS OF AMO EXECUTIVES**

10

11

☐    submitted a hard copy of the following document to ECF (Electronic Case Filing) by

12

☐    facsimile              ☐    overnight delivery

13

14

☐ **STATE**  I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

15

16

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

17

Executed on January 14, 2008, at Los Angeles, California.

18

19

20

_____
Mineeh P. Lapid

21

22

23

24

25

26

27

28

C 07-03107 PJH