1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 ALEXIS DEGELMANN and<br>JOSEPH LIN, on behalf of<br>12 themselves and all those similarly<br>situated,<br>13<br>Plaintiffs,<br>14<br>vs.<br>15<br>ADVANCED MEDICAL OPTICS,<br>16 INC., a Delaware corporation,<br>17 Defendants. | CASE NO.: C 07 3107 PJH<br><br>DISCOVERY MATTER<br><br>[PROPOSED] ORDER ON MOTION<br>BY DEFENDANT ADVANCED<br>MEDICAL OPTICS, INC. FOR<br>PROTECTIVE ORDER RE:<br>DEPOSITIONS OF AMO<br>EXECUTIVES<br><br>[Filed Concurrently With The<br>Declarations Of Megan Wynne and<br>Janet Richardson]<br><br>[FRCP Rule 26(c)]<br><br>Date:    February 20, 2008<br>Time:   9:00 a.m.<br>Ctrm.:   "3"<br>Judge:  Hon. Phyllis J. Hamilton |

- 1 -                                                           C 07-03107 PJH

[PROPOSED] ORDER ON MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. FOR
PROTECTIVE ORDER RE: DEPOSITIONS OF DEFENDANT'S EXECUTIVES

1   The Motion for Protective Order filed by Defendant Advanced Medical Optics,
2   Inc. was heard by the Court on February 20, 2008. The parties appeared by and through
3   their respective counsel of record.
4   After full consideration of the papers submitted by the parties, the oral argument
5   of counsel, the pleadings on file herein, and good cause appearing therefore, the Court
6   GRANTS Defendant Advanced Medical Optics, Inc.'s Motion for Protective Order.
7   Plaintiffs are prohibited from taking the depositions of James V. Mazzo, David Noon,
8   and Michael Cox at this time.
9   IT IS SO ORDERED
10
11  Submitted: January 14, 2008          MORRIS POLICH & PURDY LLP
12
13
14                                       By:_____
                                             Anthony G. Brazil
15                                           David J. Vendler
                                             Megan S. Wynne
16
17                                       Attorneys for Defendant
18                                       ADVANCED MEDICAL OPTICS, INC.
19
20  Presented by:
21  MORRIS POLICH & PURDY LLP
22
23  By: [signature]
24      Anthony G. Brazil
        Megan S. Wynne
25      David J. Vendler
26
27  Attorneys for Defendant
    ADVANCED MEDICAL OPTICS, INC.
28

- 2 -                          C 07-03107 PJH

# ELECTRONIC CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On January 14, 2008, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following documents via file transfer protocol to ECF (Electronic Case Filing)

**[PROPOSED] ORDER ON MOTION BY DEFENDANT ADVANCED MEDICAL OPTICS, INC. FOR PROTECTIVE ORDER RE: DEPOSITIONS OF AMO EXECUTIVES**

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile        ☐ overnight delivery

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 14, 2008, at Los Angeles, California.

_____
Mineeh P. Lapid

C 07-03107 PJH

**CERTIFICATE OF SERVICE**