1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  ALEXIS DEGELMANN
8          Plaintiff(s),                    No. C 07-03107 PJH
9       v.                                  **ORDER OF REFERENCE**
                                            **TO MAGISTRATE JUDGE**
10 ADVANCED MEDICAL OPTICS
11         Defendant(s).
                                        /
12
        Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution
13
   of Motion for Protective Order, and for all further discovery.
14
        The parties will be advised of the date, time and place of appearance by notice from the
15
   assigned magistrate judge.
16
        IT IS SO ORDERED.
17
   Dated:    January 15, 2008
18

IT IS SO ORDERED
Judge Phyllis J. Hamilton