1  Anthony G. Brazil, State Bar No. 84297
   Megan S. Wynne, State Bar No. 183707
2  David J. Vendler, State Bar No. 146528
   **MORRIS POLICH & PURDY LLP**
3  1055 West Seventh Street, 24th Floor
   Los Angeles, California 90017
4  Telephone:  (213) 891-9100
   Facsimile:  (213) 488-1178
5  E-Mail:     abrazil@mpplaw.com
   E-Mail:     mwynne@mpplaw.com
6  E-Mail:     dvendler@mpplaw.com

7  Attorneys for Defendant,
   ADVANCED MEDICAL OPTICS, INC.
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | ALEXIS DEGELMANN and              | CASE NO.:  C 07 3107 PJH
   | JOSEPH LIN, on behalf of
14 | themselves and all those similarly
   | situated,                         |
15 |                                   | DEFENDANT ADVANCED
   |           Plaintiffs,             | MEDICAL OPTICS, INC.'S
16 |                                   | AMENDED NOTICE OF MOTION
   | vs.                               | FOR PROTECTIVE ORDER RE:
17 |                                   | DEPOSITIONS OF AMO
   | ADVANCED MEDICAL OPTICS,          | EXECUTIVES
18 | INC., a Delaware corporation,     |
   |                                   |
19 |           Defendants.             | [FRCP Rule 26(c)]
20 |                                   |
   |                                   | Date:         February 20, 2008
21 |                                   | New Time:     9:30 a.m.
   |                                   | New Ctrm.:    "F"
22 |                                   |
   |                                   | Referred to Magistrate Judge:
23 |                                   |       Hon. James Larson
24

25

26 ///

27 ///

28

- 1 -                                                          C 07-03107 PJH

DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S AMENDED NOTICE OF MOTION FOR
PROTECTIVE ORDER RE: DEPOSITIONS OF DEFENDANT'S EXECUTIVES

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that, pursuant to the Order of the Honorable Phyllis J. Hamilton that Defendant Advanced Medical Optics, Inc.'s ("AMO") Motion for Protective Order that the Plaintiff's depositions of AMO's high level executives James V. Mazzo, David Noon, and Michael Cox be prohibited from occurring at this time be referred to the Magistrate Judge, Honorable James Larson, AMO's motion for protective order is now set for **9:30 a.m.** on February 20, 2008 in **Courtroom "F"** of the above-referenced Court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: January 22, 2008

MORRIS POLICH & PURDY LLP

By: *Megan S. Wynne*
Anthony G. Brazil
David J. Vendler
Megan S. Wynne

Attorneys for Defendant
ADVANCED MEDICAL OPTICS, INC.

## ELECTRONIC CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On January 23, 2008, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following documents via file transfer protocol to ECF (Electronic Case Filing)

**DEFENDANT ADVANCED MEDICAL OPTICS, INC.'S AMENDED NOTICE OF MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF AMO EXECUTIVES**

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile          ☐ overnight delivery

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 23, 2008, at Los Angeles, California.

_____
Mineeh P. Lapid

C 07-03107 PJH

**CERTIFICATE OF SERVICE**