# EXHIBIT A

-----Original Message-----
**From:** Sylvia M Sokol [mailto:sokol@meqlaw.com]
**Sent:** Thursday, November 29, 2007 3:29 PM
**To:** 'mwynne@mpplaw.com'
**Cc:** 'James A. Quadra'; 'Bedwell-Coll, Rebecca'; 'Fleishman, Wendy R.'; 'Klaudt, Kent'; 'wagenman@meqlaw.com'; 'sokol@meqlaw.com'
**Subject:** Deposition Notices

Megan,

Tomorrow, we will be serving Notices of Deposition for David Noon, Michael Cox, James Mazzo, Richard Meier, and Sheree L. Aronson. We are noticing them for just over thirty days from the date of service, but we will, of course, work with you on finding mutually convenient dates for the depositions. Please let me know if you have any questions.

Thanks so much.

Sylvia M. Sokol
**MOSCONE, EMBLIDGE & QUADRA, LLP** | 220 Montgomery Street, Mills Tower, Suite 2100, San Francisco, CA 94104 | Direct: 415-992-4355 Recept.: 415-362-3599 Fax: 415-362-2006 sokol@meqlaw.com | www.meqlaw.com

CONFIDENTIAL COMMUNICATION: This email message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this email message or by telephone. Thank you.