# EXHIBIT B

| | |
|---|---|
| **From:** | Sylvia M Sokol [sokol@meqlaw.com] |
| **Sent:** | Tuesday, December 04, 2007 9:38 AM |
| **To:** | mwynne@mpplaw.com |
| **Cc:** | 'James A. Quadra'; Bedwell-Coll, Rebecca; Fleishman, Wendy R.; wagenman@meqlaw.com; sokol@meqlaw.com |
| **Subject:** | Discovery issues |
| **Importance:** | High |

Megan,

I am writing about three issues. First, last week, you told me that you would send us a draft stipulated protective order by week's end. I haven't received a draft from you. As you know, we have been waiting for a proposed protective order from you for some time. When can we expect to receive one?

Second, I phoned you last week to discuss a schedule for the five depositions that we recently noticed. I haven't heard back from you. When can we meet and confer about deposition dates?

Finally, last week you told me that you would get back to us about whether AMO intends to amend its written discovery responses now that the Court has rejected your position that discovery should be phased. I have not heard back from you about whether you intend to amend your responses. If you do not intend to do so, please let us know as soon as possible so that we can set up a time to meet and confer about the adequacy of your responses in advance of our filing a motion to compel.

Thank you.

Sylvia M. Sokol
**MOSCONE, EMBLIDGE & QUADRA, LLP** | 220 Montgomery Street, Mills Tower, Suite 2100, San Francisco, CA 94104 | Direct: 415-992-4355 Recept.: 415-362-3599 Fax: 415-362-2006 sokol@meqlaw.com | www.meqlaw.com

CONFIDENTIAL COMMUNICATION: This email message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this email message or by telephone. Thank you.