# **EXHIBIT C**

| | |
|---|---|
| **From:** | Sylvia M Sokol [sokol@meqlaw.com] |
| **Sent:** | Monday, December 10, 2007 2:27 PM |
| **To:** | 'David J. Vendler'; mwynne@mpplaw.com |
| **Cc:** | Fleishman, Wendy R.; 'James A. Quadra'; Bedwell-Coll, Rebecca; sokol@meqlaw.com; wagenman@meqlaw.com |
| **Subject:** | RE: Discovery issues |
| **Importance:** | High |

David and Megan,

As you know, we have attempted several times to meet and confer with you about scheduling a time to discuss, among other things: (1) when you intend to produce witnesses pursuant to our Notices of Deposition; and (2) when you intend to amend your written discovery responses in light of the Court's November 15, 2007, Order rejecting your position that discovery should be phased.

In response to our attempts to meet and confer, you have simply told us that your client has not gotten back to you. The Federal Rules of Civil Procedure do not permit a party to foreclose the ability to conduct discovery indefinitely based on your statement that your client has not gotten back to you.

Please get back to us by close of business day on Wednesday about your willingness to meet and confer. If we do not hear from you by then, we will be forced to seek court intervention.

Thank you.

Sylvia M. Sokol
MOSCONE, EMBLIDGE & QUADRA, LLP | 220 Montgomery Street, Mills Tower, Suite 2100, San Francisco, CA  94104 | Direct: 415-992-4355 Recept.: 415-362-3599
Fax: 415-362-2006   sokol@meqlaw.com  |  www.meqlaw.com

CONFIDENTIAL COMMUNICATION: This email message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you received this email message in error, please immediately notify the sender by replying to this email message or by telephone. Thank you.

-----Original Message-----
From: David J. Vendler [mailto:dvendler@mpplaw.com]
Sent: Tuesday, December 04, 2007 2:01 PM
To: sokol@meqlaw.com
Subject: Re: Discovery issues

Dear Ms. Sokol:

Megan is not available today and passed your e-mail along to me to respond more quickly than she can. What I can tell you is that Megan is in the final stages of her revisions to the Northern Dist. standard form protective order. When finished, that document will of course need client approval.
But I assure you that the process is ongoing.

Next, you had asked about whether AMO will be amending its discovery responses based on the Court's CMC order that discovery not be phased except as to damages. We have reviewed the responses and our recommendations with respect thereto are currently with the client. As soon as we hear back, we will get back to you.

1

Finally, we are in receipt of the deposition notices and are reviewing them with the client.

If you have any further questions, please don't hesitate to call me directly.

David Vendler


*******CONFIDENTIALITY NOTICE*******

*****PRIVILEGED AND CONFIDENTIAL INFORMATION***** The information contained in this document is intended solely for use By the persons or entities identified above.  This electronically transmitted document contains privileged and confidential information including information which may be protected by the attorney-client and/or work product privileges.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or other use of the contents of this transmission is prohibited.  If you received this transmission in error, please notify us by telephone (213-891-9100)and permanently delete this message without making a copy.