# **EXHIBIT G**

Westlaw.                                                                    NewsRoom

9/17/03 BIOTECHWK 20                                                              Page 1




9/17/03 Biotech Wk. 20
2003 WLNR 566447

BIOTECH WEEK
Copyright © 2004 NewsRX.com. All rights reserved.

September 17, 2003




Complete MoisturePLUS helps prevent dryness, supports ocular health Advanced Medical Optics, Inc.

Advanced Medical Optics, Inc., (AMO, AVO) announced that it is launching Complete MoisturePLUS multipurpose solution (MPS) in North America and European markets.

::::It is a multipurpose contact lens solution with a unique formulation that helps prevent dryness and discomfort associated with contact lens wear.

::::"Complete MoisturePLUS MPS builds a moisture shield in and around the contact lens for a difference that's very real and very tangible to contact lens wearers," said David Noon, vice president of eye care sales and marketing for AMO North America. "This difference is tangible whether they are experiencing dryness or just seeking the most comfortable contact lens wearing experience." ::::Complete MoisturePLUS MPS contains specially formulated tear technology ingredients such as the dual lubricants hydroxypropyl methylcellulose and propylene glycol, essential electrolytes such as potassium chloride and sodium phosphate, and taurine, an amino acid, that help support ocular health and a healthier contact lens wearing experience. ::::This article was prepared by Biotech Week editors from staff and other reports.

©Copyright 2003, Biotech Week via NewsRx.com & NewsRx.net

---- INDEX REFERENCES ----

COMPANY: ADVANCED MEDICAL OPTICS INC

INDUSTRY: (Healthcare (1HE06); Ophthalmology (1OP29); Healthcare Practice Specialties (1HE49))

Language: EN


THER INDEXING: (ADVANCED MEDICAL OPTICS INC)  (Complete; Complete MoisturePLUS;
    vid; MoisturePLUS MPS)



© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Word Count: 239
9/17/03 BIOTECHWK 20
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.                                                            NewsRoom

9/15/03 BIOTECBUSWK 98                                                Page 1

9/15/03 Biotech Bus. Wk. 98
2003 WLNR 565507

BIOTECH BUSINESS WEEK
Copyright © 2004 NewsRX.com. All rights reserved.

September 15, 2003

Complete   MoisturePLUS   helps prevent dryness, supports ocular health
Ophthalmology

Advanced Medical Optics, Inc., (AMO, AVO) announced that it is launching Complete MoisturePLUS multipurpose solution (MPS) in North America and European markets.

::::It is a multipurpose contact lens solution with a unique formulation that helps prevent dryness and discomfort associated with contact lens wear.

::::"Complete MoisturePLUS MPS builds a moisture shield in and around the contact lens for a difference that's very real and very tangible to contact lens wearers," said David Noon, vice president of eye care sales and marketing for AMO North America. "This difference is tangible whether they are experiencing dryness or just seeking the most comfortable contact lens wearing experience." ::::Complete MoisturePLUS MPS contains specially formulated tear technology ingredients such as the dual lubricants hydroxypropyl methylcellulose and propylene glycol, essential electrolytes such as potassium chloride and sodium phosphate, and taurine, an amino acid, that help support ocular health and a healthier contact lens wearing experience. ::::This article was prepared by Biotech Business Week editors from staff and other reports.

©Copyright 2003, Biotech Business Week via NewsRx.com & NewsRx.net

---- INDEX REFERENCES ----

COMPANY: ADVANCED MEDICAL OPTICS INC

INDUSTRY:  (Healthcare (1HE06); Ophthalmology (1OP29); Healthcare Practice Specialties (1HE49))

Language:  EN

OTHER INDEXING:  (ADVANCED MEDICAL OPTICS INC; BIOTECH BUSINESS WEEK)  (Complete;

Complete MoisturePLUS; David; MoisturePLUS MPS)

Word Count: 242
9/15/03 BIOTECBUSWK 98
END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Case 3:07-cv-03107-PJH   Document 47-9   Filed 01/30/2008   Page 6 of 11

Westlaw.                                                                 NewsRoom
9/19/03 DRUGWEEK 274                                                      Page 1

```
9/19/03 Drug Wk. 274
2003 WLNR 360504
```

DRUG WEEK
Copyright © 2004 NewsRX.com. All rights reserved.

September 19, 2003

Complete **MoisturePLUS** helps prevent dryness, supports ocular health
Ophthalmology

Advanced Medical Optics, Inc., (AMO, AVO) announced that it is launching Complete **MoisturePLUS** multipurpose solution (MPS) in North America and European markets.

::::It is a multipurpose contact lens solution with a unique formulation that helps prevent dryness and discomfort associated with contact lens wear.

::::"Complete **MoisturePLUS** MPS builds a moisture shield in and around the contact lens for a difference that's very real and very tangible to contact lens wearers," said David Noon, vice president of eye care sales and marketing for AMO North America. "This difference is tangible whether they are experiencing dryness or just seeking the most comfortable contact lens wearing experience." ::::Complete **MoisturePLUS** MPS contains specially formulated tear technology ingredients such as the dual lubricants hydroxypropyl methylcellulose and propylene glycol, essential electrolytes such as potassium chloride and sodium phosphate, and taurine, an amino acid, that help support ocular health and a healthier contact lens wearing experience. ::::This article was prepared by Drug Week editors from staff and other reports.

©Copyright 2003, Drug Week via NewsRx.com & NewsRx.net

---- INDEX REFERENCES ----

COMPANY: ADVANCED MEDICAL OPTICS INC

INDUSTRY: (Healthcare (1HE06); Ophthalmology (1OP29); Healthcare Practice Specialties (1HE49))

Language: EN

OTHER INDEXING: (ADVANCED MEDICAL OPTICS INC) (Complete; Complete MoisturePLUS;

David; MoisturePLUS MPS)

Word Count: 237
9/19/03 DRUGWEEK 274
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Case 3:07-cv-03107-PJH   Document 47-9   Filed 01/30/2008   Page 8 of 11

Westlaw.                                                                NewsRoom
9/15/03 HTHMEDICINE 533                                                   Page 1

9/15/03 Health & Med. Wk. 533
2003 WLNR 389396

HEALTH & MEDICINE WEEK
Copyright © 2004 NewsRX.com. All rights reserved.

September 15, 2003

Complete  MoisturePLUS  helps prevent dryness, supports ocular health
Ophthalmology

Advanced Medical Optics, Inc., (AMO, AVO) announced that it is launching Complete MoisturePLUS  multipurpose solution (MPS) in North America and European markets.

::::It is a multipurpose contact lens solution with a unique formulation that helps prevent dryness and discomfort associated with contact lens wear.

::::"Complete MoisturePLUS MPS builds a moisture shield in and around the contact lens for a difference that's very real and very tangible to contact lens wearers," said David Noon, vice president of eye care sales and marketing for AMO North America. "This difference is tangible whether they are experiencing dryness or just seeking the most comfortable contact lens wearing experience." ::::Complete MoisturePLUS MPS contains specially formulated tear technology ingredients such as the dual lubricants hydroxypropyl methylcellulose and propylene glycol, essential electrolytes such as potassium chloride and sodium phosphate, and taurine, an amino acid, that help support ocular health and a healthier contact lens wearing experience. ::::This article was prepared by Health::&::Medicine Week editors from staff and other reports.

©Copyright 2003, Health & Medicine Week via NewsRx.com & NewsRx.net

---- INDEX REFERENCES ----

COMPANY: ADVANCED MEDICAL OPTICS INC

NEWS SUBJECT:  (Forecasts (1FO11))

INDUSTRY:  (Science & Engineering (1SC33); Healthcare (1HE06); Trends in Technology (1TR23); Ophthalmology (1OP29); Healthcare Practice Specialties (1HE49))

Language:  EN

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

```
OTHER INDEXING:  (ADVANCED MEDICAL OPTICS INC; HEALTH MEDICINE WEEK;
HEALTH:::MEDICINE WEEK)  (Complete; Complete MoisturePLUS; David; MoisturePLUS
MPS)

Word Count: 243
9/15/03 HTHMEDICINE 533
END OF DOCUMENT
```

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Case 3:07-cv-03107-PJH   Document 47-9   Filed 01/30/2008   Page 10 of 11

Westlaw.                                                          NewsRoom
9/15/03 PHARMABUS 87                                              Page 1

9/15/03 Pharma Bus. Wk. 87
2003 WLNR 441292

PHARMA BUSINESS WEEK
Copyright © 2004 NewsRX.com. All rights reserved.

September 15, 2003

Complete MoisturePLUS helps prevent dryness, supports ocular health
Ophthalmology

Advanced Medical Optics, Inc., (AMO, AVO) announced that it is launching Complete MoisturePLUS multipurpose solution (MPS) in North America and European markets.

::::It is a multipurpose contact lens solution with a unique formulation that helps prevent dryness and discomfort associated with contact lens wear.

::::"Complete MoisturePLUS MPS builds a moisture shield in and around the contact lens for a difference that's very real and very tangible to contact lens wearers," said David Noon, vice president of eye care sales and marketing for AMO North America. "This difference is tangible whether they are experiencing dryness or just seeking the most comfortable contact lens wearing experience." ::::Complete MoisturePLUS MPS contains specially formulated tear technology ingredients such as the dual lubricants hydroxypropyl methylcellulose and propylene glycol, essential electrolytes such as potassium chloride and sodium phosphate, and taurine, an amino acid, that help support ocular health and a healthier contact lens wearing experience. ::::This article was prepared by Pharma Business Week editors from staff and other reports.

©Copyright 2003, Pharma Business Week via NewsRx.com & NewsRx.net

---- INDEX REFERENCES ----

COMPANY: ADVANCED MEDICAL OPTICS INC

INDUSTRY: (Healthcare (1HE06); Ophthalmology (1OP29); Healthcare Practice Specialties (1HE49))

Language: EN

OTHER INDEXING: (ADVANCED MEDICAL OPTICS INC; PHARMA BUSINESS WEEK) (Complete;

Complete MoisturePLUS; David; MoisturePLUS MPS)

Word Count: 242
9/15/03 PHARMABUS 87
END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.