# **EXHIBIT H**

Copyright 2003 Gale Group, Inc.
ASAP
Copyright 2003 Advanstar Communications, Inc.
Ophthalmology Times

October 15, 2003

SECTION: No. 20, Vol. 28; Pg. 59 ; ISSN: 0193-032X

IAC-ACC-NO: 109595819

LENGTH: 163 words

HEADLINE: AMO provides new solution for dryness, discomfort; Innovative formula; Complete MoisturePLUS multi-purpose contact lens solution ; Brief Article

BODY:

Santa Ana, CA -- AMO Inc. is launching its Complete MoisturePLUS multi-purpose contact lens solution in North American and European markets.

The company claims the solution has a unique formulation to prevent dryness and discomfort associated with wearing contact lenses.

"Complete MoisturePLUS MPS builds a moisture shield in and around the contact lens for a difference that's very real and very tangible to contact lens wearers," said David Noon, vice president of Eye Care sales and marketing for AMO North America.

The solution includes the lubricants hydroxypropyl methylcellulose (HPMC) and propylene glycol (PG), essential electrolytes such as potassium chloride and sodium phosphate, and taurine, an amino acid. A time-released moisture formula works to keep contact lenses comfortable all day. It has a 4-hour soak time with no rubbing required.

The solution is available in the eye-care section of retail, grocery, and drug stores nationwide.

IAC-CREATE-DATE: November 20, 2003

LOAD-DATE: November 21, 2003