**EXHIBIT J**

Copyright 2007 Voxant, Inc.
All Rights Reserved.
Copyright 2007 CCBN, Inc.
All Rights Reserved.
FD (Fair Disclosure) Wire

May 29, 2007 Tuesday

**TRANSCRIPT:** 052907aj.767

**LENGTH:** 6598 words

**HEADLINE:** Advanced Medical Optics Eye Care Update - Final

**BODY:**

OPERATOR: Welcome to AMO's conference call. This call is being recorded and a replay will be available at approximately noon Eastern Time today through midnight June 1st. To access the replay dial 1-800-642-1687 and enter pass code 254-6865 or visit www.AMO-Inc.com. I am pleased to introduce Sheree Aronson, Corporate Vice President of Corporate Communications and Investor Relations.

SHEREE ARONSON, CORP. VP, COMM., IR & MKT. RESEARCH, ADVANCED MEDICAL OPTICS: Good morning, everyone, and thank you for joining us. With me today are Jim Mazzo, Chairman, President and CEO, and Randy Meier, COO, CFO and head of our eye care business. The focus of this call will be on the global recall of MoisturePlus which we initiated Friday based on information we received that day from the CDC and FDA. We will discuss what we know at this early stage about the potential issue involving MoisturePlus and what we're doing to execute the recall. We plan to host a follow-up call early next week when we expect to be able to provide more information on the potential financial impact and other aspects of the recall.

I'd also like to note that in order to allow management to focus fully on the recall we will not be presenting at either the Bank of America healthcare conference or FTN Midwest research conference on May 30th and June 6th, respectively. We will hold our previously scheduled analyst day in New York on the June 8th. Following our remarks today we will open the call to your questions. To allow everyone an opportunity to ask questions, we will take a maximum of two questions from each person in the queue.

During the call certain statements, such statements about our ongoing investigation and plans and the associated actions, outcomes and consequences and any other statements that refer to AMO's plans or estimated future results are forward-looking statements. As such they reflect our current analysis of existing trends and information and represent our judgment only as of the date of this call. Actual results may differ based on various factors affecting our business.

Our recent SEC filings and more information is available about these risk factors under the heading Risk Factors in our 2006 Form 10-K and first-quarter 10-Q. You'll find these and other documents in the investor section at www.AMO-Inc.com or by calling 714-247-8455 and now I'll pass the call to Jim.

JIM MAZZO, CHAIRMAN, PRESIDENT, CEO, ADVANCED MEDICAL OPTICS: Good morning and thank you for joining us on such short notice. As you know, on Friday evening we commenced a voluntary recall of our MoisturePlus multipurpose contact lens cleaning solution. Since we made this announcement we have been involved in the significant undertaking of launching and executing the recall. While that remains our primary focus we want to take a few minutes with you this morning to give you an update on this unexpected situation and answer your questions to the extent we're able to at this time.

It's important to understand that we were only informed of this issue on Friday morning, so I'm sure you can appreciate there is still much work to be done to understand the findings and implications.

Let's start with the defining Acanthamoeba keratitis which is the focus of all of this. Acanthamoeba keratitis, or we might refer to it today as AK, is a rare but serious infection of the cornea that is caused by a naturally occurring water-borne organism called Acanthamoeba. Acanthamoeba is found really any place where there is water such as bath water; swimming pools; the ocean; soil; heating, ventilation and air-conditioning systems.

In general, the CDC believes that 85% of the occurrences of AK in the U.S. have involved people who wear contact lenses. The CDC believes that in most AK cases involving contact lens wearers the person who developed the infection improperly stored, handled or disinfected their lenses, example by using tap water or homemade solutions for cleaning or they were swimming, using hot tubs or showering while wearing their lenses, which typically eye care professionals advise their patients against.

No single solution lens care product on the market today is specifically formulated to address Acanthamoeba. AK has been something that the vast majority of contact lens users typically avoid by following their eye care professionals' and lens manufacturers' recommendations on handling their contact lenses.

Based on CDC's research in the mid-80s, incidences of AK have been estimated to be only one to two per million contact lens users in the United States. Our own internal data collected from our complaint and information hotlines shows the same rate of incidences occurring over the past three years or so. So that's a little definition of AK. Let's come now to Friday, May 25th.

We were contacted on Friday by the CDC about some preliminary results of an analysis they've been conducting on incidence of AK over the past two years. At that time they provided us the same information that they shared with state collaborators on a conference call earlier in the day. Later they provided us with the full five-page report on the preliminary results of the analysis they're conducting and subsequently posted it on their website.

In their analysis the CDC that had interviewed 46 people in the U.S. who had confirmed cases of AK since the beginning of 2005, 39 of which were soft contact lens users. Of those 39, 21 reported that they had used MoisturePlus at some time in the 30 days prior to infection. The CDC does not know of any specific reason for this higher incidence, but they believe there is a correlation between the use of MoisturePlus and the small number of cases of AK.

The linkage isn't completely clear because in part some of these patients also reported using other solutions and many of these patients also reported wearing their contact lenses in situations that make AK more likely -- like I mentioned, swimming, hot tubs, showering while wearing lenses.

It's important to understand that the CDC does not believe that AK is something that is caused by lens care solutions. It's not a manufacturing problem or a contamination issue. All of our products, including MoisturePlus, have always met and continue to meet all FDA requirements. MoisturePlus does what it is designed and approved to do. Acanthamoeba is an environmental issue and one that impacts the entire industry, not just AMO.

So we were faced with a very difficult decision on Friday, we had limited information, no opportunity to conduct our own research or see the information supporting CDC's analysis; but a clarification from CDC and FDA that they believe the recall was appropriate. The bottom line is that we take our commitment to safety very seriously and we therefore decided out of abundance of caution that we would voluntarily recall the product.

We've begun the process of removing the product from store shelves and halting shipment and production while we study the issue, engage in further discussions with the CDC and FDA and try to determine what the issue is and how to remedy it. Since Friday night when we announced our recall we have spent the weekend rolling it out around the world. It is the number one focus of our eye care team right now and will be until its completion.

While we're managing the recall ensuring the safety of our customers we were also working to gather as much information as possible to understand the CDC's analysis and make informed decision about the future of the product. We are meeting with the CDC and FDA this week and hope to work with them productively to further assess the data and determine what additional research is appropriate.

It's important to note that this recall is entirely different from our recall in November. In fact, the FDA just completed an inspection of our plant in China where the issue of our last recall occurred and there were no observations noted.

Before I hand the call over to Randy to provide you with some additional details on the recall, I wanted to emphasize that the product we're talking about is MoisturePlus; the recall does not affect any of our other products in any way.

We are continuing to offer our other eye care products such as peroxide and other multipurpose solutions in markets where they are currently available.

Regarding our other business segments -- including our cataract, laser vision correction business, glaucoma, surgical care products -- they are unaffected and performing well. Now I'll turn the call over to Randy.

RANDY MEIER, COO, CFO, ADVANCED MEDICAL OPTICS: Thank you, Jim. Let me start by giving you an update on our recall efforts -- again, this is a global recall. On Friday, and through the weekend, we began working to execute the global recall as quickly and seamlessly as possible. We are working with local regulatory authorities country by country to determine what needs to be done. We are working to notify all customers, retailers, distributors, eye care practitioners and professional organizations of the recall and steps that should be taken to protect ocular health.

Our efforts include engaging Stericycle, a product retrieval firm here in the U.S. and similar providers in other markets around the world to provide instructions to retailers regarding the retrieval of product from store shelves and in distribution channels and providing details to consumers regarding return of and reimbursement for product in their possession. We are sending communications directly to eye care professionals about the recall and safe contact lens handling practices so that they can educate their patients, and we are working with professional organizations to get the word out to their respective memberships.

Our sales teams are proactively reaching out to customers regarding the situation. We have also been working to evaluate our options with respect to MoisturePlus including determining how to get back into the market either with the current or new formulations. Given that we have yet to complete this analysis, it is impossible to assess what path we'll take or what the impact of the recall might be to our future revenue and earnings. As Sheree mentioned, we expect a further analysis done by next week and will hold an updated conference call at that time.

I can give you some color on MoisturePlus' position within our suite of products. The MoisturePlus products represent $105.7 million of sales in 2006 or about 10% of total consolidated sales. We're still working through the details to determine how much of that revenue may be impacted by the recall and will update you on the call next week.

With respect to guidance, we are withdrawing guidance for now and expect to provide you an update, again, on our next call. As Jim mentioned, while this recall is clearly a setback for our eye care businesses, none of our other products or businesses will be affected. The possible linkage to AK is confined to one formulation only, MoisturePlus, which, like all of our products, have always met and continue to meet all FDA requirements. In other words, as Jim said, MoisturePlus did what it was designed to do and approved to do. Now I'll turn the call back to Jim.

JIM MAZZO: Thanks, Randy. Before we open it up to Q&A, I'm just confident in our decision to recall this product based on the information we have today and also confident in our ability to overcome this hurtle and continue to manage and grow our terrific businesses. I do believe said that regardless the outcome of our analysis, this situation is a reminder of the need within our industry to effectively communicate the importance of proper handling and usage of contact lenses for the protection of the more than 100 million contact lens wearers worldwide.

We're working diligently to complete the analysis of this situation and will keep you informed as we develop a better understanding of our options going forward. We're now ready to go to Q&A. We will obviously be limited in our ability to provide definitive answers today at this early stage in the process, but we will do our best to address some of your questions. Operator, we'll open up the line now for some questions.

OPERATOR: (OPERATOR INSTRUCTIONS). Chris Cooley, FTN Midwest Securities.

CHRIS COOLEY, ANALYST, FTN MIDWEST SECURITIES: Thank you, good morning. Appreciate you taking the call on such short notice. Two questions if I may. First, Jim, and I realize it's still very preliminary at this point, in your press release you cite CDC initial data of the 46 cultured patients. And I'm just a little bit curious here; we've seen data sets both at ASCRS and ARVO recently and are aware that there is clearly a greater number of cases than that. And just cutting to the chase, it looks like that could be localized from the geography. And if we look at weightings and other geographies you might have higher weightings for other lens care products in the market.

Just a little bit curious if maybe you could give us additional color here. Is there -- are there leanings elsewhere? Is this just the conservative nature of AMO? Should we maybe possibly expect additional follow-on type recalls from competing MPS' that are in the market as again this is, as you alluded to, multifactorial?

And then my second question will just pertain to the next generation product. To the extent that you could just give us an update there. I would assume you'd be filing here in the May/June time frame to launch in the first quarter of '08.

How if at all does this current focus now on Acanthamoeba maybe affect or not affect that next generation offering? Thank you.

JIM MAZZO: I'll try to address number one and, again, I think what we have to first comment is what we were talking about with those 46 people were exactly what the CDC was discussing with us. As you had mentioned, you had heard many other different incidences or different numbers thrown around. Again, our focus is on what the CDC gave us on Friday.

Again, Acanthamoeba is not a new organism; it has been discussed and reviewed for decades. It is a minority of issues and usually associated with improper use in handling of contact lenses. And in fact, if you even looked at the number of people that the CDC were talking about, some of it wasn't even directly tied to solutions. It was tied to misuse of lenses or the way they were working with their lenses.

So I think the point about various data sources out there discussing this at ARVO, at ASCRS, at Academy have been ongoing at the AOA, etc., these things have always been discussed. What we're trying to handle right now, as you can imagine, is what the CDC hit us with. And I think again they're looking at relatively -- a data source that they're tying themselves to. There were 138 in the investigations and 46 were interviewed to date. So to your point, there is still more discussion about other issues, other linkages beyond just MoisturePlus.

CHRIS COOLEY: So just for clarification, this was the initial data set they had a chance to work all the way through as opposed to --?

JIM MAZZO: Yes, so there's still more for them to follow up and implications for other factors I'm sure will come up.

CHRIS COOLEY: Thank you.

RANDY MEIER: Chris, just to add some color on that. That was one of the discussion points with the CDC on Friday that they were dealing with a limited number of people in the study and hadn't completed all their work. So again, that's why we're going to be speaking with the CDC and the FDA this week and the coming weeks to address -- to get a better understanding of all the data.

You had another question that was related to impact on other MPS solutions in our next generation of product. With regard to other competitive MPS solutions, I think Jim characterized it best; none of these solutions have been designed for Acanthamoeba. And I think that's probably the extent of the comment we'll make regarding our competitive environment right now.

And right now our complete entire focus in the last three days has been on executing a global recall. We're going to be evaluating both our current formulations and our future formulations in the coming days as we assess how we're going to get forward and get back into the market and we'll give you that information on our next call.

CHRIS COOLEY: Thank you for hosting the call.

OPERATOR: Marc Goodman, Credit Suisse.

MARC GOODMAN, ANALYST, CREDIT SUISSE: Just so I'm clear, you said $106 million of sales for Complete(R) MoisturePlus. So the residual of the MPS found in that eye care is all complete (technical difficulty) the other product and that not affected whatsoever?

RANDY MEIER: Mark, this is Randy. What we gave you was just the formulation that the CDC had done their research on which was Complete(R) MoisturePlus. As you know, we have a full portfolio of products in our eye care business ranging from our hydrogen peroxide business, rewetters; we have neutralization tablets, saline solution and other MPS solutions that we market around the world. So we're just trying to give you a sense of from 2005 -- or excuse me, 2006, what the total amount of the revenue would have been impacted were this to have happened last year.

MARC GOODMAN: There's another $40 million or $50 million of MPS solutions roughly within your whole eye care. So I'm saying is most of that complete though, and can you take complete and just start to ramp that up and try to take the place of this in the same way Bausch did with their Renew -- the older product replacing the newer one?

RANDY MEIER: Certainly we have other formulations that are branded complete. And again, those other complete brand products we are going to continue to market in the markets that they're currently in. And over the next couple of days, we will be evaluating what our best strategy is for reentering the market, again, with either an existing for-

mulation, a new formulation and, again, through our discussions with the CDC and FDA the current formulation, how we can move forward with that. Including creating the addition of a rub regiment in the marketplace which we think, again, is something that is appropriate going forward.

JIM MAZZO: And Marc, this is Jim, just one other thing. Don't forget, outside the United States peroxide is still a significant portion in certain selected markets like Europe and Japan and that, of course, is now probably going to gain some awareness from a disinfection standpoint. So again, we're well-positioned there.

MARC GOODMAN: So the newer Complete(R) next generation that you've talked about previously, and I think you had mentioned that you had delayed it one quarter of the launch of it early '08, and that was because you wanted to validate both plants. Is that up in the air now? You may change that strategy to try to get this out quicker?

RANDY MEIER: No, we just haven't evaluated that in the context of this recall. Again, that is a different formulation. We are going to be evaluating that in context of this new information again. But we have not changed our plans but we will be, again, just out of an abundance of caution we're just saying that we'll update you with regard to all of those plans early next week on our next call.

MARC GOODMAN: Okay.

OPERATOR: Joanne Wuensch, BMO Capital Markets.

JOANNE WUENSCH, ANALYST, BMO CAPITAL MARKETS: Good morning, everybody, and thank you for hosting this call. It is possible since this is -- you've had a number of product recalls now in lens care solutions -- that it's the silicone hydrogel lenses that are causing a problem? Or should we think of this as a no rub solution that's causing a number of these problems or is this just a series of bad luck?

JIM MAZZO: Well, let's first off make sure we clearly separate what happened in November from this -- the two are not linked at all. And in fact, as I mentioned, we're quite pleased that we recently had an FDA audit of our China manufacturing facility and received no observations. I think your point though, Joanne, is a good one -- that there are multifactorial issues impacting Acanthamoeba and this has gone on for decades. There was the extended wear lens issue that was cited about 10 years ago.

So the use of lenses, the improper handling of lenses I think are what are raising this issue and have been documented. Acanthamoeba, again, is not new, but it is a situation that has been impacted by things like water quality. I think in the Illinois study there was talk about water quality. So it's not new; it's something that's impacted and factors such as silicone hydrogels, misuse of contact lenses, etc., could be implicated.

JOANNE WUENSCH: Okay. And I know you don't want to talk about financial numbers until next week, but could you please comment on the operating margins for this product?

RANDY MEIER: Joanne, I think we have a variety of operating margins, but I think what we've generally commented on with regard to our products is, relatively speaking, gross profit margin. And certainly our MPS solutions do have a rather nice margin to them -- we've said high 60s, low 70s is where most of our MPS solutions are in terms of profitability at the gross profit margin level.

JOANNE WUENSCH: And then finally, do you care to comment on -- now that you have us all together -- on (technical difficulty) in Bausch & Lomb?

JIM MAZZO: I think right now, Joanne, our biggest focus is this -- so right now all of our efforts are on focusing and executing this recall. And plus we have -- as I said, we're just going to make sure we just focus on this issue and get this issue behind us.

JOANNE WUENSCH: Okay, thank you very much.

OPERATOR: Larry Keusch, Goldman Sachs.

LARRY KEUSCH, ANALYST, GOLDMAN SACHS: Good morning, guys. A couple questions, just to follow on on Bausch & Lomb, so there's this 50 day go shop period and I just want to make sure I understand this correctly. I get that you guys are going to be ultra focused on taking care of this recall and figuring out the situation here, but does that mean that you are not going to move forward and do any due diligence at this point or does that still happen in the background but senior management's focus is right now on the MPS situation?

JIM MAZZO: Well, two points, senior management's focus is on executing this recall and I'm also not at liberty to comment on any issues with regards to the B&L situation.

LARRY KEUSCH: Okay. And then I guess just two other questions for you. First, as you think about how practitioners are going to react, we obviously had the Fusarium issue roughly a year ago; we've had now linkage of the Acanthamoeba keratitis. I guess there are two things that could happen -- if you want to think about how the market goes one would be perhaps people use contact lenses less and perhaps use spectacles; or perhaps the other thing that could happen is there's a greater use of daily disposable lenses.

So if you could just talk a little bit how you think the market for MPS solutions reacts, does it contract at this point? And then the other question is on the FDA, again, we've now had two of these issues, is it likely that they're going to now change their requirements for these solutions and now we could get for everybody a protracted regulatory and review environment?

JIM MAZZO: Well, let me talk about the first one which is the market. Again, I think what's occurred in the last 12 to 24 months directly responds to the maintenance, the proper maintenance of contact lenses and how to properly use them. When used correctly they are an excellent medium for visual correction. What you need to make sure though is that they are using the solutions to the regimen that the practitioners are recommending.

I think what you saw in the past was improper usage or a formulation issue. In this regard Acanthamoeba has been around for many years and has been tied most directly to improper usage or improper handling of their contact lenses. So I think what you're going to see is the practitioner even more concerned and involving the technician in telling them how to use and how to store their contact lenses.

Does this increase daily disposals? Does it increase laser vision correction business? Possibly. But again, what you need to make sure is the practitioner needs to make sure he or she is educating their patients on proper.

I think hydrogen peroxide, again, will gain in some notoriety, as we saw after the previous issues, because again of the disinfection capability. I think the point around convenience now will be challenged and, as Randy had said earlier, I think this concept about no rub will be an area where you're going to see probably more direct usage of rubbing the contact lenses to clean.

I can't really comment on the FDA other than to say that obviously things like this do raise awareness and probably will ensure that the FDA is much more stringent on what they're looking at. But we can't comment other than to say, as Randy had illustrated earlier, we're working directly with the FDA to ensure all of our products meet their needs including our new one that we've been working on over the past several years.

OPERATOR: Mark Mullikin, Piper Jaffray.

MARK MULLIKIN, ANALYST, PIPER JAFFRAY: Good morning. Just a broader question on the remainder of the business. I wonder if you might comment on how the integration of the IntraLase operation is proceeding and do you think you have adequate resources in place to keep that integration on track with management now being focused on the solutions recall?

JIM MAZZO: Most definitely. Let me make sure we clearly articulate. One of the benefits of the way we are structured is we are structured by business unit. And in the case of -- the IntraLase business unit is led by Doug Post and the whole vision correction unit. Obviously their concern with the health of the Company and this issue is on their minds, but it does not have anything to do and impact how that business is being run. And in fact the IntraLase acquisition and integration have gone extremely well as evident by the ASCRS show.

This has -- no way can derail and I'll just use our previous issue we had with lens care in November where you saw we had a recall and obviously had a very strong fourth quarter and first quarter in those individual businesses outside of eye care with great results in Q4 and great results in Q1. So no impact there.

Let me talk about Randy. Obviously Randy has several things on his plate, so let's make sure we clearly understand -- reporting to Randy is Dave Noon who runs our global eye care franchise, so all of the regions report to Dave. So Dave is personally handling this as well so it's an additional resource that several of you might not understand. So by no means does this impact, and I think the recall of last year clearly shows that it has no impact on the overall business, and we're very pleased with the IntraLase integration.

MARK MULLIKIN: Okay, thank you.

Advanced Medical Optics Eye Care Update - Final FD (Fair Disclosure) Wire May 29, 2007 Tuesday

OPERATOR: Louise Chen, Morgan Stanley.

LOUISE CHEN, ANALYST, MORGAN STANLEY: I just had a question in terms of the next steps that you have to take in order to get your solution back on the market, just in general terms, not specific.

RANDY MEIER: I think right now we've just got to evaluate a number of the formulations as well as the existing formula, but more importantly we have to understand where the FDA and CDC are to a greater degree about the data and the information that they released on Friday. Again, we'll be having those conversations this week and we'll be addressing not only the perspective they have but evaluating all of our formulations so that we can make an assessment of how we want to proceed.

Again, the focus of the last two or three days has been entirely on beginning and executing the recall efforts both domestically and internationally and so some of these questions have been sort of the second step that we'll be initiating today and the rest of the week. So a lot of these questions we'll be getting back to you early next week with how we are going to proceed.

LOUISE CHEN: And the second question is, is there a higher incidence of AK outside the U.S. at all? I was just wondering why you're doing the global recall. Thanks.

RANDY MEIER: No, it's our understanding from the information and the studies that the CDC has done in the past that it's about one to two people per million in terms that get AK. And from our understanding we have not seen any rise in that at all in the past couple of years.

JIM MAZZO: And again, I think it's, again, in our nature to be overly cautious. We are of course working with every regulatory agency because they're not the ones who called us, but again, it's our point to be prudent and over cautious and then make the follow-up steps from there.

OPERATOR: [Jared Halls], Bear Stearns.

JARED HALLS, ANALYST, BEAR STEARNS: Good morning. Randy, you mentioned the gross margins for the eye care business. I was just wondering if the gross margins on Complete(R) MoisturePlus are at the high-end or low-end of that range just in general. And then just going back to the multipurpose solutions, specifically what else is included in that multipurpose solution line is that the Blink and then the complete Blink-n-Clean, are those the products we should be looking at?

RANDY MEIER: Just to go back, the gross margin range that I gave earlier was for complete MoisturePlus. Depending on the market you are in the high 60s, low 70s in terms of the profitability at the gross profit line. With regard to the other products in that, we sell a variety of multipurpose solutions and under a variety of brands and labels. So there is a number of things in terms that go through the MPS line that which is why in the past we given the growth rates for Complete(R) MoisturePlus and Complete(R) as opposed to just our multi purpose revenue. Because there are some private-label businesses that we have inside the United States as well as outside the United States and, again, we have some dual product lines in other markets around the world as well.

JARED HALLS: Okay, great. And then if you just look at the study that the CDC has been doing for the past three to four years, it seems like as they aggregate this data, this could have happened at any point. Why is it happening now? It seems like they just came to a point where they had a statistically significant figure and that was good enough to prompt a recall, but hypothetically six, seven, eight years out this could have happened. So what are your thoughts on that?

RANDY MEIER: Again, we're going to be working with the CDC and the FDA to get a better understanding of how they're approaching their review of not only the data but the remaining people that they're going to be interviewing so that we can get a full understanding of where they're going with their investigation. But again, as Jim indicated, at an abundance of caution we thought it was prudent to begin this recall effort which was certainly consistent with the views of both the FDA and the CDC on Friday.

JIM MAZZO: And I think this is an industry issue, as I mentioned. And we as an industry need to understand what this means. Again, not an issue that's been brand-new, it's been something that's gone over for years and years. I think Randy illustrated in his comments the water impact in Illinois. So it's multifactorial and I think that's the reason we as an industry must work with the FDA to understand the implications of this.

OPERATOR: Matthew Blackman, Lehman Brothers.

MATTHEW BLACKMAN, ANALYST, LEHMAN BROTHERS: Thanks for taking my questions. First one I've got is I'm just curious how far along you are in your manufacturing expansion efforts. I believe you had talked about expanding your lens care solutions manufacturing capacity somewhere in the neighborhood of 40 to 50% by some time in '07. Just curious how far along you are in that pursuit as we stand today?

RANDY MEIER: With regard to the expansion, the portion of the expansion that was done to our China facility has been completed and the last line is being validated as we speak and we would expect to begin production in the next week or so. And then over in our Spanish facility we have a small capital expansion that would have just been executed to gain greater flexibility in terms with bottle sizing on a broader range of our filling line there which is something that, regardless of how this goes, increasingly the flexibility of that plant given the nature of our dry eye products and some of the smaller offerings that we're looking at having is still something that needs to be done.

MATTHEW BLACKMAN: Okay. So if you were to sort of put a number on it, would you say sort of in terms of expansion it's expanded maybe 10%, 20%, somewhere in that neighborhood versus a 40 or 50%? Just trying to get a feel for the amount of capacity you have added so far.

RANDY MEIER: Of about the 40 to 50% capacity expansion we've probably completed about two-thirds of it.

MATTHEW BLACKMAN: About two-thirds of it?

RANDY MEIER: Yes.

MATTHEW BLACKMAN: Okay. The next question is -- just curious, since the launch of MoisturePlus, which I think was back in '03, have there been any formulation changes along the way?

JIM MAZZO: Not since we launched MoisturePlus, absolutely not. This has been the formula and MoisturePlus added it -- a demulcent was the primary difference between MoisturePlus and the previous product.

MATTHEW BLACKMAN: Okay, fair enough. And then the last question -- I don't know if you have this information, but the CDC report indicated that nine patients required corneal transplants, but it didn't say if those were MoisturePlus patients. Just curious if you have any sense of how many of those patients might have been using MoisturePlus?

JIM MAZZO: We have no information on that at all.

MATTHEW BLACKMAN: Fair enough. Thanks so much.

OPERATOR: (OPERATOR INSTRUCTIONS). Jeff Johnson, Robert W. Baird.

JEFF JOHNSON, ANALYST, ROBERT BAIRD: Good morning, thanks for taking the call. Understanding your point on convenience, Randy, I think you made with rub versus no rub protocol, thing like that, wondering if you can also comment on the other change we've seen in recent years with solutions and I guess comfort. We've seen some addition of comfort molecules, I think with the guys it's increasing the methyl cellulose, the propylene glycol, things like that. Others have added Tear Glide or some other products they've talked about. Any concern that these formulation changes are causing problems, especially under maybe questionable patient compliance situations, dehydration, things like that?

RANDY MEIER: Again, I think where we are today is all of our products meet all the current standards by the FDA and have been meeting those standards -- not only this formulation, but all our formulations have met the standards that have been set forth both in the FDA and other regulatory bodies around the world. So we've continued to pursue a strategy of improving both the -- not only the comfort but the efficacy of our solutions since MPS solutions were initiated back in the late '90s.

So it's too early to speculate if any of these adjustments to the formulation have created a situation where AK has become more prevalent in terms of the usage. But again, this is something that we're going to work with industry on and try to determine.

I do think though one of the things that has been discussed a lot in the last couple of years is whether or not the regimen should go back to a rub situation. This is something that we have been more and more supportive of especially the last 12 months. So as we look to re-enter the market we will be focusing on a rubbed a regimen, especially in light of some of the issues going on in the marketplace.

Advanced Medical Optics Eye Care Update - Final FD (Fair Disclosure) Wire May 29, 2007 Tuesday

JEFF JOHNSON: I guess though my follow-up there would be -- I guess Bausch's solution, MoistureLoc, met all requirements as well for Fusarium and then it ended up where as that would dehydrate the solution would dehydration and form a kind of film on the lens protecting the Fusarium, if you will. I can imagine a similar scenario here with some methyl cellulose and the propylene glycol in that maybe it's set up for the perfect kind of storm or a similar type of convolution, if you will, of factors coming together causing this problem.

RANDY MEIER: This is two very different situations and, again, Acanthamoeba has been around for a very long time. This is a waterborne organism and something that has been discussed on and off within the contact lens industry for a number of years. And again, it's not going to go away, but this has nothing to do with the Fusarium keratitis, this is a completely separate issue.

JEFF JOHNSON: Thanks, guys. I appreciate it.

OPERATOR: Andrew Swanson, Citigroup.

ANDREW SWANSON, ANALYST, CITIGROUP: Thanks very much. I just wanted to circle back on the $106 million in sales in 2006. Presumably that's a depressed figure due to the effects of the contamination of the Chinese facility. Can give us a sense of what the quarterly run rate was in the last quarter that was not impacted by the Chinese facility? Thanks.

RANDY MEIER: In the first quarter of 2007 we generated revenue of a little less than $30 million.

ANDREW SWANSON: Thank you.

JIM MAZZO: Okay, Operator. I want to thank everyone for getting on the call at such a short notice. I think you can appreciate that we're working with some limited data. We were prudent in what we believed; we needed to be over cautious in the recall. However, I can guarantee you that we are working diligently to address this issue head-on. Working with our practitioners and our customers and working with local regulatory authorities across the globe to fully understand and be able to get back into the market as soon as possible. We will alert you as soon as we can of when the next call is at the beginning of next week. Thank you for your time this morning.

OPERATOR: This concludes today's conference call. You may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

LOAD-DATE: June 13, 2007