# **EXHIBIT K**

Westlaw.    NewsRoom
5/30/07 NYT C2
Page 1

5/30/07 N.Y. Times C2
2007 WLNR 10082812

New York Times (NY)
Copyright 2007 The New York Times Company

May 30, 2007

Section: C

Link to Eye Infection Unsolved, Maker of Lens Fluid Says

BARNABY J. FEDER

Advanced Medical Optics says it has no explanation yet of why its leading contact lens care product might be contributing to outbreak of eye infections; says it will be next week before it can provide Wall Street with estimate of financial impact of its global recall of lens cleaner; company's shares drop nearly 14 percent (M)

Advanced Medical Optics said yesterday morning that it had no explanation yet of why its leading contact lens care product might be contributing to an outbreak of eye infections. And it said it would be next week before it could provide Wall Street with an estimate of the financial impact of its global recall of the lens cleaner.

The uncertainty fueled a sharp sell-off in the company's stock. The shares fell nearly 14 percent, to close at $34.69, in the first day of trading since news of the problem emerged late Friday.

Doctors said yesterday that they had begun fielding what they expect to be a flood of phone calls from worried patients who learned over the weekend that federal health authorities had warned of the infection risk associated with Advanced Medical's product, Complete MoisturePlus.

Unlike last year's outbreak of Fusarium fungal infections linked to a Bausch & Lomb lens care solution, the 138 infections reported last week by the federal Centers for Disease Control and Prevention involve Acanthamoeba, a far more common parasite that rarely manages to penetrate the eye but is even harder to treat when it does.

''The literature suggests that about half the patients will eventually need

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

corneal transplants, compared to 30 percent for Fusarium,'' said Dr. Robert Cykiert, an ophthalmologist at New York University Medical Center and a clinical associate professor at the N.Y.U. School of Medicine.

Health authorities and doctors said the overall risk of infection appeared to be extremely low among the nation's 30 million soft lens users. But they said that anyone who had used Complete should throw out any remaining solution, their lens cases and the lenses themselves.

Although no one has precise figures on how many people in this country have been using Complete, the figure could be close to two million based on Advance Medical's market share.

James V. Mazzo, Advanced Medical's chairman, president and chief executive, said in a conference call that the company would meet this week with federal regulators to determine what further steps it needed to take to deal with the outbreak.

He said the company had retained Stericycle, a medical waste specialist, to help manage the recall, which began Friday, the same day it received notice from the C.D.C. that a preliminary analysis of Acanthamoeba victims since the beginning of 2005 showed that Complete MoisturePlus users were seven times more likely to have suffered infections.

Advanced Medical's predicament also hurt the shares of an eye-care competitor, Bausch & Lomb, as investors concluded that Advanced Medical, based in Santa Ana, Calif., was in no shape to enter a bidding war for Bausch, a bigger company based in Rochester, N.Y. Advanced Medical disclosed its interest on Thursday.

Mr. Mazzo declined to comment directly on Advanced Medical's continuing interest in Bausch but said, ''All of our efforts are on focusing and executing this recall.''

Bausch recently agreed to sell itself to private equity investors for $3.67 billion, or $65 a share, but it is free to seek other bids through July 5. Bausch shares fell nearly 3.7 percent yesterday to $67.90 -- still high enough to suggest that investors believe that Advance Medical is not the only potential competitor for Warburg Pincus, the equity firm trying to buy Bausch.

The recall removed from the market a product with gross profit margins of about 70 percent that accounted for a majority of Advanced Medical's sales of multipurpose lens care products -- solutions intended to both condition and sterilize lenses. Such products accounted for 15 percent of the company's $997.5 million in sales last year. Advanced Medical said yesterday that it had not yet decided how and when it would try to return to the market for multipurpose lens solutions.

The bulk of the company's revenue and profit come from equipment and products used in eye surgery. It was unclear what has triggered the infections. The last major outbreak in the United States of Acanthamoeba infections was traced to the common practice in the early 1980s of lens users' soaking their lenses in homemade cleaners using tap water. But researchers say the new outbreak probably does not have such a simple cause.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Failure to follow cleaning instructions and practices like sleeping with lenses in place are almost certainly major contributors. But researchers say that other factors may play a role, including how the chemicals in certain multipurpose solutions interact with certain lenses.

While important, Complete contributed less to Advanced Medical's profit than Bausch & Lomb received from its Renu with MoistureLoc before that product was recalled last year after the outbreak of Fusarium. The Renu recall, which technically is still under way although almost no product is now being collected, cost Bausch its role as the market leader and hurt its overall brand name.

The leader in branded multipurpose solutions now is Alcon, with a 50 percent market share in the United States for its Optifree line. Bausch, which markets an older version of ReNu, has fallen to 20 to 25 percent. Advanced Medical had about 13 percent until its recall, according to various analysts.

Alcon shares jumped 2.4 percent to $139.38 in trading yesterday, but some analysts said Alcon might not have the manufacturing capacity to capitalize by picking up Advanced Medical's customers.

''In my conversations with Alcon, it always sounds like they are maxed out,'' said Lawrence Keusch, who follows the industry for Goldman Sachs. ''Bausch could be the winner if Alcon can't respond,'' Mr. Keusch said, adding that the upheaval could increase Bausch's value to potential bidders.

Alcon said its next major expansion would be late this year when it expects an additional production line in its Fort Worth factory to be finished and approved by regulators. But the company has gained enough experience with surges during recalls by Bausch and Advanced Medical -- which had a separate recall in November of products made in China -- that it will be able to pick up a significant portion of the new demand, said Doug MacHatton, an Alcon spokesman.

Analysts and some doctors said the cumulative impact of the lens care fluid recalls might actually shrink the market by driving more customers to lenses that are discarded each day -- and thus need no solutions. Daily disposables make up as much as 70 percent of the market in some Asian countries and 40 percent of the market in Europe. But they represent just 8 percent of the market in the United States, Mr. Keusch said.

Johnson & Johnson's Vistakon subsidiary is the market leader in daily disposable lens.

But CooperVision, a smaller company that focuses strictly on contact lenses and related products, might be the biggest potential beneficiary from such a trend.

---- INDEX REFERENCES ----

COMPANY: CORDIS CORP; JOHNSON AND JOHNSON VISION PRODUCTS INC; ADVANCED MEDICAL OPTICS INC; BAUSCH AND LOMB SURGICAL; NEW YORK UNIVERSITY; GOLDMAN SACHS AND CO; NEW YORK UNIVERSITY MEDICAL CENTER; MEDICAL AND TECHNICAL RESEARCH ASSOCIATES INC; CODMAN AND SHURTLEFF INC; ADVANCED THERAPY PRODUCTS INC; GOLDMAN SACHS; GOLDMAN

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

SACHS GROUP INC (THE); MEDICAL AND BIOLOGICAL LABORATORIES CO LTD; ADVANCED MEDICAL INC; JOHNSON AND JOHNSON; BAUSCH AND LOMB INC

NEWS SUBJECT: (Business Management (1BU42); Market Share (1MA91); Sales & Marketing (1MA51); Major Corporations (1MA93))

INDUSTRY: (Medical Devices (1ME31); Surgical Instrumentation (1SU78); Healthcare (1HE06); Ophthalmology (1OP29); Healthcare Practice Specialties (1HE49))

REGION: (Americas (1AM92); North America (1NO39); USA (1US73); New York (1NE72))

Language: EN

OTHER INDEXING: (ADVANCED MEDICAL; ADVANCED MEDICAL OPTICS; BAUSCH; BAUSCH LOMB; EYE INFECTION UNSOLVED; FUSARIUM; GOLDMAN SACHS; JOHNSON JOHNSON; MEDICAL; NY ADVANCED MEDICAL; NYU SCHOOL OF MEDICINE; NEW YORK UNIVERSITY MEDICAL CENTER; RENU; VISTAKON; WARBURG PINCUS) (Acanthamoeba; Alcon; Complete; Complete MoisturePlus; Doug MacHatton; Failure; James V. Mazzo; Keusch; Lawrence Keusch; Mazzo; MoisturePlus; Robert Cykiert)

EDITION: Late Edition - Final

Word Count: 1438
5/30/07 NYT C2
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.