# **EXHIBIT N**

Case 3:07-cv-03107-PJH   Document 47-16   Filed 01/30/2008   Page 2 of 5

Westlaw.                                                          NewsRoom
9/24/07 ORGCTYBUSJ 3                                               Page 1

9/24/07 Orange County Bus. J. 3
2007 WLNR 20914304

Orange County Business Journal
Copyright 2007 CBJ, L. P.

September 24, 2007

Volume 30; Issue 39

Advanced Medical Selling Solution Again

Reed, Vita

HEADNOTE

HEALTHCARE: Back from recall earlier than expected; rub challenge

Santa Ana-based Advanced Medical Optics Inc. is back with a contact lens solution after a May recall.

The company has started shipping its Complete solution in the U.S., Europe and parts of Asia, including Japan, two months ahead of schedule, Chief Executive Jim Mazzo said.

The move follows a voluntary recall four months ago of Advanced Medical's Complete MoisturePlus, which regulators linked to a rare eye infection that can lead to blindness.

"We relaunched Complete with the same name because it has a very strong brand image," Mazzo said.

There's a rub to the new version, literally. Directions call for users to rub their contact lenses clean with the solution, rather than just soaking them.

"Easy Rub Formula = Disinfection & Comfort" reads the box in large white letters.

The directions talk about "rubbing, yet says it in a way that it doesn't sound very complicated," said **Dave Noon**, Advanced Medical's senior vice president of global eye care.

The new Complete stands to compete with solutions from other companies that bill themselves as "no-rub" formulas.

Advanced Medical is stressing lens rubbing after finding the problem linked to its solution wasn't related to manufacturing.

The company is promoting rubbing-an extra step for lens wearers-as a safer alternative that can make lenses more comfortable.

"It enhances their ability to maximize their lenses," Noon said.

Advanced Medical is working with three groups, the American Academy of Ophthalmology, the American Optometric Association and the American Society of Cataract and Refractive Surgery, to encourage rubbing, Mazzo said.

"When we had the recall, all of them came out with support that this is the right thing to do," he said.

Noon and his team are training eye doctors on the use of the new Complete. The company is providing information about Complete as well as information on rubbing and rinsing, he said.

Some efforts aimed at users also are planned, Noon said.

Lost sales and charges stemming from the recall hit Advanced Medical hard-the company's contact lens solution sales, once a quarter of its $1 billion in yearly revenue, plunged 73% in the second quarter. The company posted a $167 million, charge-laden loss in the quarter.

As for wrapping up the recall, Mazzo said: "I didn't get an ulcer ... You learn, first off, about your team, and I will tell you how proud I am of the team. We didn't lose anyone from it, all the way from the sales reps through the management through the senior management. We were very focused, got the job done."

Recalls have been a large issue in the contact lens market in recent years. Besides Advanced Medical, Rochester, N.Y.-based rival Bausch & Lomb Inc. came under fire in 2006 for its handling of a recall of its ReNu with MoistureLoc contact lens solution after federal regulators linked it to outbreaks of a fungal infection.

In August, Advanced Medical ended a bid to buy Bausch & Lomb for $4.23 billion. Private equity firm Warburg Pincus LLC is buying Bausch instead.

After several weeks of back and forth and shareholder resistance, Advanced Medical walked away from the deal.

"We felt it was a good strategic fit, but we've moved on," Mazzo said. "We've got other things to worry about right now. We are staying focused on what we have in front of us. It's kind of a distant memory for me."

The recall did play a role in the dropped bid, according to Mazzo. But not from a financial standpoint, he said.

"Any time you have a major recall, (it) puts a lot of people under concern-I understand that," he said.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Mazzo said he doesn't believe shareholder opposition, led by 15% holder ValueAct Capital Partners LP of San Francisco, scuttled the Bausch deal.

"That was not a reason why we pulled out," he said. "We pulled out because the process was not conducive."

ValueAct "did not stop us from going forward," he said.

The recall and Bausch bid took a toll on Advanced Medical's stock and on how some analysts see it. The company's shares are down some 22% for the year with a market value of $ 1.7 billion late last week.

Analysts expect the company to post a loss of $25.3 million on sales of $265.2 million for the third quarter.

The recall will have a greater effect on its third-quarter earnings than in the second quarter, Jefferies & Co. analyst Peter Bye recently wrote in a report on rival Alcon Inc., which employs 630 people in Irvine.

In the report, Bye also said that Alcon's new chief financial officer, Richard Croarkin, believed that Alcon will keep lens solution market share it has taken from Advanced Medical due to the recall.

Mazzo believes Wall Street has a waitand-see attitude about Advanced Medical, and that it will take a couple more quarters before investors regain the confidence they had in the company prior to the recall.

SIDEBAR

Mazzo, new Complete box: "I didn't get an ulcer," he says of the recall

SIDEBAR

Noon: packaging talks about rubbing, but not in a complicated way

---- INDEX REFERENCES ----

COMPANY: ALCON INC; WARBURG PINCUS LLC; ADVANCED THERAPY PRODUCTS INC; LABORATOIRES ALCON SA; AMERICAN OPTOMETRIC ASSOCIATION; ADVANCED MEDICAL OPTICS INC; BAUSCH AND LOMB SURGICAL; ADVANCED MEDICAL INC; WARBURG PINCUS ASSET MANAGEMENT INC; BAUSCH AND LOMB INC

NEWS SUBJECT: (Business Management (1BU42); Market Share (1MA91); Sales & Marketing (1MA51); Economics & Trade (1EC26); Major Corporations (1MA93))

INDUSTRY: (Medical Devices (1ME31); Healthcare (1HE06); Medical Device Regulatory (1ME42); Ophthalmology (1OP29); Healthcare Practice Specialties (1HE49))

REGION: (Americas (1AM92); North America (1NO39); USA (1US73))

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Language: EN

OTHER INDEXING:  (ADVANCED MEDICAL; ADVANCED MEDICAL OPTICS INC; ALCON; ALCON INC; AMERICAN ACADEMY; AMERICAN OPTOMETRIC ASSOCIATION; AMERICAN SOCIETY OF CATARACT AND REFRACTIVE SURGERY; BAUSCH; BAUSCH LOMB; BAUSCH LOMB INC; HEADNOTE; JEFFERIES CO; SIDEBAR; WARBURG PINCUS LLC)  (Advanced; Bye; Dave; Disinfection Comfort; Easy Rub Formula; Jim Mazzo; Mazzo; Peter Bye; Richard Croarkin; Santa Ana; ValueAct)

KEYWORDS:  (Contact lenses);  (Executives);  (Brand image)

COMPANY TERMS: ADVANCED MEDICAL OPTICS INC

PRODUCT: Optical Instrument and Lens Manufacturing; Surgical and Medical Instrument Manufacturing

NAICS CODE: 333314; 339112

Word Count: 997
9/24/07 ORGCTYBUSJ 3
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.