**<u>EXHIBIT O</u>**

Westlaw.
10/25/07 FINDISCLOSURE 15:00:00

NewsRoom
Page 1

10/25/07 Fin. Disclosure Wire 15:00:00

FD Wire
Copyright 2007 CCBN, Inc. and FDCH e-Media, Inc.

October 25, 2007

Q3 2007 **Advanced    Medical    Optics**  , Inc. Earnings Conference Call - Final

OPERATOR: Welcome to AMO's third quarter 2007 earnings conference call. For a copy of the press release issued this morning, call 714-247-8455 or visit www.amo-inc.com. This call is being recorded and a replay will be available at approximately noon Eastern time today through midnight November 1. To access the replay dial 800-642-1687 and enter pass code 19981733 or visited www.amo-inc.com. I am pleased to introduce Sheree Aronson, Corporate Vice President of Corporate Communications and Investor Relations. Please go ahead.

SHEREE ARONSON, VP CORPORATE COMMUNICATIONS AND IR, **ADVANCED    MEDICAL    OPTICS** : Good morning. Joining me today are **Jim    Mazzo** and Randy Meier, who will make some prepared remarks followed by Q&A. Also with us today is Michael Lambert, who joined AMO last week as our new Chief Financial Officer.

During the call certain statements, such as forecast of financial information, guidance, financial targets and goals, strategies for growth, expected product performance and growth in markets and procedures, projected regulatory approval, benefits and launch dates of new products, expectations for the multipurpose relaunch and associated financial impact, and any other statements that refer to AMO's plans or estimated future results are forward-looking statements. As such, they reflect our current analysis of existing trends and information and represent our judgment only as of the date of this call. Actual results may differ based on various factors affecting our businesses.

Review today's our press release and our SEC filings for more information about these risk factors, specifically the discussion under the heading, Risk Factors, in our 2006 Form 10-K and second quarter 2007 10-Q. You'll find these and other documents in the Investor section at www.amo-inc.com or by calling 714-247-8455.

Please note that the year ago sales comparisons in the tables that accompany today's press release do not include any IntraLase or WaveFront Sciences related sales, because we completed these acquisitions in 2007. Any reference we made to pro forma sales performance in the release or our comments today is intended to provide and apples-to-apples comparison and assumes that we had owned the IntraLase and WaveFront Sciences businesses in the year ago period.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

10/25/07 FINDISCLOSURE 15:00:00

Note also that our EPS guidance is provided on a non-GAAP basis, which excludes impacts of charges and write-offs related to acquisitions, reorganizations, and recapitalizations, unrealized gains or losses on derivative instruments, and other onetime charges. Refer to the Investor section of our website under Historical Financials for more information on our use of non-GAAP measures.

Let me also remind you that the American Academy of Opthamology meeting is November 9 through 12 in New Orleans. AMO will host a technology update for investors and analysts on Saturday, November 10, featuring presentations by leading ophthalmic surgeons on AMO's newest technologies. If you are planning to attend AAO, please call us at 714-247-8455 to RSVP for the technology update. Now I will pass the call to Jim.

**JIM MAZZO**, CEO, **ADVANCED MEDICAL OPTICS**: Good morning to everyone. During the third quarter AMO continued to execute our strategy to provide advanced refractive technologies for people of all ages, delivering a complete refractive solution to eye care practitioners worldwide. We are accomplishing this through well-integrated acquisitions and consistent delivery of organic innovations. And our goal is to align our three businesses to ensure that we captured in increasingly larger share of the elective refractive procedure market.

While our financial results were significantly impacted by the recall, I am very pleased with the progress we continue to make in our Cataract and Laser Vision Correction businesses during the period. The third quarter marked some key important achievements.

First, we re-entered the multipurpose solution market. We succeeded in getting products back on retail shelves in the August/September timeframe, ahead of our original schedule. In this month we began our sales efforts to practitioners. In the United States, and you will hear from this later from Randy, we were already receiving reorders from retailers and registering marketshare gains, demonstrating that we have loyal COMPLETE users returning to the product.

Our proprietary product emphasizes the fundamental importance of rubbing and rinsing to overall contact lens safety and comfort. And as I said, Randy will provide some additional details here on this market.

Two, we capitalized on our market and technology leading laser vision correction opportunities. We hit new highs for procedure revenue in the quarter, and also delivered strong unit placements for both the excimer and femtosecond Lasers, demonstrating the competitive power of our dual platform and setting the stage for future growth in high margin procedure revenue from around the globe.

These strong unit placements are also fueling our share of total refractive procedures. In the U.S., the world's largest elective refractive market, nearly half of all elective refractive procedures, including flap creation, LASIK, PRK, CK and refractive eye IOLs were performed using an AMO technology. This is about twice the share of our closest competitor.

Three, we introduce new products into the cataract market, including our innovative Tecnis 1-Piece intraocular lens, which enhances surgeon ease-of-use while delivering superior visual outcomes to patients. Launched in Europe last

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

month, the Tecnis 1-Piece is slated for U.S. introduction next spring, and is expected to continue to drive the mix shift of our monofocal eye IOLs to the proprietary Tecnis design. During the quarter we also began shipments of the new WhiteStar Signature phacoemulsification system to U.S. surgeons and introduced the technology to the European market.

Fourth, we expanded and deepened our leadership ranks through a realignment of management responsibilities. I am pleased to welcome Michael Lambert to the AMO executive leadership team as our new CFO. He joined us last week, and brings a wealth of public company experienced to AMO. He will play a critical role in helping us achieve our financial and operational objectives. I am sure you're all eager to meet Michael, and you will meet with him over the next several months.

On today's call car Randy will give the recap of our financial performance for the quarter. In future quarters, after Michael has the opportunity to get up to speed on the businesses, this responsibility will be his. With Michael's addition to the team, Randy's responsibilities have shifted to include management of our cataract business and global customer service. He also maintains existing responsibilities for overseeing our eye care business and global operations.

Doug Post continues to manage our Laser Vision Correction business with added responsibility now for refractive IOLs on a global basis. This is consistent with our focus on helping practitioners grow refractive procedures through our laser and intraocular lens offerings.

Russ Trenary assumes the new role as the head of our Global Public Policy and Medical Education. We have made significant investments to build a portfolio of advanced refractive technologies that is without peer in our industry. Among other things, Russ wil lead a focused global effort across all of our businesses to demonstrate and communicate the clinical superiority of our products.

Now let's move to some of the businesses. Our technological leadership in Laser Vision Correction continues to drive that business for us. Practitioners select our technologies for the clinical outcomes they provide. The recent selection of AMO LASIK technologies by NASA is a perfect and clear example. NASA's decision was based on its review of extensive military clinical data that showed superior safety in vision when using our CustomVue and IntraLase technologies in combination. When you consider the visual demands of an astronaut, this approval is a compelling argument in support of the AMO LASIK offering for the average person, and a tremendous marketing tool for our practitioners.

Clinical superiority drove strong Laser Vision Correction sales in the quarter of $99.3 million, up 15.8% on a pro forma basis. Worldwide procedure and related sales rose 30.5% on a pro forma basis, which we attribute to our continued above market procedure growth and revenue mix shift to CustomVue procedures. For the trailing 12 months ending September 28, our U.S. excimer procedure volume was up 8.6 and our U.S. custom mix rose to 63.8%.

Continued rapid U.S. surgeon adoption of the IntraLase FS Laser also contributed significantly to our performance. For the trailing 12 months ending September 28, U.S. femtosecond procedures grew 35.8% on a pro forma basis.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Clearly we are gaining share in both the [blast] creation and excimer laser categories. And our efforts to use our dual platforms to define a new standard of LASIK care are working and underway.

As slide seven shows, practitioners' preference for our technologies is on the rise. According to the 2007 MarketScope Annual Refractive Survey released last month, 71% of doctors said they would most likely purchase an IntraLase laser if they were in the market for a new keratome, up from just 36% one year ago. The same survey showed the continued shift to custom LASIK procedures, with 62.5% of doctors considering WaveFront guided ablation as the best procedure for all patients, up from 49.6% one year ago.

Again, this year MarketScope showed our CustomVue was the procedure of choice with 62% share of the U.S. excimer laser market. The shift to custom all-laser LASIK procedures is also growing outside the United States. Our international procedure revenue was $6.5 million for the excimer laser, up 74.9% from the year ago quarter, and up 24% sequentially. Note that our sequential growth represents the largest jump in excimer procedure sales since we began our international expansion initiative. This is significant considering that the third quarter is seasonally slow in most international markets.

International femtosecond procedure revenue was $12.3 million, up 81.5% from IntraLase's year ago quarter. In all, international procedure sales rose 79% on a pro forma basis, demonstrating the benefit of leveraging our global infrastructure and custom all-laser LASIK technologies to build a robust international business.

In the third quarter international procedures accounted for 30% of total procedure revenue, up from 22% on a pro forma basis in the year ago quarter. We estimate that custom procedures represent about 20% of the international LASIK market now, up from about 10% when we started this initiative. Consider also that at the time of the VISX acquisition, about 15% of our international excimer installed base was custom capable. By focusing doctors on the clinical superiority of our advanced CustomVue technology we boosted that to well over 50% today through upgrade and new unit placements.

New unit placements are of course the forerunner to increased higher margin procedure revenue. Excimer placements rose 2.7% and IntraLase's femtosecond laser placements rose 36.7% versus the year ago period. This follows strong unit growth in the second quarter and continues to illustrate how quickly we have taken advantage of cross-selling opportunities between the two installed bases. Our placements were broadly distributed and resulted in total system sales of more than $27 million, up 2.3% on a pro forma basis versus the year ago period.

At the time of the IntraLase acquisition we estimated that about 20% of AMO's U.S. excimer customers were also IntraLase customers. As of the end of the third quarter, the IntraLase overlap represented about 35% of the AMO excimer installed base. And this trend underscores two very important facts. One, the combined AMO and IntraLase offering is a powerful competitive advantage, and two, we still have significant room for growth.

In addition to continuing to secure the leading share of the LASIK real estate in the U.S. and other high potential markets around the world, we are pursuing various venues to grow this business. These include adding new indications, new products

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

and initiatives to grow the market. For example, in the U.S. we plan to launch soon the advanced CustomVue monovision treatment, which is intended for myopic presbyopes. In clinical trials 96% of CustomVue monovision patients were 20/25 or better at far and at near after one year. And 98% said they would have the procedure again.

This technology is the first ever LASIK procedure approved in the U.S. for the treatment of presbyopia. As such, it will help surgeons using our technology attract an important demographic group, myopic baby boomers who are looking to shed their reading glasses. For AMO we expect the launch of advanced CustomVue monovision to help drive our custom mix and overall procedure sales higher higher.

Our WaveFront Sciences team is also developing a next generation aberrometer, designed to have the highest resolution and reliability in the industry, as well as other proprietary features to set it apart in the market. It is set to launch in 2008. And is expected to enhance our advanced CustomVue product offering and facilitate continued custom conversion.

And to grow the '04 LASIK market we will soon unveil a new consumer brand and marketing program to articulate the differentiating benefits of our custom all-laser LASIK procedure. This program, which will be delivered through our surgeon customer base, will be unveiled at the upcoming American Academy of Opthamology meeting in a couple of weeks in New Orleans. Our success in integrating our laser vision correction businesses, VISX, IntraLase and WaveFront Sciences, form a solid foundation for us to move forward on these and other efforts to grow the LASIK market and our share.

Now turning to our cataract implant performance, total sales were $131.7 million, up 5.2%. Total IOL sales grew 6.5%, driven by our proprietary Tecnis aspheric monofocal IOL and refractive implant portfolio. Monofocal IOL sales rose 7.6%, with Tecnis monofocal sales up 60%. This was driven primarily by strong performance in the Americas and Europe. Tecnis is the core of our IOL offering. And our goal has been to upgrade practitioners to this platform. We have had good success thus far, with Tecnis IOLs now representing 56% of our total monofocal IOL sales versus 38% just one year ago.

As I said at the start of the call, we are further strengthening this franchise with the Tecnis 1-Piece lens, which we introduced last month in Europe, the world's second-largest cataract market on a dollar basis. As noted on slide 11, the Tecnis 1-Piece lens is designed to deliver ease of implementation with outstanding visual performance.

This new design provides all the same functional benefits and claims that doctors have relied upon with previous iterations. It also provides two design advancements that aren't available on competitors' one piece designs. These include a 360 degree uninterrupted edge design to minimize cell migration onto the posterior capsule, and a frosted edge to minimize glare, critical elements of choice on a one piece lens.

The Tecnis 1-Piece also has a reduced center of thickness, making it easy to implant with bag-friendly coplanar delivery and gently unfolding haptics. We have just begun shipments of the Tecnis 1-Piece intraocular lens to European surgeons, and expect to introduce the product to U.S. surgeons next spring. As you probably

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

10/25/07 FINDISCLOSURE 15:00:00

know, 1-Piece lens are the primary type of lenses currently used in the United States. Having a differentiated intraocular lens in this category will help us further our strategy to upgrade existing customers to the Tecnis platform and grow our share of monofocal IOLs.

Refractive implants were $1218 million in the quarter, slightly over the year ago period, and representing growth in international markets, offset by softer U.S. sales. We attribute our softer sales in the U.S. to more moderate market growth as adoption rates slow. We believe this is generally consistent with historical adoption rate profiles that our industry has been seeing with recent novel technologies, like foldable IOLs is in the '80s and corneal refractive procedures in the '90s.

We still believe strongly in this market segment, as new technologies such as the Tecnis Multifocal becomes available. We also see meaningful growth potential as more surgeons grasp how to effectively integrate presbyopic correcting IOLs into their practices and communicate with patients. Refractive IOLs are fundamental to our complete refractive solution strategy. And we remain fully bullish on their potential considering the excellent patient lifestyle benefits they deliver, and how they complement our LASIK offering and further advance our primary goal, gaining a share of the total elective refractive procedures.

Our approach is twofold, offering surgeons around the world a range of refractive IOL options that deliver superior outcomes, and targeting our efforts on comprehensive refractive procedures that have the marketing promise and service orientation to succeed in the elective procedure arena.

For example, we launched in Europe last month the Tecnis Multifocal Acrylic Intraocular Lens. We expect it to further strengthen our CustomMatch solution, which offers physician the option to use Tecnis Multifocal IOL bilateral defective interocular lenses, resume bilateral refractive IOLs, or a combination of both.

We also continue to work to rapidly bring Tecnis Multifocal to the U.S. We have completed additional patient enrollment in our clinical trial, and are currently conducting follow-up with the expectation that we will file the PMA early next year. We continue to target U.S. launch for the first half of 2009. Remember too that we have expanded our global refractive IOL reach with the recent approval of ReZoom in Japan.

We continue to work closely with comprehensive refractive practices to enhance patient awareness and education of presbyopic-correcting IOLs, what initiatives like the Gary Player Practice marketing program. We also continue to work with industry groups on the public policy front to encourage U.S.-like patient share billing options in Europe and Japan to help drive adoption of these technologies.

Turning to our other core cataract technologies, sales of viscoelastics declined 2.2% in the quarter, with Healon declining 1%. As we indicated previously, one obstacle to our growth here is the lack of a dispersive product in the U.S. We had initially expected to launch Healon B, our new dispersive in the U.S. later this year, but have reset that launch day to sometime in the 2008 timeframe due to longer than expected FDA approval process.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Moving to phacoemulsification, we were extremely pleased with the third quarter performance, which showed sales increases of 11.4%, with 12.8% growth in pack sales and equipment sales of (technical difficulty). Primary drivers were increased usage of our existing installed base, aiding our pack business, and placements of our WhiteStar Signature system. This was launch consistent with our original timeline last April in the U.S. and last month in Europe. The new system combines the proven performance of our proprietary WhiteStar technology with the safety of revolutionary Fusion Fluidics to provide ultimate chamber stability. The system also provides a dual pump technology, wireless Bluetooth accessories, optional voice confirmation, and other features that enhance ease-of-use and optimize patient outcomes. Moreover, we are working on a series of accessories and upgrades that we expect to rollout throughout 2008.

With that, I will pass the call over to Randy for an update on the eye care business and a summary of our third quarter financials.

RANDY MEIER, CFO, **ADVANCED MEDICAL OPTICS:** Good morning everyone. As you all know, we have re-entered the multipurpose solution market in the third quarter when shipments to the U.S., Europe, Japan and parts of Asia Pacific commenced in August and September. We have accomplished this in less than 90 days after initiating the recall, and well ahead of our original timeframe. As slide 14 indicates, product is now on store shelves at retailers, representing about 95% of our U.S. customer base per-recall, and our SKU distribution is very close to pre-recall levels as well.

We have also already received reorders from key retailers, including Wal-Mart, Target, Albertsons, Kmart, Kroger, Safeway, as well as initiated sales of outreach and care kit shipments to U.S. eye care practitioners.

In Europe we have shipped product to all of our major customers. And in Japan we have regained distribution at all major retailers. Shipments to Asia Pacific are now underway and we expect to be fully back in the market on a worldwide basis by year's end.

Our new product, COMPLETE Easy Rub, is a proprietary formulation that has been sold globally for a number of years. There has been some speculation on Wall Street recently about our product's competitiveness, so let me address that head-on. Our formulation provides powerful disinfection while promoting tear film stability and long-lasting comfort. In addition, looking at slide 15, our COMPLETE Easy Rub formulation outperforms competing solutions in an evaporation test. This clearly shows that it maintains its antimicrobial activity under real world conditions, such as topping off solution that can compromise other solutions' effectiveness.

A recent study conducted by a nonprofit Contact Lens Council found that 44% of contact lens wearers always or occasionally top off, meaning they reuse their solution. For patients in this situation it is important that their solution maintains its effectiveness, even after partial evaporation. It is also worth noting that COMPLETE Easy Rub performs better than our predecessor product on the Andrasko Corneal Staining Grid, which I know is familiar to many of you.

Although our COMPLETE Easy Rub formulation is cleared by the FDA with a no rub claim, we're actively promoting its use with the rub and rinse lens cleaning regimen. We took this approach after extensive research and discussions with global eye care practitioners who now overwhelmingly recommend a rub and rinse regimen to

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

their patients.

In fact, in the same Contact Lens Council study I mentioned earlier, researchers found that more than 90% of ECPs recommend rubbing contact lens as part of their lens cleaning regimen. However, 40% of them feel that the main barrier to compliance is patients' belief that contact lens cleaning is unimportant. To address this we're supporting the ECP with patient education tools, a public awareness campaign aimed at key contact lens wearing demographic of 18 to 34 year old, and other steps like including a new lens case in every box of COMPLETE Easy Rub.

These measures are designed to help ECPs get their message across to patients about the critical importance of proper lens disinfection and use. We believe firmly that contact lens solution sales our doctor-driven, so aligning ourselves with the doctor is fundamental to our strategy.

As I indicated during the last quarterly conference call, we expect our multipurpose sales to ramp through 2008, and for us to recapture marketshare equivalent to the first quarter 2006 levels by the end of 2008. This assumes that we exit 2008 with a runrate marketshare heading into 2009 of about 16 to 18% of the global MPS market. Given the phased-in restocking of COMPLETE product around the globe and the lagging nature of marketshare data, it will probably be the end of the first quarter of 2008 before we have a good picture on how we're tracking against this target.

Early reports are promising. According to IIR data, which measures the shelf offtake, we held a 4.9% share of the U.S. branded MPS market for the four weeks ended October 7. This is significant considering that distribution continues to build at retail shelves.

Turning to eye care sales performance in the quarter, we recorded net sales of $42 million. Multipurpose sales were $13 million. And MPS sales were reduced by $6.3 million in returns and $32.2 million in estimated lost sales due to the recall. At $16.4 million hydrogen peroxide sales declined 10.3% in the quarter, consistent with recent trends. Moving forward we expect a moderating of the decline of hydrogen peroxide sales given the powerful protection hydrogen peroxide provides against a broad range of microorganisms.

In addition, we have received feedback from our advisory group that hydrogen peroxide is a strong alternative for patients who noncompliant or have compromised corneas. We have just begun our sampling efforts with our Oxysept hydrogen peroxide offering, which provides high levels of efficacy and comfort.

Today we are fully focused on managing our reentry into the global multipurpose market. We also remained on track to launch our first over-the-counter dry eye product in the U.S. early next year. With our unique formulation, we expect to compete aggressively in the $400 plus million dry eye market. Our product is targeted to treat mild to moderate dry eye, whether used alone or in conjunction with pharmaceutical therapy, and to optimize the corneal surface to promote the best refractive outcomes.

Moving to the consolidated financial results, we recorded third quarter GAAP loss

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

10/25/07 FINDISCLOSURE 15:00:00

of $25.9 million, or $0.43 per share, which included charges and adjustments that increased the net loss per share by $0.08. These included pretax acquisition related charges of $5.3 million, unrealized pretax loss on derivative instruments of $2.4 million, and an estimated tax effect related to the items above totaling approximately $3.1 million.

For the quarter we recorded total sales of $273.2 million, an increase of 5.6% compared to the same period last year, as reduced eye care sales were offset by the IntraLase and WaveFront Sciences acquisitions. These factors also contributed to shifts in our sales by geography, which are highlighted on slide 19. Sales in the Americas rose 9% and equaled 47.6% of total consolidated sales. Europe, Africa and Middle East sales rose 9.6% to represent 27.4% of sales. Japan's sales represented 15.1% of sales -- were relatively flat with the year ago quarter. Asia-Pacific remained our smallest region with 10% of sales and declined 9.3%, as laser vision correction advances were not substantial enough to offset recall-related in eye care.

Gross profit was $152.2 million, and included an estimated $45.2 million in lost sales, returns and cost due to the recall. Gross profit in the year ago quarter included $4.5 million in inventory provisions and other manufacturing and distribution charges related to discontinued product. the third quarter gross margin was 55.7% compared to 63.1% in the year ago quarter.

R&D rose 30% to $21 million, or about 7.7% of sales, compared to 6.2% of sales in the year ago period. The increase in absolute dollars was due to primarily to the additions of WaveFront Sciences and IntraLase.

SG&A expenses was $137.9 million, including $5.1 million in transaction related charges. We also estimate that the recall impacted SG&A by $2.3 million on a net basis. Note also that the third quarter 2000 SG&A included $17.4 million in non-cash amortization associated with the acquisition, compared to $9.9 million in the year ago quarter.

We recorded GAAP operating loss of $6.7 million, which included the charges and costs I have just outlined. This compares to operating income of $154.2 million in the year ago quarter, which included a $102.9 million net gain associated with a settlement of legal matters. Consistent with our prior estimates, we expect the multipurpose recall and relaunch to result in about $150 million to $160 million reduction in operating income in 2007. We have incurred approximately $120 million of this today, with the majority of the remaining impact related to lost sales.

Nonoperating expenses were $24.5 million and included $2.4 million in unrealized loss on derivative instruments. This compares to a nonoperating expense of $12 million in the year ago period. The increase reflects primarily higher interest expense associated with the IntraLase acquisition.

Moving down the P&L, we reported a tax benefit in the quarter of $5.3 million. The recall continued to impact lower tax foreign jurisdictions, which resulted in a reduced tax benefit for the quarter. We expect the recall to adversely affect our future tax liability and effective tax rate, and continue to forecast our effective tax rate in the high 30s for 2008, trending down to the low 30s by 2010.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

10/25/07 FINDISCLOSURE 15:00:00

Trade receivables rose from $232 million at year end due to $240 million, reflecting the addition of IntraLase. Days sales outstanding declined to 80 days versus 87 days at year end. And inventories increased from year-end levels of -- to, excuse me, $156 million. Days on hand stood at 117 days, up from 111 days at year end, primarily due to the recall and relaunch. Working capital, excluding cash, was approximately $165 million at the end of the quarter, down from $226 million at the end of 2006. The decline was due to the recall and acquisition accruals.

In the third quarter depreciation and amortization rose to $70.8 million, reflecting the IntraLase transaction. Our capital expenditures were approximately $15 million in the quarter. And we expect 2007 capital spending to be in the range of $50 million to $55 million, moving a range of $55 million to $65 million in 2008. Cash flow from operations was approximately $31.7 million.

Total debt at the end of the quarter was approximately $1.6 billion, reflecting the financing we put in place to complete the IntraLase transaction and the recall impact. Earlier this month we entered into an amendment to our credit agreement, which adjusted the ratio of debt to EBITDA required at certain quarterly determination dates during the term of the agreement. It also provides that certain charges related to the recall be added back to EBITDA for the purpose of calculating compliance with the covenants. As a result, AMO paid an amendment fee to the consenting revolver bank of approximately 25 basis points. As we have previously indicated, we do not expect any significant change in our total debt level until the second half of 2008.

Let me also touch on a purposed rule, APB 14A, accounting for convertible debt instruments that may be settled in cash upon conversion. Current thinking is that this will be effective in 2008. Approximately $850 million of AMO's total debt is convertible securities, and we are working with outside auditors to evaluate the proposed rule. It will be dilutive to AMO's adjusted earnings per share. And once the final rule is published we will provide an update to our guidance. However, this will be a non-cash impact, and will be called out separately, just as we do with other non-cash items, such as deal amortization and stock option expensing.

To reiterate our guidance for 2007, we expect sales in the range of $1.050 billion, and $1.070 billion, and an adjusted loss per share in the range of $0.95 to $1.15. This guidance takes into account the impact of the recall. In 2008 we expect sales to be $1.230 billion to $1.250 billion. And adjusted earnings per share between $1.55 and $1.75. Our 2008 guidance assumes adjusted operating margins at or above 20%.

Remember, our guidance excludes the impacts of transaction related costs and write-off, charges and write-offs associated with the reorganization and recapitalization, as well as unrealized gains and losses on derivative instruments, and other onetime charges. Guidance includes non-cash items, including approximately $70 million of annualized intangible amortization, and approximately $20 million in stock-based compensation.

With that I will pass the call back to Jim.

**JIM MAZZO:** Before opening the call to your questions, let me sum up by saying that we are fully focused on the four strategic priorities that will most influence

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

AMO's success moving forward.

One, strengthening our lead in the global elective refractive procedure market with our dual platform laser vision correction and refractive IOL offering. Two, enhancing our competitive edge in the cataract market to support our refractive leadership and grow share with products like Tears, 1-Piece, and WhiteStar Signature system. Three, restoring the health of our eye care business with the successful relaunch of COMPLETE. And four, capitalizing on the strength of new product pipeline, which includes innovations across all businesses from dry eye to next generation aspheric IOLs.

And now, operator, we will be happy to take some questions.

OPERATOR: (OPERATOR INSTRUCTIONS). Chris Cooley, FTN Midwest Securities.

CHRIS COOLEY, ANALYST, FTN MIDWEST SECURITIES: Nice quarter. Nice to see the leverage in the topline start to accelerate. I have two questions this morning. One, if I look to the P&L the one area that jumps out is the core cataract business. Can you talk a little bit, Jim, about what you can do to reaccelerate growth there on the IOL front, primarily it looks like in the Asian marketplace and also in the States, until you get a dispersive launch?

And then secondly when I look through on the consumer business, and most notably the multipurpose, you've done a great job there in getting back in the hunt quickly. Talk to us a little bit about the next gen products and potential timing there. What, if any kind of changes to the regulatory front we may see or may not see in '08?

JIM MAZZO: Let's look at the cataract business. I think there is a couple of positives and one area that we need to improve. If you look at the intraocular lens strictly from a monofocal standpoint you can see that we rose about -- we rose 7.6%, which is obviously higher than the overall market.

I think the thing here, as you articulated, is we can now expand our strategy. If remember going back about 18 months when we really had to get out of some of our older productlines, lower technological and lower margin, we quickly adopted and upgraded our existing base to for the Tecnis line. So we have basically been able to "positively cannibalize" our older productlines to our Tecnis.

We have been that somewhat of a disadvantage in several marketplaces because the 1-Piece is a large segment, especially here in the United States as I discussed. Now having a 1-Piece but with clear superiority of a 1-Piece. 1-Piece technologies have issues like PCO and edge glare. Now having a 1-Piece that allows us to be extremely competitive will now take us from really upgrading our existing base to moving to gaining share.

Looking also at the other part of the business that is moving quite well is obviously you have seen, since especially where we are out of the spin, our phacoemulsification system clearly articulates the strength there with WhiteStar, and now with the Signature. And we will be continuing to upgrade. I think one of our strengths has been upgrading that machine, and you are going to see even some new additions to that Signature system over the next six to 12 months.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

And then of course that pack business, with that strong high single digits, meaning that our established based is performing. So the existing WhiteStar systems are being utilized. And so now we can even upgrade and gain more share.

I think the disappointment there is still in the viscoelastics productline. And that is really hampering some of the OUS business. Healon was a large products in Japan. And with the reimbursement challenges that we have continued to face out there, with viscoelastics being more a "commodity" business outside the United States, that has put some challenge. And what you're seeing is that we are all having to "bundle" this into our packaging.

The good news about that is we have, outside the United States, we have both the dispersive and cohesive, so it has been able to penetrate and grow our IOL offering. What we lack here in the United States is that dispersive. It is kind of a long answer, but a very strategic answer to your cataract.

If you look at the eye care -- and Randy jump in here -- I think that our goal is obviously to first off build off of COMPLETE. And I think that the one thing that I am really pleased about is the outstanding job of getting back on the market, but I think there has been some misnomers about what is this product. I think you clearly can see with reports out there with the [Andrasko] study and then the evaporation, that this product has unbelievable merits in its disinfection capability. And by having the support of the practitioners on the rub and rinse, we clearly are able to articulate a message. And you have already seen marketshare gains in the United States without any detailing efforts in the doctor's office.

Of course, this category is going to -- continue to be built on new products. The FDA is continuing to look at the standards that it is going to need to bring new contact lens care products. We are obviously staying very close to that. And I think the earliest we would project anything coming out of our pipeline -- would you agree, Randy -- would be about 2009?

RANDY MEIER: Yes, I think that is pretty consistent. Chris, to answer your question today, to reiterate Jim, we're completely focused on relaunching MPS globally. We're still rolling it out in a few countries over in Asia-Pacific, and recapturing marketshare. And in the U.S. we will be quickly shifting over to the launch of our dry eye product in the first quarter of next year.

I think we've got a full plate right now. Longer-term we will be looking at our upgrade strategy. But again I think given where the FDA is in terms of what they're looking at for approvals, it is probably will be not sooner than 2009 timeframe.

OPERATOR: Larry Biegelsen, Wachovia.

LARRY BIEGELSEN, ANALYST, WACHOVIA: First question is on the guidance for 2007. If I look at the midpoint for sales for 4Q -- if I back into the 4Q number it is about $274 million, using the midpoint of your full year guidance, which is about $12 million below consensus and sequentially flat with this quarter, up $1 million. Was there something unusual about this quarter, or what can you say about the fourth quarter, why it would be that way?

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

10/25/07 FINDISCLOSURE 15:00:00

And then just one on R&D spending in the quarter. Is this the runrate we should expect going forward? And your guidance I think last quarter you gave for R&D was about 6.5% for full year R&D spending. Does that still stand?

RANDY MEIER: On the R&D side, again, as we have indicated as we move through the integration of the IntraLase and WaveFront Sciences we will continue to be putting the two teams together. So we will be down in the mid 6% range moving into 2008. That should be consistent. So again we're still in the process of consolidating the R&D operations from some of the acquisitions we did earlier this year. But that is fairly consistent with the guidance that we gave.

In terms of hitting 2007 revenue guidance, we are very comfortable with where we are today. As you know, a couple of our businesses do have some seasonality to them in the fourth quarter, and we have historical you had a stronger fourth quarter revenue platform. So again we're still very comfortable with where we going to end up the year and moving into next year. I think that is about as much as we can say in terms of our revenue.

JIM MAZZO: I don't think there is anything in the businesses that would stop what we have been doing. I think as Randy said, you've got Q4, you tend to have the holiday period of time for cataract procedures. But I will tell you there's nothing to a grand degree that isn't going to continue the performance that we have seen over the last several quarters.

OPERATOR: Joanne Wuensch, BMO Capital Markets.

JOANNE WUENSCH, ANALYST, BMO CAPITAL MARKETS: Can you talk about how you plan on marketing your dry eye product? And what kind of revenue ramp we could be looking for through 2008?

JIM MAZZO: Let me -- again dry eye is a very interesting category, something I'm very familiar with. I think that the power of this productline is that it will be marketed across all three businesses run by the eye care franchised. Meaning that we will have our ophthalmic salesforce sell this productline to be the ophthalmic and optician community across the globe -- I'm sorry, primarily in the U.S., and then later in Europe. And our cataract salesforce, which speaks to corneal specialists, which are the specialists for dry eye, will also market this product. And then of course as you know, the LASIK surgeons, even with the IntraLase technology reducing the overall effect of dry eye, you still get some post LASIK dry eye symptoms.

So all three will market this product. I think that the point about this product though is it has to have clear differentiation from what is available out there. You either have a tear that too viscous and people really can't utilize or have a function after installing the tear, or some of the tears are too thin and they tend to drain out and you have to have repeat usage. Our unique formulation will allow us to really enhance the negatives of both of those and then really supplant some of the products that are on the market today.

In addition, strong synergistic effects with products like Restasis, where they tend to be used in the morning and the evening and you need something in the middle. One other point about this is what we love about this category is this is a

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

very high brand loyal productline. That once the patient stays on it, they stick to it. From a revenue basis we are looking at about --.

RANDY MEIER: We haven't really given too much guidance in terms of where we are in terms of dry eye last year. Obviously the original launch we were -- have given guidance that we expected just to get a placeholder. I think we have suggested, given the size of the market, that getting a couple of percentage points in terms of marketshare in the first year would be our targeted objective.

JIM MAZZO: Right. That is a $400 million to $500 million market.

JOANNE WUENSCH: I apologize if you said this. What are you thinking about laser vision correction procedures this year? And again going into next year, do you think -- how do you think they will track?

JIM MAZZO: Again, if you're talking about the market, which I'm assuming you are, we project this year the market to continue to be flat. I think there was a little slight upturn in Q3. And then our projection for next year, we're still looking and meeting with individual practitioners, as well as the chains. I would assume that the market probably is going to [maintain], just to be up a small amount. We would rather be modest in that expectation, and then any uptake obviously is to our benefit.

But again, let's make sure everybody on the call clearly understands that, as has been evident over the last three quarters, we have far exceeded the marketplace and we will continue to do well because of our penetration into the independents, chains, as well as the strong combination of femtosecond. So it is not just femtosecond laser, it is our excimer procedures.

And then of course outside the United States it is really a combination of procedure growth and custom mix. And with our custom mix going from about 10 to 20%, which still affords us a tremendous amount of opportunity, as well as procedures in the markets we market doing extremely well, growing strong double digits, we're in good shape from that end.

OPERATOR: Marc Goodman, Credit Suisse.

MARC GOODMAN, ANALYST, CREDIT SUISSE: A couple of things. One is on the contact lens solutions are we done with the returns, such that in the fourth quarter we should actually see whatever the sales are going to be?

The second question is can you just talk about the U.S. refractive IOLs and just the dynamic there, and what is happening, and also on the international side?

Third, you mentioned the LASIK monovision. Can you talk about how the trials are going for the presbyopia LASIK, the real exciting opportunity?

RANDY MEIER: This is Randy. With regard to your first question on the contact lens solutions, we believe that we have addressed the returns issue this quarter. So I wouldn't anticipate there to be really any impact related to returns on a going forward basis.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

10/25/07 FINDISCLOSURE 15:00:00

I guess to your question, do you think you've got a good picture of where revenue is for MPS, I think that will be a good picture. I would caution everyone to say, as excited and I think as positive as it has been to get back in the market quickly, the positive nature of the offtake we are seeing at some of the retailers and the reordering, I just want to reiterate we think it will be well into the first quarter where we get some real solid data relating to marketshare and where we are. Although we are very positive about the results, we expect in the fourth quarter -- I just want to make sure that we will still be building share for some time to come.

**JIM MAZZO:** Let me take number two and three questions. The second question is on the refractive IOL market. And you clearly articulated the right way to look at it. There is a U.S. and OUS, and I will start with the U.S. first.

We believe our overall share on a global basis is still about in the 20% range. We have grown faster right now in the OUS than we are in the U.S. I think what has happened in the U.S. is that the surgeon adoption is slowing a bit, and you have seen some mix shift with with Ionics gaining some share in the overall refractive IOL market, which has had some impact quite candidly on our mix and match availability.

The other thing that we have seen interesting is that individual private practitioners where we have gained some of our strength in laser vision correction business, have actually turned some of their practice back into a LASIK practice, and hasn't turned it over to an individual refractive IOL practice as much as we thought.

Now the good news for us is, as we said earlier, our goal is to grow refractive procedures. So they want to do a LASIK instead of a refractive IOL, that is fine with us, as long as it is our procedure. I think you have seen individual doctors. And if you looked at MarketScope you saw that actually individual practitioners' share of the LASIK market increase over the last couple quarters.

Now the other positive point though when I think about the U.S. market is that new technologies and new adaptations to existing productlines will help. That is why I am glad the competition is actually continuing to invest, because the positive about that is it is encouraging doctors to get -- to try the refractive IOL offering.

Now outside the United States we have grown extremely well. I think that speaks to the positiveness of Tecnis Multifocal. As I have always said, it still is the best (inaudible). It provides the best visual outcomes. It minimizes some of the negatives that you hear about multifocal eye wells. And of course then we don't have to give away half of our offering because our offering of ReZoom and Tecnis Multifocal. So that is why we are doing everything possible in R&D to bring Tecnis Multifocal to the United States.

If you want -- and then if you look at the presbyopic hyperoptic opportunity with our LASIK, I think the point is what we're doing is we're working with practitioners in Europe because it is not a question of when, it is more of a question of what. Meaning the bigger the opportunity to improve the refractive here for the -- primarily what I see is the hyperoptic, presbyopic, the bigger the marketplace. So we're quite comfortable that we are going to have correction, and

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

positive correction.

The question is what is the degree? If we get 1.5 to 2 that opens up a marketplace. If you get 2 to 2.5 it opens up a bigger marketplace. And obviously 3 plus is a bigger marketplace. That is what we are testing right now in the trials in Europe with some of our key practitioners. And then looking forward to bringing that into the United States.

MARC GOODMAN: Is this the type of thing where 12 months from now you think you'll have a real good idea how good a product it is going to be?

JIM MAZZO: The answer is we will definitely have a better understanding. Again, I think as you said, it is the opportunity. It is not if, it is just the size. So I think by the end of next year we will have had about a year -- a little over a year under our belt. And the answer is we will have much more data to be able to predict the size of this opportunity.

The nice thing about this market is when it does come to the U.S. market, assuming on the positive that it has a real diopter change, even at somewhat of a minimal diopter change, a little less than 2 or 2, this is another added incentive for doctors to advertise. The term presbyopia. That is I talked about this monovision. When you can advertise presbyopia -- and if you go back to the history of LASIK, anytime there's a new indication doctors advertise and you get a bump up in people coming into the office. I think the perfect market is we get the presbyopia claim and it has a large diopter change.

If it is somewhat in the middle, it is still gives us a presbyopic claim. I think we're the only ones I know about that are this far advanced in trials and has the capabilities to be able to address that market.

OPERATOR: [Jared Holt], Bear Stearns.

JARED HOLT, ANALYST, BEAR STEARNS: Jim, I am just a little bit confused on your comments on the U.S. refractive IOL market. Just given the fact that we have seen pretty good results now out of Alcon and Ionics in terms of sequential growth, and deceleration in your business, can you just talk about is going on at AMO specifically? Maybe the upcoming meeting will give you a good opportunity to make more of an impact there.

And then just on the LASIK business, you reached an agreement with Zeiss in terms of their licensing fees for their procedure on your femtosecond. Any plans to go after any of these other companies, because there are a couple of other players in this market?

JIM MAZZO: Let's talk about -- again, I haven't had a chance to see, but I think what we have probably seen from our competitors is that crystallin, as I said, has been a very good job. And I think it speaks to the point that practitioners have been willing to accept a little less in range of vision in exchange for the less halo and glare in the United States. Outside the United States that is nonexistent, because it is just a difference in the marketplaces.

I think that that is what has helped that. And as that surgeon that we were hoping

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

that was going to adopt now, like the surgeon that had adopted it earlier. We got a strong penetration and continue to grow with the surgeon that adopted it early.

Now I think what our other competitor has probably been able to do is enhance some of the share they have lost because of some additions that they had to the productline. I think that is trial basis, and we will need to see if it is sustainable. but I think the key here is that Tecnis Multifocal provides.

It is clear that we have that capability and that is why you're seeing the outside the United States. I think practitioners are trialing new products, and that is always good because it keeps them involved in the marketplace. So for us, we are still penetrating -- we are still growing with the guys that we wanted, we are does not growing with the guys that are a little slower to adopt to some of this technology.

Now with regards to the the Zeiss, yes, we licensed that again. We own the real estate. And again we will continue to own real estate, and that is the key, number one. But if anybody makes a decision to take another femtosecond laser from Zeiss, we will take advantage of that opportunity from a royalty standpoint. I don't comment on what we're doing with other competitors. But again, the key point here is that is not a strategy, that is just a nice little nice to have. The key here is we have been able to buy real estate. You have a clear superiority with the IntraLase femtosecond laser. So that is where we're focusing all of our efforts.

JARED HOLT: Just one question for Randy. It looks like most of the debt doesn't come due or payable until 10, 15 years from now. Any chancy you push back back the debt paydown a little bit to just reinvest in the rest of the business? Thanks a lot. I really appreciate it.

RANDY MEIER: I think given our capital structure right now we do have bank borrowings -- both still have a little under the revolver, and we still have the term loan. So there is an amortization schedule accompanied with both. But on the balance of the debt, certainly maturities are well out into the future with a lot of the convertible debt. But as we have indicated in the past, we think deleveraging and certainly addressing, not only the revolver, but clearly the term loan, is something we would be doing in the near-term just to get our total debt to capitalization down to a level that we're more comfortable with.

Again, we feel very comfortable going into next year that cash flow and the availability of free cash flow should go up significantly and allow us to start fairly significantly deleveraging in the second half of next year.

OPERATOR: Lawrence Keusch, Goldman Sachs.

LAWRENCE KEUSCH, ANALYST, GOLDMAN SACHS: Jim, I was hoping you might talk a little bit about the laser vision correction business which obviously continues to be a very strong business for you. If you look to next year, and assuming that the U.S. economy is weaker than it is currently, I suppose that you're going to continue to focus on the OUS for growth. And I just was thinking about what sort of resources will you continue to push outside of the U.S. to build that business?

JIM MAZZO: I am still quite pleased about the U.S. and we're continuing to make

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

10/25/07 FINDISCLOSURE 15:00:00

tremendous inroads in the U.S., and clearly been able to demonstrate growing marketshare in a relatively flat market. Let me address the U.S. and let me address the economy, and then we will talk about OUS, which again I'm very pleased about.

I think as you said it correctly, this is three quarters in a row now where we have clearly outpaced what most people expected in our laser vision correction franchise, and that is tied to the technology. Even last quarter people had concerns about the economy.

In discussions with individual practitioners, as well as discussions with chains, people will pay for a procedure, like LASIK, because of the opportunities. The key will be what doctors and chains will do in their marketing budgets. What I have seen, and what you will see further, is that I know many of the chains have doubled their marketing spends, which increased awareness and decreases fear. And then at the same time, you have seen a greater share also with the individual practitioners because they are focusing their efforts on making sure that they market directly to that consumer. That is why I think we're being probably a little conservative on believing that the market will be fairly flat.

Again, also positive for us in the U.S., if the market stays flat next year, is the move to custom. Again, as we move to custom we get a higher per procedure fee. It is better outcomes. And we get both the IntraLase and femtosecond -- the IntraLase as well as the custom procedures. And we're going to do, as I talked to you about -- or you will see at the Academy, some direct-to-customer marketing through the practitioners that will enhance our ability to penetrate the U.S.

I want to make sure I don't throw the U.S. under the bus, because even in times of this year when people have thought the economy was going to be an issue, we have far outpaced the market. So stay conservative with the market being flat, anything uptake is a positive to us, and we will continue to grow.

Outside the United States from a resource standpoint, we have employed the resources. That was what I think was the positiveness of the integration of our IntraLase. There is not going to be needed resources beyond the typical ones you grow as you grow with the market.

But the key there is custom conversion. Because as I said, it was about 10% when we started our initiative, now it is about 20%, and that is a real positive. Of course IntraLase femtosecond laser procedure growth. So I don't need more resources, we just need to convert the machines out there to custom capable. There's a lot of machines out there, as I mentioned, and what our primary efforts were in the international was to convince people that custom was the way to go, and that is what we have done.

Then of course you have strong emphasis like Optical Express, which just continues to steamroll through the OUS market, and we are obviously the number one for both excimer and [femfil]. It is not an issue of resources, it is an issue of ensuring that people upgrade to custom.

LAWRENCE KEUSCH: That's helpful. Just a couple of other very quick ones. Again, I understand the presbyopia indication, the custom monovision will be helpful on -- again continuing to push custom mix. But in just the standard myopia is it

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

beginning to flaten out a little bit? It didn't look like it was up too much this quarter versus last. That is question one.

And then question two, just thinking longer-term strategically, clearly you guys are doing a good job of getting the MPS back onto the market. But ultimately that is really not a growth business at the end of the day. And it does ultimately, once you get back to whatever your share will be, you will then start start to mask some of the growth in your other businesses that are growing faster. I just wanted to again probe you on how strategic an asset is this to you over the long-term, not in the near-term, but over the long-term?

And then lastly for Randy, I just wonder if you had an after-tax EPS impact of the derivatives losses there, just so we can think about that?

**JIM MAZZO:** Let me address -- I think what you are trying to say is that the custom mix, which was I think around 64%, (multiple speakers).

**LAWRENCE KEUSCH:** Right, it was up (multiple speakers).

**JIM MAZZO:** The mix is slowing down. I think you have to be careful here, because candidly it is not slowing down. What is happening is the mix of our business, meaning we -- chains still do standard, like one of leading chains, LCA. So our mix within that business is actually increased. So it is not that custom is slowing down, it is just the mix within the quarter of several of the chains that we still do some standard business with. You understand that point I am making?

**LAWRENCE KEUSCH:** Yes, I do. That's really helpful.

**JIM MAZZO:** That is not slowing down at all. If you took out a chain like that, our custom mix is much higher. If you look at -- to answer your question about the contact lens care, again, the most unfortunate thing about the recall is it just masked overall the eye care strategy.

Again, look at the influencer. The influence or in our overall refractive choice continues to the the M.D. associated with a strong optometric drive. The optometrist plays a very important role in helping drive, not only obviously lenses and lens care, but they can help drive LASIK and interocular lenses. I think to an earlier point -- I can't remember who asked me the question -- the OD plays a very important role.

But equally important is the patient in this marketplace. As I have said in the past, the patient who wears contact lens is more apt to have LASIK than a patient who doesn't wear contact lenses. So if we can get those patients and understand this patients, and get their information we can help drive the LASIK femtosecond -- the custom and femtosecond LASIK opportunity. In addition, as I mentioned, dry eye -- the optometrist sees about four times the amount of patients in a typical day than an ophthmalogist, and a patient does have dry eye. So that helps as well.

Then just strictly looking at it from a financial perspective, the eye care business has a strong financial underpinning in this organization. For the amount of money you have to invest in this business, and the return is fairly low. And so I love that business from that standpoint because it helps.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

You then look at outside the United States where the market is growing, and our position is much higher because of the -- where we were coming out of the spin -- that continues to do extremely well. So I think it is a compliment of all those today and in the future. And I think we probably wouldn't be asked this question if we didn't have the recall, so let's get the recall behind us. Let's put the product back out there. And I think when you see the returns from that we will all be pleased.

LAWRENCE KEUSCH: That makes sense.

RANDY MEIER: Just from a tax perspective on a derivative, given where we are with our consolidated tax perspective, you really can't come up with a tax impact based on what our expected or current tax rate is. But given that it is a U.S. law, the impact would be on the segment of the U.S., a 35% tax rate, but that doesn't mean anything in terms of our overall consolidated tax rate.

As I am sure you know, you do consolidating income statements with regard to taxes and you, with just an overall rate that is projected for the year. But to answer your question, it is a 35% tax rate in the U.S.

OPERATOR: Peter Bye, Jefferies & Co.

PETER BYE, ANALYST, JEFFERIES & CO.: Just a follow-up question on the vision care. I might have missed it. But I would say through the end of the quarter sort of what percentage have you relaunched into your customer base, either in the U.S. and/or globally?

RANDY MEIER: As we indicated in our remarks, we have relaunched to about 95% of our pre-recall customer base here in the United States. Outside the United States, given the number of markets we are in, Europe right now we're probably about 90% to a little higher than that. Asia-Pacific, as we indicated, we're still getting back in a couple of markets, but by the end of the year we will be at 100% level. In Japan we are at 100% level.

PETER BYE: That was true at the end of the quarter?

RANDY MEIER: The end of the quarter we were probably in the U.S. a little below the 95. I think end of the quarter we were probably closer to about 85%. Because as you know, there was a couple of customers that we have that we didn't start shipping to until the first week of October.

PETER BYE: Just on the other parts of your vision care business, ex MPS COMPLETE, just over the years we have have had trouble modeling it. They have bounced around a tremendous amount. A lot of times up a tremendous amount, other quarters down a tremendous amount. Can you just help us looking forward, or what happened in this quarter on that front vis-a-vis Q2, both in hydrogen peroxide and the others?

RANDY MEIER: I assume you're just saying excluding the entire MPS market, you just want to know what the -- where we are with peroxide and then our other revenue?

PETER BYE: Yes, why it bounces around as much as it does, I guess. Or is there

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

anything different in Q3 what happened in Q2 or --?

RANDY MEIER: I think with peroxide that has been fairly consistent over the period. I think from Q2 to Q3, I think you did have a bit of the impact of the recall affecting all of our other businesses, just in terms of shipping to customers. Some of our customers during that period just was ordering less. And when they order less that affects the entire portfolio. So there has been some volatility with that.

But as you know over the last five or six quarters going back to last year we rationalized a variety of products, a lot of which was in the other category. We have continued to expand our Blink portfolio and Rewetter. So we have seen some significant rise. And as that has entered new markets you have seen some -- obviously some volatility in that segment.

Then clearly with some of the mutualization tablets, that is a bit of a choppy market in the way the ordering patterns are in the other. From a peroxide perspective, I guess near-term it has just been some of the fallout from the recall. But that is relatively speaking been pretty consistent in terms of decline. And again we think that will slow in the coming quarters in terms of the year-over-year decline.

Then the other businesses with the addition of our Tears next year, you should get a lot more stability between just our Tears business next year and our Rewetter business again as the other products become a smaller and smaller portion of the portfolio.

PETER BYE: I guess with the accounting change coming up on the convert, assuming obviously it is going to be looking a lot more just sort of cash earnings on that front. Is there any particular reasoning why cash earnings and free cash flow aren't going to be similar minus the CapEx?

RANDY MEIER: I think as you move into 2008 you're going to see a lot more similarity between the two. In the future as we move forward you'll see a lot more consistency between those two numbers.

PETER BYE: Just one follow-up. We just noticed in the [Bows] failing about the spike in legal expenses related to their recall. Is there anything, -- a comment you would care to make or can make regarding the outlook for legal expenses in '08, 09 and beyond related to your recall?

RANDY MEIER: We're fairly comfortable. We haven't seen the number of people filing suit, I guess, so we think it is still extremely manageable. And we're very comfortable with the level of liability insurance we have around this. We don't think that there is going to be a significant cost associated with this on a going forward basis. But again we will keep people updated on a quarterly basis, but today we're fairly comfortable with what the outlook is for that.

OPERATOR: Mark Mullikin, Piper Jaffray.

MARK MULLIKIN, ANALYST, PIPER JAFFRAY: How confident are you in getting FDA `pproval [for the dry eye] product in time for an early '08 launch?

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

JIM MAZZO: You kind of broke out there, but I am going -- did you ask me how confident are we on getting approval for a dry eye product?

MARK MULLIKIN: Yes, that's correct.

JIM MAZZO: Done deal. It is already -- again, remember the reason that it is late is not because we don't have approval. We postponed it because of the manufacturing. We're ready to go and launch at the beginning of next year. It is more from a manufacturing standpoint, not from an approval standpoint.

RANDY MEIER: We postponed it because of the recall.

JIM MAZZO: I'm sorry, recall.

RANDY MEIER: (multiple speakers) we already have MDC numbers (technical difficulty) with MDC numbers, so we're ready to go in the spring or, excuse me, in the first quarter.

MARK MULLIKIN: And then it looks like your laser vision correction business in Japan is ramping pretty quickly. First of all, is that correct? And if so, is that due to the IntraLase acquisition or is something else going on?

JIM MAZZO: The answer is yes, it is correct, and it is a combination of both. It is very similar to what has happened. And you are right on in that the IntraLase actually has helped our excimer business. IntraLase has done that -- has been well accepted into that. And we have been able to also place more excimer units. It has been a win-win for both of us. So you are right, Japan is doing extremely well. It will continue to do extremely well. And what I like about Japan, it is a very fast-moving market and very high prices, and we've got the established base.

OPERATOR: Steve Willoughby, Cleveland Research.

STEVE WILLOUGHBY, ANALYST, CLEVELAND RESEARCH: A quick question on the multifocal IOLs given your earlier comments. Just wondering what you thought of your previous guidance of $60 million in revenue this year, and then for the product going into 2008 relative to your revenue guidance?

JIM MAZZO: Obviously we believe that it will be lower. It is probably going to be somewhere in the mid-50s range. But again we're not changing guidance, because again unlike other things in the past, we have been able to manage the situation with strong performance in other areas, especially outside the United States with refractive IOLs.

We haven't given any -- and candidly the way to look at it for us is procedures. Because as I said earlier, what we have noticed is some of our independent practitioners have shifted away and done more LASIK with us than refractive IOL practices. So for us to look at it, we look at total procedures.

Again, if I can get a person on a custom IntraLase, I win. If I can get them on a ReZoom in the United States, we win. If we can get them on a Tecnis Multifocal. Now

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

I will tell you outside the United States though we continue to see very strong growth as evidenced by our numbers.

STEVE WILLOUGHBY: That make sense. Just my other question was on the Healon D approval. You said sometime in 2008. Any idea if that is early, late?

JIM MAZZO: Mid to later part of '08.

OPERATOR: Louise Chen, Morgan Stanley.

LOUISE CHEN, ANALYST, MORGAN STANLEY: Two questions. First with respect to LCA-Vision, I knew you were in potential discussions with them about the femtosecond laser. Can you give an update on that?

And then secondly, just on the MPS solution, sort of a next generation solution, what kind of discussions have you had with the FDA? And how are they thinking about changing their guidelines for MPS solutions going forward?

JIM MAZZO: Let me talk about the LCA. As you know over the past six months LCA has been conducting clinical testing in I think somewhere between 8 and 12 of their outlets, determining the IntraLase technology. It is our understanding that it is nearly complete. And we believe based on the compelling benefits of the technology, we're quite comfortable in a favorable result. But we will leave that up to the LCA team to advise you as we go forward.

If you look at the -- from an FDA standpoint on lens care, obviously I think all of us in the industry are working. We are obviously spending time with the FDA as we go through our different productlines, as well as our eye care productlines. I can't -- couldn't begin to tell you -- I don't think anybody could begin to tell you what their new guidelines, or if there are going to be any guidelines.

Again if you look at it, if the main issue is acanthamoeba, no one bottle today does kill acanthamoeba. And we doubt very much one does. Of course, if you rub and rinse you have a greater chance of reducing the implications of acanthamoeba. So I think it depends on what the standard of [buzz] that they want to have on the indication, and from there then what are the standards going to be required for a one bottle?

I don't think there is going to be any change to peroxide. But on the one bottle systems, I think it is going to be primarily what organisms are they going to look for to have completely disinfected from that end.

Operator, we have time for one more question.

OPERATOR: Andrew Swanson, Citi.

ANDREW SWANSON, ANALYST, CITI: If we look back maybe a year and a half, you had a 25% plus operating margin target out there. And obviously the business has gone through some evolutions in the intervening time. But is that still a long-term target that makes sense for your business as it stands today? And any evidence that you can give us that you're making significant progress toward that target? I know you talked about a 20% target for next year, but is the cost base at a point where

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

this could ultimately be a 25% plus operating margin business?

JIM MAZZO: I think we have talked about that. And that is obviously always a goal that we can continue. If you take away some of the -- if you take away the recall, you could see what we have been able to do in the other businesses. We have now four consecutive quarters of tremendous growth in that area. Put the eye care business back into there, and based on the operating margins that that can provide, obviously our goals are to get into 20% plus range. So very realistic as we move forward.

I think that the productline we have, with the mix of the type of productline. If you go back 18 months ago to your point, think about the mix of the businesses we had. We had an older technological IOL line. We had no femtosecond laser. Our penetration for LASIK was primarily U.S., not OUS, no custom. And we didn't have some of the innovative intraocular lens that we go forward with.

So putting the eye care recall to the line, those are in place now. And then as Randy said, we will relaunch it and we will -- and the answer is we will get right to those operating margins. So the answer is, yes, long term.

All right, operator, I want to thank everyone. Again, as Sheree talked about, we have a meeting at the Academy. Hopefully you can attend. You will a lot of some of the new technologies that we have talked about today, and always a good audience around the sectors that we compete with. I look forward, and I thank you very much for your time today.

OPERATOR: This concludes today's AMO third quarter 2007 earnings conference call. You may now disconnect.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2007 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2007 Voxant, Inc. (www.voxant.com) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or Voxant's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and Voxant so long as they provide conspicuous attribution to Thomson Financial and Voxant as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- INDEX REFERENCES ----

COMPANY: MCCAR DEVELOPMENT CORP; MASTER DATA CENTER INC; BEAR STEARNS COMPANIES INC; FINANCIAL AND PROFESSIONAL RISK SOLUTIONS INSURANCE AGENCY INC; SOCI00C9,ET00C9,E FINANCIAL SA; ADVANCED MEDICAL OPTICS INC; MORGAN STANLEY; PMA LITERARY AND FILM MANAGEMENT INC; GOLDMAN SACHS AND CO; COMPLETE; WAL MART STORES INC; INTERNATIONAL OCTANE LTD; BARRA INC; FINANCIAL AND INVESTMENT MANAGEMENT GROUP LTD; ACADEMY; INDEPENDENT ONLINE; FINANCIAL AND INVESTMENT MANAGEMENT GROUP LTD/MI; BEAR STEARNS AND CO; FINANCIAL AND PROFESSIONAL RISK SOLUTIONS INC; BEAR STEARNS AND CO INC; EPS BIO TECHNOLOGY CORP; SITE (NETHERLANDS); MEDICAL AND TECHNICAL RESEARCH ASSOCIATES INC; MORGAN STANLEY AND CO INC; WAL MART; GOLDMAN SACHS; MATERIALS DEVELOPMENT CORP; GOLDMAN SACHS GROUP INC (THE); MEDICAL AND BIOLOGICAL LABORATORIES CO LTD; VISX

INDUSTRY:  (Science & Engineering (1SC33); Electronics (1EL16); Lasers (1LA80))

Language:  EN

OTHER INDEXING:  (ACADEMY; ADVANCED MEDICAL OPTICS INC; ALBERTSONS KMART; AMERICAN ACADEMY; AMO; AMO LASIK; ANDRASKO; ANDRASKO CORNEAL STAINING GRID; APB; BEAR STEARNS; BLINK; COMPLETE; COMPLETE EASY RUB; CONTACT LENS COUNCIL; EBITDA; ECP; EPS; FDA; FINANCIAL; FTN; GARY PLAYER PRACTICE; GOLDMAN SACHS; IIR; INTRALASE; INTRALASE AND WAVEFRONT SCIENCES; IOL; KROGER SAFEWAY; LASIK; LCA; LCA VISION; MARKETSCOPE; MARKETSCOPE ANNUAL REFRACTIVE SURVEY; MDC; MEDICAL; MORGAN STANLEY; MPS; MPS COMPLETE; NASA; OD; OPERATOR; OPERATOR: MARK; OPERATOR: STEVE WILLOUGHBY; OUS; PCO; PETER BYE JEFFERIES CO; PMA; SITE; SKU; TECNIS MULTIFOCAL; TECNIS MULTIFOCAL ACRYLIC INTRAOCULAR; TECNIS MULTIFOCAL IOL; TRANSCRIPTION; TRANSCRIPTS; US OPERATOR; USERS; VISX; VOXANT; WAL MART; WAVEFRONT; WAVEFRONT SCIENCES)  (Andrew Swanson; CHRIS; Chris Cooley; Credit Suisse; Fusion Fluidics; IOLs; Jim; Jim Mazzo; LARRY; Larry Biegelsen; Michael; Michael Lambert; Optical Express; Piper Jaffray; Randy; Randy Meier; ReZoom; Risk Factors; Russ; Russ Trenary; SEC FILINGS; Sheree; Sheree Aronson; Tecnis; Tecnis IOLs)

Word Count: 14986
10/25/07 FINDISCLOSURE 15:00:00
END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

10/25/07 FINDISCLOSURE 15:00:00

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.