**EXHIBIT P**

Westlaw.                                                                NewsRoom
11/14/07 FINDISCLOSURE 18:30:00
                                                                        Page 1

11/14/07 Fin. Disclosure Wire 18:30:00

FD Wire
Copyright 2007 CCBN, Inc. and FDCH e-Media, Inc.

November 14, 2007

<u>Advanced    Medical    Optics</u>, Inc. at Credit Suisse Healthcare Conference - Final

UNIDENTIFIED PARTICIPANT: So we're going to get going. The next presentation is **Advanced Medical Optics**. We have **Jim Mazzo**, who's the CEO of the Company, and then we'll do some Q and A in here, and then there is a breakout session right afterwards. Jim, thank you.

**JIM MAZZO**, CEO, **ADVANCED MEDICAL OPTICS**: Thanks, Mark. And so I'll do a quick overview and I'm assuming here this is -- the green is forward back there, right? Thanks.

UNIDENTIFIED PARTICIPANT: All that lovely stuff.

**JIM MAZZO**: For several of you that have had a chance to talk to me, you know that this is one of my favorite charts because it talks about the reason for being. Our whole focus is to really cover ophthalmic medical devices across this audience. These audiences are extremely popular and strong, primarily because of their demographics, which we'll talk about, but also the requirements for their visual needs are becoming more and more challenging as they get older.

And talking about those needs, if you look at the population, we know that it's getting older, so there are requirements for cataract surgery, but these people, as they get older, definitely want to be able to continue to participate. So they're looking at refractive surgery even more than they have in the past. That one bottom survey talked about that the ability to see was primarily their number one reason of where they're going to invest their money. They need to make sure that they can continue to have the best outcomes as they go forward.

We look at markets where we can -- where technology will be paid for. This whole refractive marketplace, and when I say refractive, I don't just mean Lasik. You might quickly think about Lasik. I'll talk about a refractive eye well; I'll even talk about a cataract eye well as a refractive procedure. The patients and the governments are starting to realize that they will be able to charge a premium price because the patients are willing to pay for it, as I've talked about with the aging population.

But there's a different now mix shift that we're paying attention to. You've got

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

the aging population for the cataract, but you then have the baby boomers, but now, a big influence is what we call these Gen Y, the baby boomers' children, very heavily influenced in a different medium to get to, a medium that's popular and been able to attract, not only through the doctor, but directly the other ways, and I'll talk a little more about that as we go forward.

And so our point of difference is, again, put technologies to put people back into the marketplaces. A case in point, we were able to put a technology called an aspirate cataract eye well, where the government actually increased the reimbursement for a doctor. In these days, where governments are looking to decrease, if you can show that technologies are clearly superior, we are able to get the reimbursement, and the patients are also willing to pay out of their pockets.

So what we've done, and I'll show some living examples, is by leveraging all of these products, we're able to now walk into a doctor and clearly be able to articulate this message. So if a doctor is a real positive supporter of a Healon Viscoelastic, we're able to leverage that for our WhiteStar signature phacoemulsification. If he or she is very popular with regards to our custom view from our laser franchise, we're able to leverage our IntraLase further and further. So the point now is, we're able to leverage these products across the globe and no one really has these type of technologies from a refractive standpoint versus our competitors.

So if you look at the U.S. market along, these refractive technologies, and we're not just cherry-picking here when say 50%. These are categories we currently don't play in. We don't have an accommodating (inaudible) well; we don't play in CK; we don't have a mechanical microkeratome. Drawing all those in, today we control over about 50% of all the refractive procedures, and you can see our nearest competitor, which we call Alcon Wave right now, because you know Alcon is in the midst of acquiring Wave Light, isn't even close to where we are.

So by our having that strong presence in that business is extremely important. Now, this is technology, but this is also helping practitioners increase their revenue base. So let's be very candid and direct. If you can have technologies that meet the patient's need, but you can increase their overall pocketbook, they're going to gravitate to you. So this is where we're putting our focus and this is our reason for being.

So by taking our eye care business, by taking our laser vision correction business and our cataract franchise, even though we have the disciplines broken out separately in the field, we do leverage this with large accounts, with chains, but individual practitioners as well. So we have multiple eyes in the office helping to leverage this business as we go forward.

If you look at what we've been able to do, we've been able to supplement both from an organic standpoint, and you're going to see more organic growth coming out. When we came out of the spin, quite candidly, didn't have the greatest of pipelines, so we had to supplement that with several acquisitions. You can see what we've been able to do from a compound growth rate, and again, there are two points at the bottom. You can see at the last end, the pro forma includes, if we had IntraLase on full-year basis. We purchased them and for three-quarters of the year, so on a pro-forma basis, you can even see we've been able to extrapolate revenue.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

If you look at our laser vision correction business, and I know there's a lot of questions about the marketplace. I'm going to talk about that marketplace in a slide or two, and I'm sure Mark has several questions and we'll address those here in the breakout session. But if you just look at the overall ability to handle the laser vision correction business, we have multiple oars in the water, multiple opportunities to cover whatever.

There's been some discussion that the Lasik market next year in the United States is going to be down 10 to 20%. Candidly, I just don't buy that; there's no reason to buy that. But let's just say that I'm wrong. We have multiple oars. Our custom penetration has been increasing. We're now up to mid-60s and we get a $245 reimbursement for that. We are the number one in the major chains and I'll show you a slide that shows that chains are the fastest growing overall in the marketplace. We own three of the top four chains.

Femto penetration has grown from high 20s to high 30s, still fairly low penetration, but we have the only Femto second laser on a global basis. Our OUS business has grown multiple percentages and we'll show you that, and our custom penetration -- our penetration of custom in the chains is growing, but also in the independent practitioners, but also our penetration of the real estate. We've placed more (inaudible) lasers this year than we have in the history of VISX. This is supposedly in a diluted marketplace.

And let me give you one other point of reference. If you believe that the third quarter, and the data hasn't come out yet, that the market maybe was flat. Let's just say that the Lasik market was flat. To illustrate my point, we grew on a trailing 12-months procedures on Excimer in the United States 8.6%. Now, that's a trailing 12-month number. So for us to do 8.6, and previous to that, we were at about 3.5, we would have in excess of 10-plus percentage Excimer growth in the United States -- in the U.S. and being the number one.

So my point is, I dispute that the market will be down, but if you do believe -- you think the market will be down, you clearly see that the amount of oars we have in the water can handle any kind of market condition.

Our key strategies for our laser vision correction is to deftly take both the Femto Second laser and Excimer franchise and leverage those in practitioners' offices. If you have one, we push the other one; if you have neither, we obviously go in with a strategy. We want to grow our custom business because custom, again, not only gives us a higher revenue base, but also is the better procedure for better patient outcomes. And then, of course, by penetrating the refractive IOS on a global basis, it give us another medium. So go back to that 50% market share. We are clearly the leader and we will continue to grow our overall share because of our multiple franchises.

If you look at the U.S. market share trends, you can see what we've been able to do with a very strong presence in the United States of about 62% and now look at Femto. Femto, where it was, really, one of the smaller disciplines just a few short years ago, has now exceeded the number one mechanical microkeratome, but at that same time, it's still fairly low in penetration. And with the recent announcement f LTA, as you know, taking that on and our penetration in the chains, that's just going to further accelerate, and of course, we're the only Femto to (inaudible) be

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

on the marketplace.

At the surgeons' end, if you had your preference, the real one up there is, I want a custom and I want a Femto. I want the all-laser Lasik. We're the only company that can survive that. So what that means now is, how do we leverage that further with the practitioner and the consumer? Well, if you were at the American Academy of Ophthalmology, where Mark and I and Sherry just came back from, which is one of the largest ophthalmic meetings, we just launched this new branding called the Eye Lasik brand, where if a practitioner has our Femto and a practitioner has our Custom Vue, we will be providing marketing tools directly for this. This is proven out through some very extensive market research, that with these Gen Y, this eye Lasik resonates completely with them.

So if we can continue to boost and grow procedures, obviously, it behooves us with our high market share. So our whole presence, and our reason for being, is to grow both the U.S. and OUS marketplace.

If you look at what's happening, the corporate center has continued to grow, and as I said, if you look at the top three -- top four, I should say, chains, quote, unquote, "We own." If you look at TLC, we have both their Excimer and Femto; if you look at LCA, we're the second in Excimer, but growing our custom, and we just broke them for Femto; if you look at LVI, we broke them a year ago with our Excimer and now, our potentially growing their Femto. And if you look at the military, which is the fourth, we have the Complete, both Excimer and Femto. And if you talk about economy, it really doesn't affect the military, so the fourth-largest growing opportunity isn't affected by the economy, and we clearly take care of their needs.

This, I think, is a very interesting chart and it talks about leverage. When we bought IntraLase, we had about a 20% overlap and in less than a year, we now have 35% overlap. Why is that important? Because I can basically penetrate one or the other. If I have an Excimer, I'm able to penetrate the Femto; if I have a Femto, I'm able to penetrate the Excimer. So the leveraging of the two, the bundling of the opportunity, really is allowing us to grow those procedures far exceeding what the market is doing.

And then the -- outside the United States. I know a lot of people constantly said we couldn't do it. Well, I think this chart clearly illustrates it, and what I love about this chart is the last one. Q3 outside the United States basically is the smallest quarter for Excimer procedures. Why? Because Europe takes the holidays most of the month, last part of July, most of August; the same for parts of Japan and Asia-Pac. That was our greatest growth. So what this is saying is all that real estate that we've been building with our Excimer and all that real estate we've been building with our Femto is clear, and this procedure is clearly showing why we're growing -- another oar in the water, if you have some concerns about the U.S. Lasik market.

If you look at our eye care business, you can see it's pretty well broken up into the three segments, but let's talk about what we're doing. Obviously, we had the recall and so we announced the recall in May. We were able to quickly get back on the shelf. I've had some questions about how quickly we were able to do it. We did it very quickly and we'll show you some data points to get it back. That's important because you want to maintain the share at the retail office.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

But let's not kid ourselves. This business is driven by the doctor. 75% of the time in the United States, the patient buys what the doctor told them, regardless of price or distribution from that end. The other important point is we're going to launching our first Dry Eye in the first quarter of next year, a $4 to $500 million market where we do not participate today, very brand loyal and a very high-margin business.

We are now in 95% of all the U.S. retailer markets and in fact, the Wal-Marts and the Targets, who were the first to jump on this new product, have already reordered, so that again shows up the pent-up demand. So we're back on the shelf in over 95% of the retail markets and across the globe, other than Singapore and parts of China, which we're shipping right now as we speak, we are across the globe in all of our businesses.

Some people ask, okay, Rub and Rinse, why did you decide to come up with that versus your competition? Don't talk about Rub and Rinse. Well, quite candidly, we did extensive market research after the recall and went to the practitioners and said, if you could do anything to support, what would you want us to do? And the whole point being was, we need to get back to compliance. Compliance is the number one issue, that people are not following the instructions. So we have put back Rub and Rinse on this new product line.

Now, I know several people will sit there and go, well, patients are not going to continue to comply. Just simply by you putting the Rub and Rinse -- that's not my point. I need the doctors to recommend this -- 75% loyal market, if the doctor recommends, and if he or she wants Rub and Rinse, then I get the return business from that end. So, yes, maybe patients will still continue to have that happen. That's the issue, okay, but the point is getting the doctors to support is our reason for being.

So, very interesting enough now, our new formula has some very interesting science that we've never really explored before, but quite candidly, we fell into the same trap of talking about convenience. There's something about convenience with patients. If you're a contact lens wearer in this audience, you probably have done this; you top off. You basically just add to get back to the line -- a terrible thing to do, don't recommend it. But we clearly have some data now where we're going against the lung of one share, which is Alcon, to show that we've been able to keep the efficacy of the product.

In addition, there's a famous study out there called the Andrasco Study that talks about corneal staining. Our new formula has shown to be equal, or better than, the leading competitor in several of the large contact lenses, or it's definitely better than what we've had before. So this concern about this product not being the efficacious needs, we've been able to clearly dispute.

And another very, very important data point and I think this speaks to the number one data point that people are challenging. How do you get to that 16 to 18% share at the end of year on a global basis? Let's first state, this is 16 to 18% at the end of the year. You've already seen in the U.S. here -- after just a few months of retail distribution, we're already at 5.3% and this is before we started the doctor promotion. The doctor promotion occurred in October and of course, if you know this business, the doctor hands out a sample kit and then the sample kit, the patient goes back. That usually takes about three months before they go back to the shelf

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

to buy.

So what this is showing is we already have demand from patients willing to buy Complete because they like the product Complete; they've been positive with the Complete. So in a very short period of time, we already have 5% in the United States, even before a doctor promotion.

Looking at the cataract business, a very strong performance. The market has grown about 3 to 5% on a global basis, so you see when we look, the Monofocal is up about 6.5%, obviously gaining share and we'll talk about what's really led into that. And then the Phacoemulsification, the unit has extracted strong double-digit growth, both on the placements of our new machine, as well as the packs. And then the one area that, quite candidly, we're most disappointed in is, we need to elevate the Viscoelastics. We've had pricing pressures outside the United States. This is seen more as a commodity product and we need to launch our new Healon D here in the United States.

Our key platform now is moving from the Tecnis, which is going to comprise over 50% of our business, to the one piece, and I'll show you some slides on the one piece. In the United States, the market is about 60% one piece. Candidly, we're not able to compete in that market. With the launch in the U.S. in the first part of next year -- we just launched in Europe the end of this year -- we're now able to compete in a segment where we haven't been able to compete in the past. And we just launched our brand-new signature Phacoemulsification system as well.

Talking about this mix of premium IOS, when we came out of the spin, we quite candidly had an older product line. We quickly moved to this Tecnis, which is a higher-margin business. Between Tecnis ReZoom and Tecnis Multifocal, you can see this comprises over 60% of our total eye well business -- higher-margin business, higher price-point business and able to really utilize that across the globe.

I talked about the one piece without spending a ton of time on it; 60% of the market is a one-piece market. We'll launch this in the first part of next year and it was just discussed at the recent two shows, and this clearly has benefits over the other products and we've been able to show those through multiple client studies that were discussed at those recent shows.

This one, I like a lot. This talks about the Phaeco Pack. Not getting into a ton of tech -- of what this means, let me just state that every pack is used for one procedure, okay? So if we're growing the business, 9.6, 6.4, but in Q3 of '07, we grew the business to 12.8, that means I'm gaining share with our Phaeco business because every pack is used is one cataract procedure. If there's a cataract procedure that's grown 3 to 5%, then this showed that the install base that we had is generating business, high margin, again. You sell the Phaeco, but the margin comes from the pack business.

And as I mentioned, we launched the new WhiteStar signature system and continued to build off our platform. We were about to 12% market share when we came out of the spin; we're now in the high 20s with regards to placements. And so this business will continue to allow us to evolve.

And we launched something called the Ellipse, which is a transversal ultrasound

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

ability to extract the lens, the natural lens, out of the eye. Quite candidly, this was an opportunity that a competitor had with an older type of technology that we'd been able to usurp now with our new Ellipse franchise.

From an R&D standpoint, we'll be between 6 and 6.5%. The 7.5% might be a bit misleading, only because of the eye care revenue was down, obviously, because of the recall, but we'll spend between the 6 and 6.5% of revenue. And here are some of the key areas that we're spending on and what we'll be launching on. You have early products such as the Dry Eye and the Tecnis 1-Piece to the accommodative technology that should be out by the end of the decade, which is really getting to the bolus of the patients for presbyopia correction, to various other products that we have.

So in summary, if you look at our franchises, the key here is to leverage our strong presence with either segment, take advantage of our distribution cycles, get back on the market with the eye care business, which is showing already a 5% growth here in market share in the United States -- with that, always building on new products. New products is our reason for being and that's our focus.

So, I think with that, Mark, I'll come over to your side and open it up to questions.

UNIDENTIFIED PARTICIPANT: Do we have time for questions before the breakout? It's hard to see over here.

UNIDENTIFIED AUDIENCE MEMBER: The first question is AAO, obviously, a big meeting for the year. Can you just give us a sense of the interaction with the doctors? What are they saying? What are they excited about? What are they focused on?

JIM MAZZO: Well, I think if you look at overall, the Academy is a big part of -- is a big business for -- a big industry meeting for us. We obviously like the (inaudible) because those are the surgeons. I think the things that were big positive for us was the signature launch and especially with the Ellipse. Alcon had done a very nice job of being able to show their hand piece, being able to do some things where others hadn't. We were able to show some data direct on why ours is better from that end.

I think the second one is to talk about what's happening in the laser vision correction -- a lot of concerns about the marketplace in the United States and I think the Femto Second technology clearly showed that the penetration is growing there, and then the refractive IOS, we got a lot of positive data on Tecnis Multifocal, which we plan to have in the United States. But also, I think, Crystal Lens did a nice job. They've grown in the United States, but I think the whole market, it still continues to evolve, so we think it's going to be around 6% of penetration next year of all cataract procedures.

UNIDENTIFIED AUDIENCE MEMBER: As far as talking about the refractive IOS for a second, are the doctors more inclined to try these products this time versus after? Are you getting a sense of a little more momentum or --

JIM MAZZO: Candidly, I think it's the -- if I had to gauge it based on our discussions and what we see from our revenue base -- I'm going to use a U.S. and hen an OUS. A U.S. doctor, I think you're getting the guys and ladies who

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

understand this and are just doing more. I still think you've got the average person still on the wait and see attitude, quite candidly. Our penetration of our existing accounts are going from 10 to 20% of the cataract. This is not just surgical promise, as you know, Mark. It is marketing promise. There are some physicians that still just don't know how to do it, and I think that's going to take a couple years before a good portion of those get to it. And I think there's going to be technologies.

Now, outside the United States, we grew strong double-digits. I think that's because of the multiple platforms we provided. We have Tecnis Multifocal ReZoom; we have Veriflex, the foldable (inaudible). So I think that you're seeing, outside the United States because they've known about these products longer. I'll tell you the market that we're really excited about and I know our competitors are, too, because in this case -- we want everyone to win because we want the market to get bigger -- is Japan. ReZoom got approved in Japan this year. We're waiting for patient-shared billing. I know Alcon's Restore got approved. So I think Japan is the next big OUS market and of course, they have very nice prices out there which we all appreciate.

UNIDENTIFIED PARTICIPANT: And you talked about the reimbursement issues there, and so what's going on behind the scenes? Have you made any strides since the approval?

JIM MAZZO: I can -- both us and Alcon are doing a nice job of building that. Our hopes are sometimes next year, we're hoping to see some type of a patient-shared billing in Japan. We're cautiously optimistic. I think realistically, in Europe, you're not going see something for at least another couple of years. But I sat here at a meeting two years ago with you and said I didn't think the U.S. market was going to go and I think the next month, it went to patient-shared billing. So I'm glad to be more cautious than too optimistic in this area.

UNIDENTIFIED AUDIENCE MEMBER: And you had mentioned, and I certainly get the questions quite a bit, what are your thoughts on the Lasik market? Obviously, the economy is slowing and so what's going to happen there? Just given the doctors that you talk to all weekend who do a lot of refractive surgery, can you just give us a sense of what are they saying? Have they even started to see a slowdown?

JIM MAZZO: Well, I met with the individual doctors and I also had a chance to meet with the TLC and the LCAs of the world and I think they're a different mediums. I'm going to talk to U.S. because outside the United States, strong double-digit and I don't think really to a grand degree. The individual doctors have actually saw a greater momentum than maybe that they have in the past, and I think that they've recaptured some share where they had lost. And so, the individual doctors we had met which, quite candidly, were the higher-volume guys, are doing okay. They anticipate that they probably would be up and then that means the overall market from an individual doctor, we're anticipating to be flat next year.

The chains were a different one. LCA, obviously, had some issues, but as you heard from Steve, they're spending a lot more money in marketing, which was a problem of, if you don't increase awareness, and so if they thought that the market was going to be a problem, why would you spend more marketing funds? TLC, on the other hand, had some issues last year, increased their marketing efforts. If you saw, they had a very nice quarter where they showed growth. So I think it all goes back to that the economy plays a hand, but it's -- fear is number one, awareness is number two and then the economy.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

I know Market Scope had a report out that said with the economy being down X, you're going to have X-less procedures. Well, the economy has been up the last couple -- give or take, where you've seen last year -- I didn't see a whole lot of procedures (inaudible). So I guess I'm a little more optimistic about that. The economy plays a role, but because of our multiple oars in the water, we can absorb things a lot better than anybody else can in this category.

UNIDENTIFIED AUDIENCE MEMBER: On the solution side, the slide you showed is 4.9% in -- October 7 and October 14, it was 5.3. So when did the sales force really start to get back out there and --

JIM MAZZO: The first part of October.

UNIDENTIFIED AUDIENCE MEMBER: The first part, so basically, in those weeks?

JIM MAZZO: Yes, and you would never see that at the retail because again, you get a starter kit and it's got anywhere from a two to four week supply, and then if they're on a different type of regimen -- so we should start to see the doctor promotion really -- with the new starts and any restarts that we get from a doctor, you should start to see that sometime, at the earliest, in the first quarter. That's why this is extremely promising. We've already got a tailwind of people who -- were on Complete and liked Complete and stayed with Complete. So these are people who have already been using the product, and so, couple that with our strong doctor promotion and we've gotten in the endorsements, as you know, of the American Academy of Optometry, the American Academy of Ophthalmology and the SCRS as the product to utilize because of our Rub and Rinse. That just couples to our overall support of why we believe we can get back to that 16 to 18% market share, which is still down in comparison to prior recall.

UNIDENTIFIED AUDIENCE MEMBER: So 16% is the goal for the end of '08. Are we on track at 5% in October or is that --

JIM MAZZO: Well, all I could tell you is that obviously --

UNIDENTIFIED AUDIENCE MEMBER: (Inaudible) your internal plan --

JIM MAZZO: A couple of weeks don't make a trend, but I doubt that many of the people in this room, inclusive of yourself, would probably have thought that we'd be at 5% after just two weeks without a doctor promotion. So I like to have more than two weeks to show a trend, but this is shelf off-take; people don't switch. It's 75% brand loyal, so early trends are positive.

UNIDENTIFIED AUDIENCE MEMBER: And you had mentioned Dionics, which obviously, has gotten a little bit more traction --

JIM MAZZO: Yes, nice job.

UNIDENTIFIED AUDIENCE MEMBER: -- with their second gen product. Are they -- is it happening in a mixed match type of --

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

JIM MAZZO: No, it's --

UNIDENTIFIED AUDIENCE MEMBER: (Inaudible).

JIM MAZZO: I think Andy's done a nice job there because what they've done is they've increased the optic zone of their lens. So it decreases some of the downsides of Multifocal. It hasn't shown any more important improvement in visual outcomes, but it has decreased the glare and haloes that some people get with Multifocals. So the average ophthalmologist, who doesn't really have the (inaudible) to want to spend a lot of time with the patients and profile them, this has grown. So I think they've done a real nice job -- primarily the U.S., really not a strong presence outside the United States.

UNIDENTIFIED AUDIENCE MEMBER: Up to this point, obviously, you've been refractive-focused and Alcon has had problems with their (inaudible) Vision and now they're buying WaveLight, which really changes everything because now they're in the game with the laser. Can you talk about your thoughts on the WaveLight technology and why you think that just because Alcon has WaveLight now, it's not really going to change the dynamic of how well you're doing and --

JIM MAZZO: Well, I would talk to -- first off, I think it's good because I think by having an Alcon, a size player like that in this category, helps grow the category; it supports it. So you need the big guy always in the marketplace, but at the end of the day, there's the technology. And people have not bought WaveLight because they didn't have a representative. They had -- they were representatives and also, we own the real estate. We have placed more Excimer lasers in the United States than we had since the launch of VISX, so I've bought a tremendous amount of real estate. I own three of the four top chains, which is contractual, with our Excimer, and the other one is B&L that has it. So it's not a WaveLight. And I have a Femto and they don't have a Femto and we have the leader Femto.

So again, a doctor wants to use the best technology and outside the United States, you've seen what we've been able to do. We've penetrated the fastest-growing chain, which is Optical Express. We're growing in Japan tremendously because we have the most placement there. So I think it's good, but again, this is a real estate business. We own the real estate and so -- and the technology is no better. In fact, it's shown some downside.

So I think it's good for the market. It helps relieve your concerns about the marketplace when you have another person play in it, but I'm not concerned about losing any share when I've basically bought a lot more share this year. We own the marketplace.

UNIDENTIFIED AUDIENCE MEMBER: Thank you.

UNIDENTIFIED PARTICIPANT: So now we have a breakout session.

JIM MAZZO: Down the road there?

UNIDENTIFIED PARTICIPANT: Yes. I'll show you.

JIM MAZZO: Thank you.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2007 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2007 Voxant, Inc. (www.voxant.com) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or Voxant's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and Voxant so long as they provide conspicuous attribution to Thomson Financial and Voxant as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- INDEX REFERENCES ----

COMPANY: LIBRARY CORP (THE); FINISH MASTER INC WESTERN DIV; ACADEMY; FINANCIAL AND INVESTMENT MANAGEMENT GROUP LTD/MI; FINANCIAL AND PROFESSIONAL RISK SOLUTIONS INSURANCE AGENCY INC; FINANCIAL AND INVESTMENT MANAGEMENT GROUP LTD; AMERICAN ACADEMY OF OPTOMETRY; SOCI00C9,ET00C9,E FINANCIAL SA; FINANCIAL AND PROFESSIONAL RISK SOLUTIONS INC; VISX; SITE (NETHERLANDS)

NEWS SUBJECT: (Mature Market (1MA73); Business Management (1BU42); Sales & Marketing (1MA51); Consumer Profiles (1CO06); Major Corporations (1MA93); Company Profiles (1CO63); Gen Y Market (1GE34); Market Share (1MA91); Market Data (1MA11); Target Markets (1TA03); Demographic Profiles (1DE65); New Product Development (1NE55))

INDUSTRY: (Banking (1BA20); Medical Lasers (1ME94); Financial Services (1FI37); Medical Devices (1ME31); Medical Device Market (1ME44); Electronics (1EL16); Lasers (1LA80); Science & Engineering (1SC33); Healthcare (1HE06); Real Estate (1RE57))

REGION: (North America (1NO39); Far East (1FA27); Eastern Asia (1EA61); Americas (1AM92); Japan (1JA96); Asia (1AS61); USA (1US73))

Language: EN

OTHER INDEXING: (ACADEMY; AMERICAN ACADEMY; AMERICAN ACADEMY OF OPTOMETRY; CREDIT SUISSE HEALTHCARE CONFERENCE; DRY EYE; EYE LASIK; FINANCIAL; FIRST DRY EYE; HEALON VISCOELASTIC; INTRALASE; IOS; LASIK; LCA; LCAS; MONOFOCAL; OUS; PHAECO; PHAECO PACK; SCRS; SITE; TLC; TRANSCRIPTION; TRANSCRIPTS; US LASIK; USERS; VISX; VOXANT; WAL MARTS; WAVELIGHT)  (Advanced; Alcon; Alcon Wave; Crystal Lens; Custom Vue; Femto; Jim; Jim Mazzo; Mark; MAZZO; Multifocal; Multifocals; Optical Express; ReZoom; Rinse; Rub; SEC FILINGS; Sherry; Targets; Tecnis Multifocal; Tecnis Multifocal ReZoom; Tecnis ReZoom; Wave Light)

Word Count: 6750
11/14/07 FINDISCLOSURE 18:30:00
END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.