**EXHIBIT R**

Case 3:07-cv-03107-PJH  Document 47-20  Filed 01/30/2008  Page 2 of 6

Westlaw.                                                    NewsRoom
12/12/07 HOOVCP (No Page)                                   Page 1

12/12/07 Hoovers Company In-Depth Records (Pg. Unavail. Online)
2007 WLNR 24521308

Hoover's In-Depth Company Records
Copyright Hoover's Inc. ALL RIGHTS RESERVED. Austin, TX  Distributed only in accordance with licensing agreement.

December 12, 2007

Advanced Medical Optics, Inc.

## Overview

Advanced Medical Optics is focused on its newfound independence. Former parent Allergan spun off the firm, which targets the eye care market. The company's key segments are laser vision correction, contact lens care, and ophthalmic surgical products. Its contact lens division makes multi-purpose cleaning and disinfecting solutions, daily cleaners, enzymatic cleaners, and lens rewetting drops. The company's surgical products include intraocular lenses used in cataract surgery, as well as devices, equipment, and accessories used in cataract and laser vision correction procedures. Advanced Medical Optics acquired laser correction rival IntraLase for more than $800 million in early 2007.

<p>Advanced Medical Optics operates in more than 20 countries and markets its wares in about 60 countries worldwide. <p>The company has been on a shopping spree recently. It bought a manufacturing facility in Madrid from Alcon. Then the firm bought Pfizer's surgical ophthalmology business thereby adding the Healon, CeeOn, and Tecnis product lines. Advanced Medical Optics acquired VISX in 2005, and continues to market its laser vision correction systems and treatment cards under the VISX brand. <p>In 2007 Advanced Medical Optics issued a voluntary recall of one of its lens care products -- Complete MoisturePlus lens solution -- after the Centers for Disease Control discovered a link between the solution and an outbreak of a serious eye infection.

## Contact Information

1700 E. St. Andrew Place
Santa Ana, CA 92705
United States
Phone: 714-247-8200
Fax: 714-247-8672
Website: http://www.amo-inc.com

## Key Numbers

Fiscal Year End: December

2006 Sales ($mil.): $997.5

One Year Sales Growth: 8.3%

2006 Net Income ($mil.): $79.5

2006 Employees: 3,800

One Year Employee Growth: 10.5%

Auditor (2008): PricewaterhouseCoopers LLP

**Stock**

Company Type: Public
U.S. Ticker Symbol: EYE; U.S. Exchange: NYSE

**Rankings**

S&P 400

**Officers**

Chairman and CEO: James V. (Jim) Mazzo, Age: 51

President and COO: Richard A. (Randy) Meier, Age: 49

SVP, Human Resources: Francine D. Meza, Age: 48

SVP, Manufacturing: Peter P. Nolan, Age: 50

Corporate VP; President, Cataract/Implant Group: Holger Heidrich, Age: 52, Salary: $439,859, Bonus: $190,000

Corporate VP; President, Eye Care Group: James C. (Jim) Cooke, Age: 59

EVP and President Corneal Refractive Group: Douglas H. (Doug) Post, Age: 53

EVP Administration, General Counsel and Secretary: Aimee S. Weisner, Age: 39

EVP Global Public Policy and Medical Education: C. Russell (Russ) Trenary III, Age: 50

EVP Strategy and Corporate Development: Jane E. Rady, Age: 59

VP; President and Representative Director, AMO Japan: Masatake (Max) Akedo, Age: 59

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

VP, Corporate Communications and Investor Relations: Sheree L. Aronson, Age: 49

SVP Chief Accounting Officer and Controller: Robert F. Gallagher, Age: 49

SVP Global Customer Services: Angelo Rago, Age: 46

EVP Research and Development: Leonard R. Borrmann

VP and President, EAM and International Government Affairs: Holger Heidrich, Age: 49

VP Sales and Marketing, Americas Eye Care: **Michael Cox**

Director Retail Sales and Marketing: Ward Lennon

SVP Global Eye Care: David (Dave) Noon

VP Global Regulatory Affairs: Richard J. DeRisio

CFO: Michael J. Lambert, Age: 45

**Directors**

Chairman and CEO: James V. (Jim) Mazzo, Age: 51

Director: Christopher G. Chavez, Age: 52

Director: Elizabeth H. (Liz) Dávila, Age: 63

Director: William J. (Bill) Link, Age: 62

Director: Michael A. Mussallem, Age: 55

Director: Deborah J. Neff, Age: 55

Director: James O. Rollans, Age: 64

Director: Robert J. Palmisano, Age: 62

Director: G. Mason Morfit, Age: 33

Director: Daniel J. (Dan) Heinrich, Age: 52

**Product Information**

**Production**

Advanced Medical Optics manufactures its products in Brazil, China, India, Ireland, the Netherlands, Puerto Rico, Spain, Sweden, and the US (Texas).

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

### Operations

2006 Sales Cataract/implant         519.0      52  Eye care                 261.6      26  Laser vision correction   216.9      22  Total                   997.5     100         2006 Sales US           415.3      42  Japan                138.7      14  Americas, excluding US   56.5       5

### Selected Products

Optical Instruments
Surgical and Medical Instruments and Apparatus
Orthopedic, Prosthetic and Surgical Appliance
Ophthalmic Goods
Medical, Dental and Hospital Equipment and Supp
Ophthalmic Goods Wholesale
Surgical and Medical Instrument Manufacturing
Surgical Appliance and Supplies Manufacturing
Ophthalmic Goods Manufacturing

### Key Competitors

Alcon
Bausch & Lomb
CIBA Vision
Carl Zeiss Meditec
CooperVision
eyeonics
Hoya
ROHTO
STAAR Surgical
Vistakon

### Industry

Health Care
Pharmaceuticals
Health Care Products
Pharmaceuticals Manufacturers

---- INDEX REFERENCES ----

COMPANY: ADVANCED MEDICAL OPTICS INC

INDUSTRY: (Test & Measurement Equipment (1TE80); Ophthalmic Equipment (1OP18); Surgical Instrumentation (1SU78); Surgery (1SU58); Wholesale Trade & Distribution (1WH58); Wholesale Trade & Distribution (1WH58))

REGION: (USA (1US73); California (1CA98))

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Language:  EN

OTHER INDEXING:  (ADVANCED MEDICAL OPTICS INC) (Company Profiles) (Santa Ana; California; United States)

SIC: 3827; 3841; 3842; 3851; 5047; 5048

NAICS CODE: 339112; 339113; 339115

Word Count: 864
12/12/07 HOOVCP (No Page)
END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.