Anthony G. Brazil, State Bar No. 84297
David J. Vendler, State Bar No. 146528
Megan S. Wynne, State Bar No. 183707
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178
E-Mail:      abrazil@mpplaw.com
E-Mail:      mwynne@mpplaw.com
E-Mail:      dvendler@mpplaw.com

Attorneys for Defendant,
ADVANCED MEDICAL OPTICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: C-07-3107-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES SET FORTH IN THE COURT'S NOVEMBER 15, 2007 SCHEDULING ORDER SETTING HEARING DATES AND OTHER DEADLINES**<br><br>Judge:   Hon. Phyllis J. Hamilton |

Pursuant to Local Rules 6-2, 7-12, and 16-2(e), Defendant ADVANCED MEDICAL OPTICS, INC. (hereafter "AMO") and Plaintiffs ALEXIS DEGELMANN ("DEGELMANN") and JOSEPH LIN ("LIN") hereby stipulate and agree to continue all of the hearing dates and deadlines set forth in the Court's November 15, 2007 Scheduling Order for a period of ninety (90) days. The reasons for continuing the hearing dates and deadlines are as follows:

- 1 -       C 07-03107 PJH
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES SET FORTH IN THE COURT'S NOVEMBER 15, 2007 SCHEDULING ORDER SETTING HEARING DATES AND OTHER DEADLINES**

The parties have been attempting, and continue to attempt, to cooperatively resolve various issues relating to written and deposition discovery. While negotiations between the parties have been successful in resolving certain issues, there have been other issues where no agreement was able to be reached and which have resulted in the need for discovery motions. Both sides acknowledge that these discovery issues, and their resolution, directly relate to the issues that are anticipated to be raised in AMO's early motion for summary judgment.

Among the discovery issues include AMO's recently filed motion for protective order regarding Plaintiffs' proposed depositions of certain high-level executives. (That motion is set for hearing on February 20, 2008). Plaintiffs will shortly be filing with Magistrate Judge Larson a "joint statement" to resolve a dispute between the parties concerning AMO's objections to plaintiffs' requests for admissions. In addition, Plaintiffs intend to move to compel the production of witnesses in response to their Notice of Deposition Pursuant to Fed. R. Civ. Pro. 30(b)(6). The parties are also attempting to schedule mutually convenient dates and times for the depositions of certain AMO employees not subject to the protective order motion and of the two Plaintiffs.

The parties believe that providing additional time to achieve resolution of these discovery issues will streamline the issues to be briefed and will ultimately save time by ensuring that both parties have sufficient written and deposition discovery available to them to make and oppose both AMO's early motion for summary judgment and, if it is necessary, plaintiffs' motion for class certification. As such, the parties request the Court to continue for approximately ninety (90) days the various motion hearing dates and deadlines set forth in the Court's November 15, 2007 Scheduling Order as follows:

1.   The hearing date on AMO's early motion for summary judgment re: standing and jurisdictional issues is postponed from March 19, 2008 to June 18, 2008 at 9:00 AM. The motion shall be set on a 35 day briefing schedule consistent with the Court's previous scheduling order.

2. The hearing date on Plaintiffs' class certification motion is postponed from June 4, 2008 to September 10, 2008 at 9:00 AM. Again, pursuant to the Court's prior scheduling order, the parties shall submit a stipulated briefing schedule to the Court based upon the September 10, 2008 hearing date.

3. The last day to amend the pleadings will remain 30 days prior to the deadline for filing the class certification motion.

4. The parties' private mediation shall now be completed between June 19, 2008 and August 8, 2008.

There have been two prior stipulations to extend time in this matter between the parties. The prior stipulations extended the time for AMO to respond to Plaintiffs' complaint, extended the time for the parties to conduct their initial Case Management Conference with the Court, and extended the time for the Court to hear AMO's previously filed motion to strike.

Dated: February 6, 2008

**MORRIS POLICH & PURDY** LLP

By: /s/ *signature*
Anthony G. Brazil
David J. Vendler
Megan W. Wynne

Attorneys for Defendant
ADVANCED MEDICAL OPTICS, INC.

Dated: February __, 2008

**MOSCONE, EMBLIDGE, & QUADRA, LLP**

By: Sylvia Sokol by consent
James A. Quadra
Sylvia M. Sokol

Attorneys for Plaintiffs ALEXIS DEGELMANN and JOSEPH LIN

1   **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

2

3   Dated: 2/7/08



Hon. Phyllis J. Hamilton
United States District Judge

# ELECTRONIC CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On February 6, 2008, pursuant to the Court's Electronic Filing System, I

☒ submitted an electronic version of the following documents via file transfer protocol to ECF (Electronic Case Filing)

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES SET FORTH IN THE COURT'S NOVEMBER 15, 2007 SCHEDULING ORDER SETTING HEARING DATES AND OTHER DEADLINES**

☐ submitted a hard copy of the following document to ECF (Electronic Case Filing) by

☐ facsimile          ☐ overnight delivery

☐ **STATE** I declare under penalty of perjury under the laws of the state of California, that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on February 6, 2008, at Los Angeles, California.

_____
Mineeh P. Lapid

C 07-03107 PJH

CERTIFICATE OF SERVICE