

**Morris Polich & Purdy** LLP

Landon Morris (1904-1991)

ATTORNEYS AT LAW
1055 West Seventh Street
Twenty Fourth Floor
Los Angeles, California
90017-2503
Ph: 213.891.9100
Fx: 213.488.1178
www.mpplaw.com

February 19, 2008

Writer's E-mail address:
dvendler@mpplaw.com

*Via E-File & U.S. Mail*

James A. Quadra, Esq.
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104-4238

Re:   *Alexis Degelmann, et al. v. Advanced Medical Optics, Inc.*
      USDC, Northern District of California, Case No. 3:07-CV-03107-PJH

Dear Mr. Quadra:

As referenced in our phone conversation this afternoon, Magistrate Judge Larson's calendar clerk has confirmed that pursuant to our agreement relating to seeking a stay of the entire case from Judge Hamilton, the hearing on plaintiffs' motion to compel responses to admissions is continued until March 12, 2008 at 9:30 AM.

I will be in the office tomorrow to work with you on the stipulation to stay the case. Thus, assuming that the case gets stayed, the March 12, 2008 hearing date before Judge Larson will become moot. However, if the stay is not granted by Judge Hamilton, and this date does not for any reason work with your schedule, please be assured that I will be only too happy to work with you on getting another date that is more convenient.

Thanks again.

Very truly yours,

MORRIS POLICH & PURDY LLP

David J. Vendler

DJV/mpl

cc:   Honorable Phyllis J. Hamilton, Ctrm. 3 (via e-file)
      Honorable James Larson, Ctrm. F (via e-file)