JAMES A. QUADRA, State Bar No. 131084
e-mail: quadra@meqlaw.com
SYLVIA M. SOKOL, State Bar No. 200126
e-mail: sokol@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:(415) 362-3599
Facsimile:(415) 362-2006

WENDY R. FLEISHMAN, admitted *Pro Hac Vice*
e-mail: wfleishman@lchb.com
REBECCA BEDWELL-COLL, State Bar No. 184468
e-mail: rbcoll@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:(212) 355-9500
Facsimile:(212) 355-9592

KENT L. KLAUDT, State Bar No. 183903
e-mail: kklaudt@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:(415) 956-1000
Facsimile:(415) 956-1008

*Attorneys for Plaintiffs* ALEXIS DEGELMANN and JOSEPH LIN
on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: C 07 3107 PJH<br><br>STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS<br><br>Judge: Hon. James Larson |

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), Plaintiffs ALEXIS DEGELMANN and JOSEPH LIN ("Plaintiffs") and Defendant ADVANCED MEDICAL OPTICS, INC. ("AMO") hereby stipulate and agree to continue the March 12, 2008, hearing date that is currently set for Plaintiff's Motion to Compel Further Responses to Requests for Admissions to April 23, 2008. The reasons for continuing the hearing date are as follows:

The parties have been drafting, and negotiating, the terms of a stipulation to stay this action, including the hearing on Plaintiff's Motion to Compel Further Responses to Requests for Admissions, pending the California Supreme Court's decision in the *In Re Tobacco Cases* (S14735). The parties agree that the questions of law that are currently pending before the California Supreme Court have a substantial likelihood of having a significant impact upon the law that will ultimately govern the issues raised by the plaintiffs' complaint, which alleges that AMO violated Cal. Bus. & Prof. Code section 17200 *et seq.* The issues that are currently before the Supreme Court in the *In re Tobacco II Cases* are whether: (1) In order to bring a class action under Bus. & Prof. Code, section 17200 et seq., as amended by Proposition 64, every member of the proposed class must have suffered "injury in fact," or is it sufficient that only the class representative comply with that requirement?; and (2) In a class action based on a manufacturer's alleged misrepresentation of a product, must every member of the class have actually relied on the manufacturer's representations?

While negotiations between the parties have been successful in resolving certain issues arising from the stipulation, there are other issues that require additional time for the parties to come to an agreement. As such, the parties request that the Court move the hearing date for Plaintiffs' discovery motion to April 23, 2008.

IT IS SO STIPULATED.

1  Dated: March 10, 2008                    MORRIS POLICH & PURDY, LLP

2

3                                            By:_____/s/_____
                                                  Anthony G. Brazil
4                                                 Megan S. Wynne
                                             Attorneys for Defendant
5                                            ADVANCED MEDICAL OPTICS, INC.

6

7

8  Dated: March 10, 2008                    MOSCONE, EMBLIDGE & QUADRA,
                                             LLP
9

10

11                                           By:_____/s/_____
                                                  James A. Quadra
12                                                Sylvia M. Sokol
                                             Attorneys for Plaintiffs
13                                           ALEXIS DEGELMANN and JOSEPH LIN

14

15

16 Dated: March 10, 2008                    LIEF CABRASER HEIMAN &
                                             BERNSTEIN, LLP
17

18

19                                           By:_____/s/_____
                                                  Wendy Fleishman
20                                                Rebecca Bedwell-Coll
                                             Attorneys for Plaintiffs
21                                           ALEXIS DEGELMANN and JOSEPH LIN

22

23

24

25

26

27

28                                    2

**ORDER**

GOOD CAUSE showing, it is hereby ordered that the hearing on Plaintiffs' Motion to Compel Further Responses to Requests for Admissions be continued from March 12, 2008, to April 23, 2008 at 9:30 a.m.

IT IS SO ORDERED.

Dated: March _____, 2008

                                                _____
HONORABLE JAMES LARSON
CHIEF MAGISTRATE OF THE
NORTHERN DISTRICT OF CALIFORNIA

3