1  JAMES A. QUADRA, State Bar No. 131084
   e-mail: quadra@meqlaw.com
2  SYLVIA M. SOKOL, State Bar No. 200126
   e-mail: sokol@meqlaw.com
3  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
4  San Francisco, California 94104-4238
   Telephone:(415) 362-3599
5  Facsimile:(415) 362-2006

6  WENDY R. FLEISHMAN, admitted *Pro Hac Vice*
   e-mail: wfleishman@lchb.com
7  REBECCA BEDWELL-COLL, State Bar No. 184468
   e-mail: rbcoll@lchb.com
8  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
9  New York, NY 10017-2024
   Telephone:(212) 355-9500
10 Facsimile:(212) 355-9592

11 KENT L. KLAUDT, State Bar No. 183903
   e-mail: kklaudt@lchb.com
12 Lieff, Cabraser, Heimann & Bernstein, LLP
   Embarcadero Center West
13 275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
14 Telephone:(415) 956-1000
   Facsimile:(415) 956-1008
15
   *Attorneys for Plaintiffs* ALEXIS DEGELMANN and JOSEPH LIN
16 on behalf of themselves and all those similarly situated

17
                        UNITED STATES DISTRICT COURT
18
                       NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| ALEXIS DEGELMANN and JOSEPH LIN, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MEDICAL OPTICS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: C 07 3107 PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS<br><br>Judge: Hon. James Larson |

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), Plaintiffs ALEXIS DEGELMANN and JOSEPH LIN ("Plaintiffs") and Defendant ADVANCED MEDICAL OPTICS, INC. ("AMO") hereby stipulate and agree to continue the March 12, 2008, hearing date that is currently set for Plaintiff's Motion to Compel Further Responses to Requests for Admissions to April 23, 2008. The reasons for continuing the hearing date are as follows:

The parties have been drafting, and negotiating, the terms of a stipulation to stay this action, including the hearing on Plaintiff's Motion to Compel Further Responses to Requests for Admissions, pending the California Supreme Court's decision in the *In Re Tobacco Cases* (S14735). The parties agree that the questions of law that are currently pending before the California Supreme Court have a substantial likelihood of having a significant impact upon the law that will ultimately govern the issues raised by the plaintiffs' complaint, which alleges that AMO violated Cal. Bus. & Prof. Code section 17200 *et seq*. The issues that are currently before the Supreme Court in the *In re Tobacco II Cases* are whether: (1) In order to bring a class action under Bus. & Prof. Code, section 17200 et seq., as amended by Proposition 64, every member of the proposed class must have suffered "injury in fact," or is it sufficient that only the class representative comply with that requirement?; and (2) In a class action based on a manufacturer's alleged misrepresentation of a product, must every member of the class have actually relied on the manufacturer's representations?

While negotiations between the parties have been successful in resolving certain issues arising from the stipulation, there are other issues that require additional time for the parties to come to an agreement. As such, the parties request that the Court move the hearing date for Plaintiffs' discovery motion to April 23, 2008.

IT IS SO STIPULATED.

1

| | | |
|---|---|---|
| 1 | Dated: March 10, 2008 | MORRIS POLICH & PURDY, LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Anthony G. Brazil |
| | | Megan S. Wynne |
| 5 | | Attorneys for Defendant |
| | | ADVANCED MEDICAL OPTICS, INC. |
| 8 | Dated: March 10, 2008 | MOSCONE, EMBLIDGE & QUADRA, LLP |
| 11 | | By: _____/s/_____ |
| | | James A. Quadra |
| 12 | | Sylvia M. Sokol |
| | | Attorneys for Plaintiffs |
| 13 | | ALEXIS DEGELMANN and JOSEPH LIN |
| 16 | Dated: March 10, 2008 | LIEF CABRASER HEIMAN & BERNSTEIN, LLP |
| 19 | | By: _____/s/_____ |
| | | Wendy Fleishman |
| 20 | | Rebecca Bedwell-Coll |
| | | Attorneys for Plaintiffs |
| 21 | | ALEXIS DEGELMANN and JOSEPH LIN |

2

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL
Case No. C 07-3107 PJH

## ORDER

GOOD CAUSE showing, it is hereby ordered that the hearing on Plaintiffs' Motion to Compel Further Responses to Requests for Admissions be continued from March 12, 2008, to April 23, 2008 at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 11, 2008

_____
HONORABLE JAMES LARSON
CHIEF MAGISTRATE OF THE
NORTHERN DISTRICT OF CALIFORNIA

3