UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexis Degelmann, et al., | No. C 07-3107 PJH (JL) |
| Plaintiffs, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR DISCOVERY (Docket # 43)** |
| Advanced Medical Optics, | |
| Defendant. | |

All discovery in this case has been referred by the district court (Hon. Phyllis J. Hamilton) pursuant to 28 U.S.C. §636(b) and Civil Local Rule 72. After Defendant filed this motion the parties stipulated to continue a number of deadlines, which the district court approved. Shortly thereafter the parties stipulated and the district court agreed, to a stay of the entire case, pending resolution by the California Supreme Court of the In re Tobacco Cases II case.

Accordingly, this motion is denied, without prejudice to renewal when the stay is lifted.

IT IS SO ORDERED.

DATED: June 6, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-3107\Order DWOP 43.wpd